UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AARON MURPHY, Individually and on Behalf of
All Others Similarly Situated

                    Plaintiff,

   -against-

ARGO BLOCKCHAIN, PLC, PETER WALL,
ALEX APPLETON, MATTHEW SHAW,
SARAH GOW, COLLEEN SULLIVAN, and
MARIA PERRELLA

                  Defendants.

Case No. 1:23-CV-00572-NRM-SJB

## SCHEDULING STIPULATION AND ORDER

WHEREAS, Plaintiff Aaron Murphy ("Plaintiff"), filed the complaint in this action (the "Complaint") (Dkt. No. 1) on January 26, 2023 against Argo Blockchain, plc, Peter Wall, Alex Appleton, Matthew Shaw, Sarah Gow, Colleen Sullivan, and Maria Perrella (collectively, "Defendants");

WHEREAS, Defendants have not yet been served with the Complaint; and

WHEREAS, Plaintiff and Defendants (together, the "Parties") have been engaged in discussions concerning service of the Complaint and Defendants' response to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

A)    Defendants' counsel hereby agrees, on behalf of Defendants, to accept service of the Complaint and to waive defenses based on service or lack thereof, while reserving all other rights and defenses;

B)    The Parties agree that the deadline for Defendants to answer, move or otherwise respond to the Complaint is hereby stayed until at least 45 days after the Court appoints lead plaintiff ("Lead Plaintiff") and Lead Plaintiff notifies Defendants if it will proceed with the initial Complaint or file an amended complaint; and

C)      After Lead Plaintiff notifies Defendants if it will proceed with the initial Complaint or file an amended complaint, the Parties agree to engage in good faith discussions to determine an initial case schedule.

Dated: New York, New York
       February 23, 2023

POMERANZ LLP

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
212-661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Attorneys for Plaintiff Aaron Murphy*

MCDERMOTT WILL & EMERY LLP

By:*/s/ Joel C. Haims*
Joel C. Haims
Kierstin S. Fowler
Christopher J. Whalen
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
jhaims@mwe.com
ksfowler@mwe.com
chwhalen@mwe.com

*Attorneys for Defendants*

SO ORDERED

/s/ *Sanket J. Bulsara*  February 27, 2023
SANKET J. BULSARA
United States Magistrate Judge

2