**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Pronouns: he/him/his
Laurence M. Rosen, Esq. (LR 5733)
Pronouns: he/him/his
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>Defendants. | CASE No.: 1:23-cv-00572-NRM-SJB<br><br>**NOTICE OF MOTION OF BRIAN BEGAY TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION**<br><br>March 27, 2023 |

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Brian Begay ("Movant") hereby moves this Court, the Honorable Nina R. Morrison, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

1

(a)     appointing Movant to serve as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated March 27, 2023 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Movant is aware of Your Honor's Individual Rule 5.2.3.1, the Bundling Rule, which generally encourages parties refrain from the filing of motion papers prior to their full briefing. The Securities Act and Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on January 26, 2023; accordingly, lead plaintiff motions must be filed no later than today, March 27, 2023. *See* 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), 15 U.S.C. §78u-4(a)(3)(A)(i)(II). As the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that the Bundling Rule be waived.

Dated: March 27, 2023                           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Pronouns: he/him/his
Laurence M. Rosen, Esq. (LR 5733)
Pronouns: he/him/his
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

2

*[Proposed] Lead Counsel for Lead Plaintiff
and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim