# Exhibit 3

**Argo Blockchain plc Loss Chart**
**Class Period: September 23, 2021 through October 10, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1.021984 |
| Begay, Brian | 10/1/2021 | 235 | ($16.27) | ($3,823.45) | | | | | | | | |
| | 10/18/2021 | 165 | ($17.93) | ($2,957.63) | | | | | | | | |
| | 10/19/2021 | 1,550 | ($17.88) | ($27,714.00) | | | | | | | | |
| | 10/20/2021 | 26 | ($18.06) | ($469.56) | | | | | | | | |
| | 10/29/2021 | 3 | ($16.90) | ($50.70) | | | | | | | | |
| | 1/21/2022 | 150 | ($10.17) | ($1,525.50) | | | | | | | | |
| | 4/21/2022 | 6 | ($8.68) | ($52.08) | | | | | | | | |
| | 5/2/2022 | 10 | ($8.00) | ($80.00) | | | | | | | | |
| | 5/24/2022 | 210 | ($5.63) | ($1,182.30) | | | | | | | | |
| | | 2,355 | | ($37,855.22) | | | | | 2,355 | $2,406.77 | ($35,448.44) | |