**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>      Defendants. | Case No.: 1:23-cv-00572-NRM-SJB<br><br>Hon. Nina R. Morrison |

**NOTICE OF MOTION OF THE ARGO INVESTOR GROUP**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF**
**SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Benjamin Lamontagne, Ever Garcia, and Michael Phillips (collectively, the "Argo Investor Group") respectfully move this Court for an order: (1) appointing the Argo Investor Group as Lead Plaintiff in the above-captioned action (the "Action") pursuant to § 27 of the Securities Act of 1933 ("Securities Act") and § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving the Argo Investor Group's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

The Argo Investor Group seeks appointment as lead plaintiff and approval of its choice of counsel pursuant to the Securities Act and Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in

2

this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: March 27, 2023                        Respectfully Submitted,

                                            **LEVI & KORSINSKY, LLP**

                                            By: */s/ Adam M. Apton*
                                            Adam M. Apton (AS-8383)
                                            55 Broadway, 4th Floor
                                            New York, NY 10006
                                            Tel: (212) 363-7500
                                            Fax: (212) 363-7171
                                            Email: aapton@zlk.com

                                            *Lead Counsel for the Argo Investor Group,*
                                            *and [Proposed] Lead Counsel for the Class*