**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>      Defendants. |

Case No.: 1:23-cv-00572-NRM-SJB

Hon. Nina R. Morrison

**DECLARATION OF ADAM M. APTON IN SUPPORT OF THE ARGO INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Benjamin Lamontagne, Ever Garcia, and Michael Phillips (collectively, the "Argo Investor Group") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of the Argo Investor Group's motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certifications signed by each member of the Argo Investor Group attesting to their transactions of Argo Blockchain plc ("Argo" or the "Company") securities;

**Exhibit B**:   Loss Charts reflecting the losses incurred by each member of the Argo Investor Group as a result of their transactions in Argo securities;

**Exhibit C**:   Press Release published January 26, 2023, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Murphy v. Argo Blockchain Plc, et. al.,* Case No. 1:23-cv-00572-NRM-SJB;

**Exhibit D**:   Joint Declaration signed by the members of the Argo Investor Group in support of their lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: March 27, 2023                   Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for the Argo Investor Group,*
*and [Proposed] Lead Counsel for the Class*

2