# EXHIBIT B

**Ever Garcia**
**Transactions in Argo Blockchain plc (ARBK)**
**Class Period: 09/23/2021 and 10/10/2022, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to
Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | **$2,077.00** |
| Dura LIFO Losses/(Gain)* Options | **($313.00)** |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/14/2021 | BO | 2 | ARBK Apr 14 2022 12.5 Call | 3.39 | 678 |
| 4/18/2022 | Expiration | -2 | ARBK Apr 14 2022 12.5 Call | 0 | 0 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/24/2022 | SO | -5 | ARBK Feb 18 2022 10.0 Call | 0.46 | -230 |
| 1/24/2022 | SO | -21 | ARBK Feb 18 2022 10.0 Call | 0.45 | -945 |
| 1/24/2022 | BC | 15 | ARBK Feb 18 2022 10.0 Call | 0.8 | 1200 |
| 1/25/2022 | BC | 5 | ARBK Feb 18 2022 10.0 Call | 1.05 | 525 |
| 1/25/2022 | BC | 3 | ARBK Feb 18 2022 10.0 Call | 1.04 | 312 |
| 1/26/2022 | BC | 1 | ARBK Feb 18 2022 10.0 Call | 1.4 | 140 |
| 1/26/2022 | BC | 1 | ARBK Feb 18 2022 10.0 Call | 1.42 | 142 |
| 1/26/2022 | BC | 1 | ARBK Feb 18 2022 10.0 Call | 1.42 | 142 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 1/10/2022 | SO | -12 | ARBK Jan 21 2022 12.5 Call | 0.3 | -360 |
| 1/12/2022 | BC | 5 | ARBK Jan 21 2022 12.5 Call | 0.67 | 335 |
| 1/12/2022 | BC | 5 | ARBK Jan 21 2022 12.5 Call | 0.65 | 325 |
| 1/12/2022 | BC | 2 | ARBK Jan 21 2022 12.5 Call | 0.63 | 126 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/13/2021 | SO | -4 | ARBK Jan 21 2022 15.0 Call | 0.8 | -320 |
| 12/13/2021 | BC | 2 | ARBK Jan 21 2022 15.0 Call | 1.1 | 220 |
| 12/27/2021 | BC | 2 | ARBK Jan 21 2022 15.0 Call | 1.26 | 252 |
| 1/4/2022 | SO | -15 | ARBK Jan 21 2022 15.0 Call | 0.38 | -570 |
| 1/10/2022 | BC | 15 | ARBK Jan 21 2022 15.0 Call | 0.13 | 195 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 7/11/2022 | SO | -18 | ARBK Jul 15 2022 5.0 Call | 0.05 | -90 |
| 7/18/2022 | Expiration | 18 | ARBK Jul 15 2022 5.0 Call | 0 | 0 |

| Client Name | Michael Scott Phillips |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBK |
| Security Type | |
| Class Period Start | 09-23-2021 |
| Class Period End | 10-10-2022 |
| 90-DAY Lookback Period Start | 10-11-2022 |
| 90-DAY Lookback Period End | 01-08-2023 |
| 90-DAY Lookback Average | $ 01.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $80,978.24 |
| DURA LIFO* Total | $55,433.40 |
| Gross Shares Purchased | 14,836 |
| Net Shares Retained | 5,567 |
| Net Funds Expended | $86,777.93 |

