# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>       Defendants. | Case No.: 1:23-cv-00572-NRM-SJB<br><br>Hon. Nina R. Morrison |

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE ARGO INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Benjamin Lamontagne, Ever Garcia, and Michael Phillips (the "Argo Investor Group"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2. We are informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiffs in this case jointly because we believe combining our collective

1

resources and knowledge will best serve the Class.[1] This is in part due to the fact that we purchased Argo securities at different times during the Class Period and believe that, together, we can provide better representation of the Class.

3.    I, Benjamin Lamontagne, as reflected in my Certification, purchased Argo securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Belmont, New Hampshire. I possess an Associate's degree in science and commercial illustration. I am currently employed as a Corrections Sergeant with the Department of Corrections for the State of New Hampshire. I decided to seek appointment as lead plaintiff with Ever Garcia and Michael Phillips after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.    I, Ever Garcia, as reflected in my Certification, purchased Argo securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Queens, New York. I have a bachelor's degree in economics from Queens College. I am currently employed as a Senior Business Development Analyst at Northwell Health. I consider myself to be a sophisticated investor and have been investing for ten years. I decided to seek appointment as lead plaintiff with Benjamin Lamontagne and Michael Phillips after learning of their motivation to recover on behalf of investors and that

---

[1] The "Class" consists of all purchasers of Argo Blockchain plc ("Argo" or the "Company") American Depository Shares ("ADSs") pursuant and/or traceable to the Offering Documents issued in connection with the Company's initial public offering conducted on or about September 23, 2021 (the "IPO" or "Offering"); and/or (b) Argo securities between September 23, 2021 and October 10, 2022, both dates inclusive (the "Class Period").

we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.      I, Michael Phillips, as reflected in my Certification, purchased Argo securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Plumas Lake, California. I possess a Master's degree in Business Administration. I am currently employed as a Field Service Specialist with Raytheon Technologies. I consider myself to be a sophisticated investor and have been investing for three years. I decided to seek appointment as lead plaintiff with Benjamin Lamontagne and Ever Garcia after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.      We, Benjamin Lamontagne, Ever Garcia, and Michael Phillips, believe that the allegations against Argo are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. If appointed lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

7.      We are investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Action as Lead Counsel. After discussing the allegations against Argo, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

8.      Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and our counsel on Friday, March 24, 2023, at approximately 3:00 PM EST, where we discussed among other things: the allegations

and the strength of the claims against defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of the action by investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

9.      We believe that the Class will benefit from having three highly motivated investors with substantial financial interests at stake as lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We decided to work together in order to collaborate and exercise joint decision-making. Further, as mentioned above, due to the fact that we purchased Argo securities at different stages in the Class Period, we are able to represent a cross-section of shareholders and better defend against potential representation arguments raised by Defendants later in the Action. We agree to work collaboratively to represent all Argo shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

10.      We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. If appointed as lead plaintiffs, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to

maximize the recovery for the Class. However, if ever there is a disagreement between us that cannot be resolved, we will take a simple majority vote, with each of us possessing one vote.

11.     We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Action in a cost-effective manner and in the best interests of all members of the putative Class.

12.     It is our goal to resolve the Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Action in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

I, Benjamin Lamontagne, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this March 27, 2023.

_____
Benjamin Lamontagne

I, Ever Garcia, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this March 27, 2023.

_____
Ever Garcia

I, Michael Phillips, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this March 27, 2023.

_____
Michael Phillips