**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:23-cv-00572-NRM-SJB |
| Plaintiff, | |
| v. | |
| ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF ALEX LACY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.       I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Alex Lacy ("Lacy") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Lacy's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published January 26, 2023 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Lacy's Signed PSLRA Certification;

Exhibit C:    Analysis of Lacy's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 27th day of March 2023.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 27, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh