# EXHIBIT C

## Financial Interest Analysis

### Exchange Act

**Company Name:** Argo Blockchain plc
**Ticker:** ARBK
**Class Period:** September 23, 2021 to October 10, 2022
**Name:** Alex Lacy

### Account 1

| Trade Date | ADS Quantity | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/14/2021 | 90.0000 | $15.4500 | -$1,390.5000 | | $0.0000 | -$1,390.50 |
| 10/14/2021 | 8,900.0000 | $15.5000 | -$137,950.0000 | | $0.0000 | -$137,950.00 |
| 11/1/2021 | 344.0000 | $18.3600 | -$6,315.8400 | | $0.0000 | -$6,315.84 |
| 11/17/2021 | 215.0000 | $19.0403 | -$4,093.6645 | | $0.0000 | -$4,093.66 |
| 6/27/2022 | 220.0000 | $4.6500 | -$1,023.0000 | | $0.0000 | -$1,023.00 |
| 7/8/2022 | 235.0000 | $4.5455 | -$1,068.1925 | | $0.0000 | -$1,068.19 |
| 12/3/2022 | -503.9450 | | | $1.2001 | $604.7870 | $604.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **ADS Retained:** | **9,500.0550** | | | | **Subtotal:** | **-$151,236.41** |
| | | | **90-Day Average Price** | **ADS Retained** | **90-Day Average:** | $9,708.90 |
| | | | $1.0220 | 9,500 | **Account 1 Total:** | **-$141,527.51** |

### Account 2

| Trade Date | ADS Quantity | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/20/2021 | 0.0650 | $11.6300 | -$0.7560 | | $0.0000 | -$0.76 |
| 12/20/2021 | 86.0000 | $11.6191 | -$999.2426 | | $0.0000 | -$999.24 |
| 1/24/2022 | 1.0000 | $7.9300 | -$7.9300 | | $0.0000 | -$7.93 |
| 1/24/2022 | 125.0000 | $7.9300 | -$991.2500 | | $0.0000 | -$991.25 |
| 6/27/2022 | 76.0000 | $4.6400 | -$352.6400 | | $0.0000 | -$352.64 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **ADS Retained:** | **288.0650** | | | | **Subtotal:** | **-$2,351.82** |
| | | | **90-Day Average Price** | **ADS Retained** | **90-Day Average:** | $294.40 |
| | | | $1.0220 | 288 | **Account 2 Total:** | **-$2,057.42** |

| | |
|---|---|
| **Combined Total** | **-$143,584.93** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 11, 2022 and January 6, 2023. Any ADS sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price. Post-Class Period sales are matched to Class Period purchases using Last-In-First-Out (LIFO).

# Financial Interest Analysis
## Securities Act

| | |
|---|---|
| **Company Name:** | Argo Blockchain plc |
| **Ticker:** | ARBK |
| **Class Period:** | Traceable to September 2021 IPO at $15/share |
| **Name:** | Alex Lacy |

**Account 1**

| Trade Date | ADS Quantity | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/14/2021 | 90.0000 | $15.0000 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 10/14/2021 | 8,900.0000 | $15.0000 | -$133,500.0000 | | $0.0000 | -$133,500.00 |
| 11/1/2021 | 344.0000 | $15.0000 | -$5,160.0000 | | $0.0000 | -$5,160.00 |
| 11/17/2021 | 215.0000 | $15.0000 | -$3,225.0000 | | $0.0000 | -$3,225.00 |
| 6/27/2022 | 220.0000 | $4.6500 | -$1,023.0000 | | $0.0000 | -$1,023.00 |
| 7/8/2022 | 235.0000 | $4.5455 | -$1,068.1925 | | $0.0000 | -$1,068.19 |
| 10/26/2022 | 0.0550 | $2.2100 | -$0.1216 | | $0.0000 | -$0.12 |
| 10/26/2022 | 3.0000 | $2.2090 | -$6.6270 | | $0.0000 | -$6.63 |
| 10/26/2022 | 350.0000 | $2.1950 | -$768.2500 | | $0.0000 | -$768.25 |
| 12/3/2022 | -857.0000 | | $0.0000 | $0.7101 | $608.5557 | $608.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **ADS Retained:** | **9,500.0550** | | | | **Subtotal:** | **-$145,492.64** |
| | | | **Retained Value Per ADS** | **ADS Retained** | **90-Day Average:** | **$19,285.11** |
| | | | $2.0300 | 9,500 | **Account 1 Total:** | **-$126,207.52** |

**Account 2**

| Trade Date | ADS Quantity | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/20/2021 | 0.0650 | $11.6300 | -$0.7560 | | $0.0000 | -$0.76 |
| 12/20/2021 | 86.0000 | $11.6191 | -$999.2426 | | $0.0000 | -$999.24 |
| 1/24/2022 | 1.0000 | $7.9300 | -$7.9300 | | $0.0000 | -$7.93 |
| 1/24/2022 | 125.0000 | $7.9300 | -$991.2500 | | $0.0000 | -$991.25 |
| 6/27/2022 | 76.0000 | $4.6400 | -$352.6400 | | $0.0000 | -$352.64 |
| 10/27/2022 | 245.0000 | $2.2715 | -$556.5175 | | $0.0000 | -$556.52 |
| 10/27/2022 | 4.0000 | $2.2650 | -$9.0600 | | $0.0000 | -$9.06 |
| 10/27/2022 | 0.6130 | $2.3200 | -$1.4222 | | $0.0000 | -$1.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **ADS Retained:** | **537.6780** | | | | **Subtotal:** | **-$2,918.82** |
| | | | **Retained Value Per ADS** | **ADS Retained** | **90-Day Average:** | **$1,091.49** |
| | | | $2.0300 | 538 | **Account 2 Total:** | **-$1,827.33** |

| | |
|---|---|
| **Combined Total** | **-$128,034.86** |

Pursuant to 15 U.S. Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.