UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>              v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>                        Defendants. | Case No.  1:23-cv-00572-NRM-SJB |

NOTICE OF MOTION OF MOHIT MOHINDRU FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Mohit Mohindru ("Mohindru"), by and through his counsel, will and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Mohindru as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded: (i) Argo Blockchain plc ("Argo" or the "Company") American Depository Shares pursuant and/or traceable to the offering documents issued in connection with the Company's initial public offering conducted on or about September 23, 2021, and/or (ii) Argo securities between September 23, 2021 and October 10, 2022, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  March 27, 2023                         Respectfully submitted,

                                               POMERANTZ LLP

                                               */s/ Jeremy A. Lieberman*
                                               Jeremy A. Lieberman
                                               J. Alexander Hood II
                                               Thomas H. Przybylowski
                                               600 Third Avenue, 20th Floor
                                               New York, New York 10016
                                               Telephone: (212) 661-1100
                                               Facsimile: (917) 463-1044
                                               jalieberman@pomlaw.com
                                               ahood@pomlaw.com
                                               tprzybylowski@pomlaw.com

                                               *Counsel for Mohit Mohindru and Proposed Lead*
                                               *Counsel for the Class*