UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated, | Case No.  1:23-cv-00572-NRM-SJB |
| Plaintiff, | |
| v. | |
| ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, | |
| Defendants. | |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF MOHIT MOHINDRU FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Mohit Mohindru ("Mohindru"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Mohindru's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Mohindru's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on January 26, 2023, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Mohindru;

Exhibit D:    Declaration executed by Mohindru; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 27, 2023.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1