### Michael Scott Phillips

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-23-2021 | 2 | 15.01 | $ 30.02 | 11-22-2021 | 2 | | $ 18.00 | $ 36.00 | - | - | - | $ 01.04 | | -$ 05.98 | -$ 05.98 |
| 09-23-2021 | 1816 | 15.08 | $ 27,385.28 | 11-22-2021 | 1816 | | $ 18.00 | $ 32,688.00 | - | - | - | $ 01.04 | | -$ 5,302.72 | -$ 5,302.72 |
| 09-23-2021 | 98 | 15.08 | $ 1,477.84 | 11-22-2021 | 98 | | $ 18.00 | $ 1,764.01 | - | - | - | $ 01.04 | | -$ 286.17 | -$ 286.17 |
| 09-23-2021 | 100 | 15.1004 | $ 1,510.04 | 11-22-2021 | 100 | | $ 18.00 | $ 1,800.00 | - | - | - | $ 01.04 | | -$ 289.96 | -$ 289.96 |
| 09-23-2021 | 200 | 15.095 | $ 3,019.00 | 11-22-2021 | 200 | | $ 18.00 | $ 3,600.00 | - | - | - | $ 01.04 | | -$ 581.00 | -$ 581.00 |
| 09-23-2021 | 676 | 15.1 | $ 10,207.60 | 11-22-2021 | 676 | | $ 18.00 | $ 12,168.00 | - | - | - | $ 01.04 | | -$ 1,960.40 | -$ 1,960.40 |
| 11-22-2021 | 2082 | 17.85 | $ 37,163.70 | 12-09-2021 | 2082 | | $ 13.62 | $ 28,357.26 | - | - | - | $ 01.04 | | $ 8,806.44 | |
| 11-22-2021 | 837 | 17.85 | $ 14,940.45 | 12-09-2021 | 837 | | $ 13.62 | $ 11,399.94 | - | - | - | $ 01.04 | | $ 3,540.51 | |
| 11-23-2021 | 100 | 17.5 | $ 1,750.00 | 12-09-2021 | 100 | | $ 13.62 | $ 1,362.10 | - | - | - | $ 01.04 | | $ 387.90 | |
| 11-23-2021 | 200 | 17.5 | $ 3,500.00 | 12-09-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 01.04 | | $ 774.00 | |
| 11-23-2021 | 3000 | 17.5 | $ 52,500.00 | 12-09-2021 | 3000 | | $ 13.62 | $ 40,860.60 | - | - | - | $ 01.04 | | $ 11,639.40 | |
| 12-10-2021 | 158 | 14 | $ 2,212.00 | 01-05-2022 | 158 | | $ 11.49 | $ 1,815.42 | - | - | - | $ 01.04 | | $ 396.58 | |
| 12-10-2021 | 3413 | 14 | $ 47,782.00 | | | | | | - | 3413 | 3413 | $ 01.04 | $ 3,555.66 | $ 44,226.34 | $ 44,226.34 |
| 02-07-2022 | 903 | 11 | $ 9,933.00 | | | | | | - | 903 | 903 | $ 01.04 | $ 940.74 | $ 8,992.26 | $ 8,992.26 |
| 03-28-2022 | 682 | 10.1793 | $ 6,942.28 | | | | | | - | 682 | 682 | $ 01.04 | $ 710.51 | $ 6,231.78 | $ 6,231.78 |
| 03-30-2022 | 103 | 9.7 | $ 999.10 | | | | | | - | 103 | 103 | $ 01.04 | $ 107.31 | $ 891.79 | $ 891.79 |
| 04-19-2022 | 466 | 8.59 | $ 4,002.94 | | | | | | - | 466 | 466 | $ 01.04 | $ 485.48 | $ 3,517.46 | $ 3,517.46 |
| Total: | 14,836 | | $225,355.25 | | 9,269 | | | $138,577.33 | | 5,567 | 5,567 | | $5,799.69 | $80,978.24 | $55,433.40 |

| Client Name | Ever Garcia |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBK |
| Security Type | |
| Class Period Start | 09-23-2021 |
| Class Period End | 10-10-2022 |
| 90-DAY Lookback Period Start | 10-11-2022 |
| 90-DAY Lookback Period End | 01-08-2023 |
| 90-DAY Lookback Average | $ 01.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $38,622.88 |
| DURA LIFO* Total | $36,622.60 |
| Gross Shares Purchased | 2,787 |
| Net Shares Retained | 1,887 |
| Net Funds Expended | $41,846.05 |

### Ever Garcia

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-27-2021 | 187 | 16.4982 | $ 3,085.16 | 05-19-2022 | 187 | | $ 06.52 | $ 1,218.51 | - | - | - | $ 01.04 | | $ 1,866.65 | |
| 09-27-2021 | 700 | 16.4982 | $ 11,548.74 | 06-15-2022 | 700 | | $ 04.05 | $ 2,835.07 | - | - | - | $ 01.04 | | $ 8,713.67 | $ 8,713.67 |
| 09-27-2021 | 241 | 16.4982 | $ 3,976.07 | 10-18-2022 | | 241 | $ 01.88 | | $ 453.08 | 241 | - | $ 01.04 | | $ 3,522.99 | $ 3,522.99 |
| 09-27-2021 | 1259 | 16.4982 | $ 20,771.23 | 10-18-2022 | | 1259 | $ 01.88 | | $ 2,366.92 | 1259 | - | $ 01.04 | | $ 18,404.31 | $ 18,404.31 |
| 09-27-2021 | 387 | 16.4982 | $ 6,384.80 | | | | | | - | 387 | 387 | $ 01.04 | $ 403.18 | $ 5,981.63 | $ 5,981.63 |
| 09-27-2021 | 13 | 16.795 | $ 218.34 | 05-19-2022 | 13 | | $ 06.52 | $ 84.71 | - | - | - | $ 01.04 | | $ 133.63 | |
| Total: | 2,787 | | $45,984.34 | | 900 | 1500 | | $4,138.29 | $2,820 | 1,887 | 387 | | $403.18 | $38,622.88 | $36,622.60 |

| Client Name | Benjamin Lamontagne |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBK |
| Security Type | |
| Class Period Start | 09-23-2021 |
| Class Period End | 10-10-2022 |
| 90-DAY Lookback Period Start | 10-11-2022 |
| 90-DAY Lookback Period End | 01-08-2023 |
| 90-DAY Lookback Average | $ 01.04 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $105,080.89 |
| DURA LIFO* Total | $105,080.89 |
| Gross Shares Purchased | 14,021 |
| Net Shares Retained | 7,100 |
| Net Funds Expended | $112,477.66 |

### Benjamin Lamontagne

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-23-2021 | 6921 | 16.3999 | $ 113,503.71 | 11-16-2021 | 6921 | | $ 20.05 | $ 138,766.05 | - | - | - | $ 01.04 | | -$ 25,262.34 | -$ 25,262.34 |
| 11-17-2021 | 7100 | 19.4 | $ 137,740.00 | | | | | | - | 7100 | 7100 | $ 01.04 | $ 7,396.77 | $ 130,343.23 | $ 130,343.23 |

| | Total: | 14,021 | $251,243.71 | | 6,921 | $138,766.05 | 7,100 | 7,100 | $7,396.77 | $105,080.89 | $105,080.89 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Client Name | Benjamin Lamontagne |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBKF |
| Security Type | |
| Class Period Start | 09-23-2021 |
| Class Period End | 10-10-2022 |
| 90-DAY Lookback Period Start | 10-11-2022 |
| 90-DAY Lookback Period End | 01-08-2023 |
| 90-DAY Lookback Average | $ 00.10 |

| SUMMARY OF FINANCIAL INTEREST - ARBKF | |
|---|---|
| LIFO Loss Total | $114,694.99 |
| Gross Shares Purchased | 70,770 |
| Net Shares Retained | 0 |
| Net Funds Expended | $114,694.99 |

Benjamin Lamontagne

| | Purchases | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased Prior to the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 01-25-2021 (Pre Class Period Purchase) | 892 | 1.1 | $ 981.20 | 09-23-2021 | 892 | | $ 01.60 | $ 1,427.20 | - | - | - | $ 00.10 | | -$ 446.00 |
| 02-09-2021 (Pre Class Period Purchase) | 3920 | 1.84 | $ 7,212.80 | 09-23-2021 | 3920 | | $ 01.60 | $ 6,272.00 | - | - | - | $ 00.10 | | $ 940.80 |
| 02-12-2021 (Pre Class Period Purchase) | 50 | 1.92 | $ 96.00 | 09-23-2021 | 50 | | $ 01.60 | $ 80.00 | - | - | - | $ 00.10 | | $ 16.00 |
| 02-19-2021 (Pre Class Period Purchase) | 5021 | 3.98 | $ 19,983.58 | 09-23-2021 | 5021 | | $ 01.60 | $ 8,033.60 | - | - | - | $ 00.10 | | $ 11,949.98 |
| 02-22-2021 (Pre Class Period Purchase) | 7851 | 3.49 | $ 27,399.99 | 09-23-2021 | 7851 | | $ 01.61 | $ 12,640.11 | - | - | - | $ 00.10 | | $ 14,759.88 |
| 02-22-2021 (Pre Class Period Purchase) | 42287 | 3.49 | $ 147,581.63 | 09-23-2021 | 42287 | | $ 01.60 | $ 67,659.20 | - | - | - | $ 00.10 | | $ 79,922.43 |
| 02-23-2021 (Pre Class Period Purchase) | 1700 | 2.91 | $ 4,947.00 | 09-23-2021 | 1700 | | $ 01.61 | $ 2,737.00 | - | - | - | $ 00.10 | | $ 2,210.00 |
| 09-20-2021 (Pre Class Period Purchase) | 300 | 2.21 | $ 663.00 | 09-23-2021 | 300 | | $ 01.63 | $ 487.50 | - | - | - | $ 00.10 | | $ 175.50 |
| 09-20-2021 (Pre Class Period Purchase) | 8300 | 2.21 | $ 18,343.00 | 09-23-2021 | 8300 | | $ 01.62 | $ 13,446.00 | - | - | - | $ 00.10 | | $ 4,897.00 |
| 09-20-2021 (Pre Class Period Purchase) | 449 | 2.21 | $ 992.29 | 09-23-2021 | 449 | | $ 01.61 | $ 722.89 | - | - | - | $ 00.10 | | $ 269.40 |
| Total: | 70,770 | | $228,200.49 | | 70,770 | | | $113,505.50 | | | | | | $ 114,694.99** |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total (Stock + Options) | $226,759.01 |
| DURA LIFO* Total (Stock + Options) | $196,823.89 |
| Gross Shares Purchased | 31,644 |
| Net Shares Retained | 14,554 |
| Net Funds Expended | $241,101.64 |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

** Mr. Lamontagne's loss from pre-Class Period ARBKF shares is not included in Summary of Financial Interest.