# EXHIBIT A

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | 90-Days* Mean Price |
|---|---|---|---|---|---|
| | | | | 10b | $1.0452 |
| | | | | 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK | | 18,687 | | ($269,073) | | (18,687) | | $178,485 | 1,750 | 0 | $0 | ($90,588) |
| Mohit Mohindru | ARBKF | | 0 | | $0 | | (70,000) | | $113,835 | 0 | 0 | $0 | $0 |
| Mohit Mohindru | Options | | 909 | | ($18,823) | | (909) | | $19,692 | 0 | 0 | $0 | $869 |
| **Mohit Mohindru** | **Common Stock & Options** | | | | **($287,896)** | | | | **$312,012** | | | | **($89,719)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK | 9/23/2021 | 100 | $15.0000 | ($1,500) | 9/27/2021 | (1) | $16.5200 | $17 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 1,000 | $16.7500 | ($16,750) | 9/27/2021 | (93) | $16.5100 | $1,535 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 300 | $16.6899 | ($5,007) | 9/27/2021 | (992) | $16.5001 | $16,368 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 5,724 | $16.9000 | ($96,736) | 11/5/2021 | (500) | $17.4400 | $8,720 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 62 | $16.6900 | ($1,035) | 11/5/2021 | (500) | $17.4801 | $8,740 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 900 | $16.0500 | ($14,445) | 11/8/2021 | (4) | $18.5000 | $74 | | | | |
| Mohit Mohindru | ARBK | 11/5/2021 | 1,000 | $16.5500 | ($16,550) | 11/8/2021 | (996) | $18.3001 | $18,227 | | | | |
| Mohit Mohindru | ARBK | 11/8/2021 | 1,000 | $17.2000 | ($17,200) | 11/10/2021 | (1,000) | $19.7316 | $19,732 | | | | |
| Mohit Mohindru | ARBK | 11/10/2021 | 5 | $19.9000 | ($100) | 11/12/2021 | (1,000) | $18.8900 | $18,890 | | | | |
| Mohit Mohindru | ARBK | 11/10/2021 | 995 | $19.9700 | ($19,870) | 11/18/2021 | (60) | $18.5000 | $1,110 | | | | |
| Mohit Mohindru | ARBK | 11/12/2021 | 156 | $18.5000 | ($2,886) | 1/28/2022 | (200) | $9.2626 | $1,853 | | | | |
| Mohit Mohindru | ARBK | 11/12/2021 | 844 | $18.4800 | ($15,597) | 1/28/2022 | (238) | $9.2700 | $2,206 | | | | |
| Mohit Mohindru | ARBK | 11/15/2021 | 1,000 | $18.5000 | ($18,500) | 1/28/2022 | (500) | $9.4000 | $4,700 | | | | |
| Mohit Mohindru | ARBK | 11/18/2021 | 60 | $18.3000 | ($1,098) | 1/28/2022 | (500) | $9.4000 | $4,700 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.1800 | ($1,018) | 1/28/2022 | (62) | $9.2750 | $575 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.2500 | ($1,025) | 2/25/2022 | (200) | $8.9001 | $1,780 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.4700 | ($1,047) | 2/25/2022 | (300) | $8.9200 | $2,676 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 200 | $10.2100 | ($2,042) | 2/25/2022 | (500) | $8.8500 | $4,425 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 100 | $9.4700 | ($947) | 3/21/2022 | (1,356) | $8.7400 | $11,851 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 1,275 | $9.4899 | ($12,100) | 3/21/2022 | (20) | $8.7900 | $176 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 300 | $9.4000 | ($2,820) | 3/21/2022 | (20) | $8.7950 | $176 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 300 | $9.4800 | ($2,844) | 3/21/2022 | (200) | $8.7700 | $1,754 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 40 | $9.3800 | ($375) | 3/21/2022 | (230) | $8.8000 | $2,024 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 660 | $9.4000 | ($6,204) | 3/21/2022 | (849) | $8.7812 | $7,455 | | | | |
| Mohit Mohindru | ARBK | 5/12/2022 | 150 | $5.6399 | ($846) | 4/13/2022 | (100) | $8.7612 | $876 | | | | |
| Mohit Mohindru | ARBK | 6/21/2022 | 101 | $4.6100 | ($466) | 4/13/2022 | (105) | $8.7612 | $920 | | | | |
| Mohit Mohindru | ARBK | 6/21/2022 | 99 | $4.6200 | ($457) | 4/13/2022 | (15) | $8.7264 | $131 | | | | |
| Mohit Mohindru | ARBK | 7/18/2022 | 274 | $4.3000 | ($1,178) | 4/13/2022 | (3) | $8.7100 | $26 | | | | |
| Mohit Mohindru | ARBK | 7/18/2022 | 714 | $4.3500 | ($3,106) | 4/13/2022 | (7) | $8.7200 | $61 | | | | |
| Mohit Mohindru | ARBK | 7/29/2022 | 389 | $4.9300 | ($1,918) | 4/13/2022 | (95) | $8.7600 | $832 | | | | |
| Mohit Mohindru | ARBK | 8/9/2022 | 350 | $5.1000 | ($1,785) | 4/18/2022 | (175) | $8.3000 | $1,453 | | | | |
| Mohit Mohindru | ARBK | 8/16/2022 | 200 | $6.1000 | ($1,220) | 5/10/2022 | (100) | $6.6600 | $666 | | | | |
| Mohit Mohindru | ARBK | 8/29/2022 | 89 | $4.5199 | ($402) | 5/10/2022 | (200) | $6.6600 | $1,332 | | | | |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  | 90-Days* Mean Price |
|---|---|---|
| **10b** | **$1.0452** |
| **11** | **$2.0300** |

| Plaintiff |  | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohit Mohindru | ARBK |  |  |  |  | 5/10/2022 | (300) | $6.6600 | $1,998 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 5/10/2022 | (50) | $6.6520 | $333 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/1/2022 | (100) | $6.2080 | $621 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/1/2022 | (200) | $6.2250 | $1,245 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/1/2022 | (200) | $6.2280 | $1,246 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/1/2022 | (50) | $6.1501 | $308 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/1/2022 | (50) | $6.1882 | $309 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 6/21/2022 | (600) | $5.0000 | $3,000 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 7/18/2022 | (3,000) | $5.0000 | $15,000 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 7/26/2022 | (15) | $4.2101 | $63 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 7/26/2022 | (562) | $4.2101 | $2,366 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 8/8/2022 | (350) | $5.3201 | $1,862 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 8/26/2022 | (10) | $4.5700 | $46 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 8/26/2022 | (100) | $4.5800 | $458 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 8/26/2022 | (201) | $4.5601 | $917 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 8/26/2022 | (28) | $4.5601 | $128 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 10/21/2022 | (670) | $1.8270 | $1,224 |  |  |  |  |
| Mohit Mohindru | ARBK |  |  |  |  | 12/6/2022 | (1,080) | $1.2060 | $1,302 |  |  |  |  |
| **Mohit Mohindru** | **ARBK** |  | **18,687** |  | **($269,073)** |  | **(18,687)** |  | **$178,485** | **1,750** | **0** | **$0** | **($90,588)** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Mohit Mohindru** | **ARBK Apr 14 2022 12.5 Call** | **3/24/2022** | **60** | **$0.3000** | **($1,800)** | **3/22/2022** | **(60)** | **$0.2000** | **$1,200** | **0** | **0** |  | **($600)** |
| **Mohit Mohindru** | **ARBK Apr 14 2022 7.5 Put** | **3/22/2022** | **10** | **$0.3500** | **($350)** | **4/14/2022** | **(10) expired** |  |  | **0** | **0** |  | **($350)** |
| **Mohit Mohindru** | **ARBK Feb 18 2022 12.5 Call** | **1/31/2022** | **65** | **$0.4000** | **($2,600)** | **1/31/2022** | **(65)** | **$0.2800** | **$1,820** | **0** | **0** |  | **($780)** |
| **Mohit Mohindru** | **ARBK Jan 21 2022 17.5 Call** | **1/21/2022** | **80** | **expired** |  | **1/3/2022** | **(80)** | **$0.1600** | **$1,280** | **0** | **0** |  | **$1,280** |
| **Mohit Mohindru** | **ARBK Mar 18 2022 12.5 Call** | **2/28/2022** | **60** | **$0.1900** | **($1,140)** | **2/25/2022** | **(60)** | **$0.1500** | **$900** | **0** | **0** |  | **($240)** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Mohit Mohindru | ARBK Dec 17 2021 25.0 Call | 12/17/2021 | 40 | $0.0200 | ($80) | 11/24/2021 | (80) | $0.6000 | $4,800 |  |  |  |  |
| Mohit Mohindru | ARBK Dec 17 2021 25.0 Call | 12/17/2021 | 40 | expired |  |  |  |  |  |  |  |  |  |
| **Mohit Mohindru** | **ARBK Dec 17 2021 25.0 Call** |  | **80** |  | **($80)** |  | **(80)** |  | **$4,800** | **0** | **0** |  | **$4,720** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 10.0 Put | 12/10/2021 | 10 | $0.8000 | ($800) | 12/17/2021 | (5) | $0.7700 | $385 |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 10.0 Put |  |  |  |  | 12/17/2021 | (5) | $0.8800 | $440 |  |  |  |  |
| **Mohit Mohindru** | **ARBK Jan 21 2022 10.0 Put** |  | **10** |  | **($800)** |  | **(10)** |  | **$825** | **0** | **0** |  | **$25** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 12/29/2021 | 10 | $0.1200 | ($120) | 12/23/2021 | (5) | $0.1000 | $50 |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 12/17/2021 | 30 | $0.2000 | ($600) | 12/23/2021 | (5) | $0.1000 | $50 |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0300 | ($15) | 1/21/2022 | (1) | $0.0300 | $3 |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0400 | ($20) | 1/21/2022 | (10) | $0.0300 | $30 |  |  |  |  |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put |  |  |  |  | 1/21/2022 | (29) | $0.0200 | $58 |  |  |  |  |
| **Mohit Mohindru** | **ARBK Jan 21 2022 7.5 Put** |  | **50** |  | **($755)** |  | **(50)** |  | **$191** | **0** | **0** |  | **($564)** |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | 90-Days* Mean Price |
|---|---|---|---|---|---|
| | | | | 10b | $1.0452 |
| | | | | 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 10 | $0.0900 | ($90) | 3/22/2022 | (10) | $0.0500 | $50 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.0500 | ($125) | 3/22/2022 | (10) | $0.0600 | $60 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.1000 | ($250) | 3/22/2022 | (40) | $0.0600 | $240 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 60 | $0.0800 | ($480) | 4/14/2022 | (60) expired | | | | | | |
| **Mohit Mohindru** | **ARBK Apr 14 2022 5.0 Put** | | **120** | | **($945)** | | **(120)** | | **$350** | **0** | **0** | | **($595)** |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | 2/18/2022 | 70 expired | | | 1/31/2022 | (65) | $0.1000 | $650 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (2) | $0.1100 | $22 | | | | |
| **Mohit Mohindru** | **ARBK Feb 18 2022 15.0 Call** | | **70** | | | | **(70)** | | **$705** | **0** | **0** | | **$705** |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.0800 | ($8) | 2/18/2022 | (70) expired | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.1200 | ($12) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1000 | ($100) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1300 | ($130) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 28 | $0.1400 | ($392) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 5 | $0.1400 | ($70) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/24/2022 | 15 | $0.3000 | ($450) | | | | | | | | |
| **Mohit Mohindru** | **ARBK Feb 18 2022 5.0 Put** | | **70** | | **($1,162)** | | **(70)** | | | **0** | **0** | | **($1,162)** |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 1 | $1.3700 | ($137) | 6/21/2022 | (1) | $0.9000 | $90 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 30 | $1.3400 | ($4,020) | 6/21/2022 | (1) | $0.9500 | $95 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 7 | $1.3500 | ($945) | 6/21/2022 | (1) | $0.9500 | $95 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/7/2022 | (1) | $0.7500 | $75 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/7/2022 | (1) | $0.7500 | $75 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/8/2022 | (1) | $0.6500 | $65 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/8/2022 | (2) | $0.6000 | $120 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/15/2022 | (30) exercised | | | | | | |
| **Mohit Mohindru** | **ARBK Jul 15 2022 5.0 Put** | | **38** | | **($5,102)** | | **(38)** | | **$615** | **0** | **0** | | **($4,487)** |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | 5/23/2022 | 50 | $0.3300 | ($1,650) | 6/1/2022 | (1) | $0.1500 | $15 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | 1 | $0.2000 | ($20) | 6/1/2022 | (1) | $0.1500 | $15 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/1/2022 | (2) | $0.1500 | $30 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/1/2022 | (3) | $0.1600 | $48 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (1) | $0.9400 | $94 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (26) | $0.9500 | $2,470 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (4) | $0.9600 | $384 | | | | |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | 90-Days* Mean Price |
|---|---|---|---|---|---|
| | | | | 10b | $1.0452 |
| | | | | 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (7) | $1.0000 | $700 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (6) exercised | | | | | | |
| **Mohit Mohindru** | **ARBK Jun 17 2022 5.0 Put** | | **51** | | **($1,670)** | | **(51)** | | **$3,756** | **0** | **0** | | **$2,086** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 30 | $0.1500 | ($450) | 2/28/2022 | (10) | $0.0500 | $50 | | | | |
| Mohit Mohindru | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 40 | $0.1500 | ($600) | 3/18/2022 | (60) expired | | | | | | |
| **Mohit Mohindru** | **ARBK Mar 18 2022 5.0 Put** | | **70** | | **($1,050)** | | **(70)** | | **$50** | **0** | **0** | | **($1,000)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | 4/18/2022 | 25 | $0.0800 | ($200) | 4/21/2022 | (5) | $0.0500 | $25 | | | | |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | 4/18/2022 | 35 | $0.1000 | ($350) | 5/12/2022 | (5) | $0.2000 | $100 | | | | |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | | | | | 5/23/2022 | (50) expired | | | | | | |
| **Mohit Mohindru** | **ARBK May 20 2022 5.0 Put** | | **60** | | **($550)** | | **(60)** | | **$125** | **0** | **0** | | **($425)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/19/2022 | 2 | $0.5500 | ($110) | 5/12/2022 | (15) | $2.0500 | $3,075 | | | | |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/21/2022 | 10 | $0.5500 | ($550) | | | | | | | | |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/21/2022 | 3 | $0.5300 | ($159) | | | | | | | | |
| **Mohit Mohindru** | **ARBK May 20 2022 7.5 Put** | | **15** | | **($819)** | | **(15)** | | **$3,075** | **0** | **0** | | **$2,256** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBKF | | | | | Preclass | 70,000 | | | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (1,000) | $1.5900 | $1,590 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (500) | $1.5800 | $790 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (500) | $1.5900 | $795 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (50,000) | $1.6300 | $81,500 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (9,000) | $1.5900 | $14,310 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (9,000) | $1.6500 | $14,850 | | | | |
| Mohit Mohindru | **ARBKF** | | | | | | **(70,000)** | | **$113,835** | **0** | **0** | **$0** | **$0** |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  | | | | | | | | | | 90-Days* Mean Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | | | | | | | | 10b | | $1.0452 |
|  |  | | | | | | | | 11 | | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 11 Estimated Gain(Loss) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Summary | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK | | 18,907 | | ($239,561) | | (18,727) | | $177,703 | 1,970 | 180 | $365 | ($61,493) |
| Mohit Mohindru | ARBKF | | 0 | | $0 | | (70,000) | | $113,835 | 0 | 0 | $0 | $0 |
| Mohit Mohindru | Options | | 909 | | ($18,823) | | (909) | | $19,692 | 0 | 0 | $0 | $869 |
| **Mohit Mohindru** | **Common Stock & Options** | | | | **($258,384)** | | | | **$311,230** | | | | **($60,624)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK | 9/23/2021 | 100 | $15.0000 | ($1,500) | 9/27/2021 | (1) | $16.5200 | $17 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 1,000 | $15.0000 | ($15,000) | 9/27/2021 | (93) | $16.5100 | $1,535 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 300 | $15.0000 | ($4,500) | 9/27/2021 | (992) | $16.5001 | $16,368 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 5,724 | $15.0000 | ($85,860) | 11/5/2021 | (500) | $17.4400 | $8,720 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 62 | $15.0000 | ($930) | 11/5/2021 | (500) | $17.4801 | $8,740 | | | | |
| Mohit Mohindru | ARBK | 9/27/2021 | 900 | $15.0000 | ($13,500) | 11/8/2021 | (4) | $18.5000 | $74 | | | | |
| Mohit Mohindru | ARBK | 11/5/2021 | 1,000 | $15.0000 | ($15,000) | 11/8/2021 | (996) | $18.3001 | $18,227 | | | | |
| Mohit Mohindru | ARBK | 11/8/2021 | 1,000 | $15.0000 | ($15,000) | 11/10/2021 | (1,000) | $19.7316 | $19,732 | | | | |
| Mohit Mohindru | ARBK | 11/10/2021 | 5 | $15.0000 | ($75) | 11/12/2021 | (1,000) | $18.8900 | $18,890 | | | | |
| Mohit Mohindru | ARBK | 11/10/2021 | 995 | $15.0000 | ($14,925) | 11/18/2021 | (60) | $18.5000 | $1,110 | | | | |
| Mohit Mohindru | ARBK | 11/12/2021 | 156 | $15.0000 | ($2,340) | 1/28/2022 | (200) | $9.2626 | $1,853 | | | | |
| Mohit Mohindru | ARBK | 11/12/2021 | 844 | $15.0000 | ($12,660) | 1/28/2022 | (238) | $9.2700 | $2,206 | | | | |
| Mohit Mohindru | ARBK | 11/15/2021 | 1,000 | $15.0000 | ($15,000) | 1/28/2022 | (500) | $9.4000 | $4,700 | | | | |
| Mohit Mohindru | ARBK | 11/18/2021 | 60 | $15.0000 | ($900) | 1/28/2022 | (500) | $9.4000 | $4,700 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.1800 | ($1,018) | 1/28/2022 | (62) | $9.2750 | $575 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.2500 | ($1,025) | 2/25/2022 | (200) | $8.9001 | $1,780 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 100 | $10.4700 | ($1,047) | 2/25/2022 | (300) | $8.9200 | $2,676 | | | | |
| Mohit Mohindru | ARBK | 2/1/2022 | 200 | $10.2100 | ($2,042) | 2/25/2022 | (500) | $8.8500 | $4,425 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 100 | $9.4700 | ($947) | 3/21/2022 | (1,356) | $8.7400 | $11,851 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 1,275 | $9.4899 | ($12,100) | 3/21/2022 | (20) | $8.7900 | $176 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 300 | $9.4000 | ($2,820) | 3/21/2022 | (20) | $8.7950 | $176 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 300 | $9.4800 | ($2,844) | 3/21/2022 | (200) | $8.7700 | $1,754 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 40 | $9.3800 | ($375) | 3/21/2022 | (230) | $8.8000 | $2,024 | | | | |
| Mohit Mohindru | ARBK | 3/22/2022 | 660 | $9.4000 | ($6,204) | 3/21/2022 | (849) | $8.7812 | $7,455 | | | | |
| Mohit Mohindru | ARBK | 5/12/2022 | 150 | $5.6399 | ($846) | 4/13/2022 | (100) | $8.7612 | $876 | | | | |
| Mohit Mohindru | ARBK | 6/21/2022 | 101 | $4.6100 | ($466) | 4/13/2022 | (105) | $8.7612 | $920 | | | | |
| Mohit Mohindru | ARBK | 6/21/2022 | 99 | $4.6200 | ($457) | 4/13/2022 | (15) | $8.7264 | $131 | | | | |
| Mohit Mohindru | ARBK | 7/18/2022 | 274 | $4.3000 | ($1,178) | 4/13/2022 | (3) | $8.7100 | $26 | | | | |
| Mohit Mohindru | ARBK | 7/18/2022 | 714 | $4.3500 | ($3,106) | 4/13/2022 | (7) | $8.7200 | $61 | | | | |
| Mohit Mohindru | ARBK | 7/29/2022 | 389 | $4.9300 | ($1,918) | 4/13/2022 | (95) | $8.7600 | $832 | | | | |
| Mohit Mohindru | ARBK | 8/9/2022 | 350 | $5.1000 | ($1,785) | 4/18/2022 | (175) | $8.3000 | $1,453 | | | | |
| Mohit Mohindru | ARBK | 8/16/2022 | 200 | $6.1000 | ($1,220) | 5/10/2022 | (100) | $6.6600 | $666 | | | | |
| Mohit Mohindru | ARBK | 8/29/2022 | 89 | $4.5199 | ($402) | 5/10/2022 | (200) | $6.6600 | $1,332 | | | | |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | 90-Days* Mean Price |
|---|---|---|
| 10b | $1.0452 |
| 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohit Mohindru | ARBK | 10/26/2022 | 100 | $2.5899 | ($259) | 5/10/2022 | (300) | $6.6600 | $1,998 | | | | |
| Mohit Mohindru | ARBK | 10/26/2022 | 50 | $2.5999 | ($130) | 5/10/2022 | (50) | $6.6520 | $333 | | | | |
| Mohit Mohindru | ARBK | 10/26/2022 | 70 | $2.6000 | ($182) | 6/1/2022 | (100) | $6.2080 | $621 | | | | |
| Mohit Mohindru | ARBK | | | | | 6/1/2022 | (200) | $6.2250 | $1,245 | | | | |
| Mohit Mohindru | ARBK | | | | | 6/1/2022 | (200) | $6.2280 | $1,246 | | | | |
| Mohit Mohindru | ARBK | | | | | 6/1/2022 | (50) | $6.1501 | $308 | | | | |
| Mohit Mohindru | ARBK | | | | | 6/1/2022 | (50) | $6.1882 | $309 | | | | |
| Mohit Mohindru | ARBK | | | | | 6/21/2022 | (600) | $5.0000 | $3,000 | | | | |
| Mohit Mohindru | ARBK | | | | | 7/18/2022 | (3,000) | $5.0000 | $15,000 | | | | |
| Mohit Mohindru | ARBK | | | | | 7/26/2022 | (15) | $4.2101 | $63 | | | | |
| Mohit Mohindru | ARBK | | | | | 7/26/2022 | (562) | $4.2101 | $2,366 | | | | |
| Mohit Mohindru | ARBK | | | | | 8/8/2022 | (350) | $5.3201 | $1,862 | | | | |
| Mohit Mohindru | ARBK | | | | | 8/26/2022 | (10) | $4.5700 | $46 | | | | |
| Mohit Mohindru | ARBK | | | | | 8/26/2022 | (100) | $4.5800 | $458 | | | | |
| Mohit Mohindru | ARBK | | | | | 8/26/2022 | (201) | $4.5601 | $917 | | | | |
| Mohit Mohindru | ARBK | | | | | 8/26/2022 | (28) | $4.5601 | $128 | | | | |
| Mohit Mohindru | ARBK | | | | | 10/21/2022 | (670) | $1.4701 | $985 | | | | |
| Mohit Mohindru | ARBK | | | | | 12/6/2022 | (1,115) | $0.6808 | $759 | | | | |
| Mohit Mohindru | ARBK | | | | | 2/9/2023 | (5) | $1.8506 | $9 | | | | |
| **Mohit Mohindru** | **ARBK** | | **18,907** | | **($239,561)** | | **(18,727)** | | **$177,703** | **1,970** | **180** | **$365** | **($61,493)** |
| | | | | | | | | | | | | | |
| **Mohit Mohindru** | **ARBK Apr 14 2022 12.5 Call** | **3/24/2022** | **60** | **$0.3000** | **($1,800)** | **3/22/2022** | **(60)** | **$0.2000** | **$1,200** | **0** | **0** | | **($600)** |
| **Mohit Mohindru** | **ARBK Apr 14 2022 7.5 Put** | **3/22/2022** | **10** | **$0.3500** | **($350)** | **4/14/2022** | **(10) expired** | | | **0** | **0** | | **($350)** |
| **Mohit Mohindru** | **ARBK Feb 18 2022 12.5 Call** | **1/31/2022** | **65** | **$0.4000** | **($2,600)** | **1/31/2022** | **(65)** | **$0.2800** | **$1,820** | **0** | **0** | | **($780)** |
| **Mohit Mohindru** | **ARBK Jan 21 2022 17.5 Call** | **1/21/2022** | **80 expired** | | | **1/3/2022** | **(80)** | **$0.1600** | **$1,280** | **0** | **0** | | **$1,280** |
| **Mohit Mohindru** | **ARBK Mar 18 2022 12.5 Call** | **2/28/2022** | **60** | **$0.1900** | **($1,140)** | **2/25/2022** | **(60)** | **$0.1500** | **$900** | **0** | **0** | | **($240)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Dec 17 2021 25.0 Call | 12/17/2021 | 40 | $0.0200 | ($80) | 11/24/2021 | (80) | $0.6000 | $4,800 | | | | |
| Mohit Mohindru | ARBK Dec 17 2021 25.0 Call | 12/17/2021 | 40 expired | | | | | | | | | | |
| **Mohit Mohindru** | **ARBK Dec 17 2021 25.0 Call** | | **80** | | **($80)** | | **(80)** | | **$4,800** | **0** | **0** | | **$4,720** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 10.0 Put | 12/10/2021 | 10 | $0.8000 | ($800) | 12/17/2021 | (5) | $0.7700 | $385 | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 10.0 Put | | | | | 12/17/2021 | (5) | $0.8800 | $440 | | | | |
| **Mohit Mohindru** | **ARBK Jan 21 2022 10.0 Put** | | **10** | | **($800)** | | **(10)** | | **$825** | **0** | **0** | | **$25** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 12/29/2021 | 10 | $0.1200 | ($120) | 12/23/2021 | (5) | $0.1000 | $50 | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 12/17/2021 | 30 | $0.2000 | ($600) | 12/23/2021 | (5) | $0.1000 | $50 | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0300 | ($15) | 1/21/2022 | (1) | $0.0300 | $3 | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0400 | ($20) | 1/21/2022 | (10) | $0.0300 | $30 | | | | |
| Mohit Mohindru | ARBK Jan 21 2022 7.5 Put | | | | | 1/21/2022 | (29) | $0.0200 | $58 | | | | |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | 90-Days* Mean Price |
|---|---|---|---|---|
| 10b | $1.0452 |
| 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mohit Mohindru** | **ARBK Jan 21 2022 7.5 Put** | | **50** | | **($755)** | | **(50)** | | **$191** | **0** | **0** | | **($564)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 10 | $0.0900 | ($90) | 3/22/2022 | (10) | $0.0500 | $50 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.0500 | ($125) | 3/22/2022 | (10) | $0.0600 | $60 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.1000 | ($250) | 3/22/2022 | (40) | $0.0600 | $240 | | | | |
| Mohit Mohindru | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 60 | $0.0800 | ($480) | 4/14/2022 | (60) expired | | | | | | |
| **Mohit Mohindru** | **ARBK Apr 14 2022 5.0 Put** | | **120** | | **($945)** | | **(120)** | | **$350** | **0** | **0** | | **($595)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | 2/18/2022 | 70 expired | | | 1/31/2022 | (65) | $0.1000 | $650 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (1) | $0.1100 | $11 | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 15.0 Call | | | | | 2/1/2022 | (2) | $0.1100 | $22 | | | | |
| **Mohit Mohindru** | **ARBK Feb 18 2022 15.0 Call** | | **70** | | | | **(70)** | | **$705** | **0** | **0** | | **$705** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.0800 | ($8) | 2/18/2022 | (70) expired | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.1200 | ($12) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1000 | ($100) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1300 | ($130) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 28 | $0.1400 | ($392) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 5 | $0.1400 | ($70) | | | | | | | | |
| Mohit Mohindru | ARBK Feb 18 2022 5.0 Put | 1/24/2022 | 15 | $0.3000 | ($450) | | | | | | | | |
| **Mohit Mohindru** | **ARBK Feb 18 2022 5.0 Put** | | **70** | | **($1,162)** | | **(70)** | | | **0** | **0** | | **($1,162)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 1 | $1.3700 | ($137) | 6/21/2022 | (1) | $0.9000 | $90 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 30 | $1.3400 | ($4,020) | 6/21/2022 | (1) | $0.9500 | $95 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 7 | $1.3500 | ($945) | 6/21/2022 | (1) | $0.9500 | $95 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/7/2022 | (1) | $0.7500 | $75 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/7/2022 | (1) | $0.7500 | $75 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/8/2022 | (1) | $0.6500 | $65 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/8/2022 | (2) | $0.6000 | $120 | | | | |
| Mohit Mohindru | ARBK Jul 15 2022 5.0 Put | | | | | 7/15/2022 | (30) exercised | | | | | | |
| **Mohit Mohindru** | **ARBK Jul 15 2022 5.0 Put** | | **38** | | **($5,102)** | | **(38)** | | **$615** | **0** | **0** | | **($4,487)** |
| | | | | | | | | | | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | 5/23/2022 | 50 | $0.3300 | ($1,650) | 6/1/2022 | (1) | $0.1500 | $15 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | 1 | $0.2000 | ($20) | 6/1/2022 | (1) | $0.1500 | $15 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/1/2022 | (2) | $0.1500 | $30 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/1/2022 | (3) | $0.1600 | $48 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (1) | $0.9400 | $94 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (26) | $0.9500 | $2,470 | | | | |

*Avg Closing Prices from October 11, 2022 to January 6, 2023

**Argo Blockchain plc (ARBK)**
**Class Period: September 23, 2021 to October 10, 2022**
**IPO Date: September 23, 2021**
**IPO Price: $15.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  | 90-Days* Mean Price |
|---|---|---|
| 10b | $1.0452 |
| 11 | $2.0300 |

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (4) | $0.9600 | $384 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (7) | $1.0000 | $700 | | | | |
| Mohit Mohindru | ARBK Jun 17 2022 5.0 Put | | | | | 6/17/2022 | (6) exercised | | | | | | |
| **Mohit Mohindru** | **ARBK Jun 17 2022 5.0 Put** | | **51** | | **($1,670)** | | **(51)** | | **$3,756** | **0** | **0** | | **$2,086** |
| Mohit Mohindru | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 30 | $0.1500 | ($450) | 2/28/2022 | (10) | $0.0500 | $50 | | | | |
| Mohit Mohindru | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 40 | $0.1500 | ($600) | 3/18/2022 | (60) expired | | | | | | |
| **Mohit Mohindru** | **ARBK Mar 18 2022 5.0 Put** | | **70** | | **($1,050)** | | **(70)** | | **$50** | **0** | **0** | | **($1,000)** |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | 4/18/2022 | 25 | $0.0800 | ($200) | 4/21/2022 | (5) | $0.0500 | $25 | | | | |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | 4/18/2022 | 35 | $0.1000 | ($350) | 5/12/2022 | (5) | $0.2000 | $100 | | | | |
| Mohit Mohindru | ARBK May 20 2022 5.0 Put | | | | | 5/23/2022 | (50) expired | | | | | | |
| **Mohit Mohindru** | **ARBK May 20 2022 5.0 Put** | | **60** | | **($550)** | | **(60)** | | **$125** | **0** | **0** | | **($425)** |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/19/2022 | 2 | $0.5500 | ($110) | 5/12/2022 | (15) | $2.0500 | $3,075 | | | | |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/21/2022 | 10 | $0.5500 | ($550) | | | | | | | | |
| Mohit Mohindru | ARBK May 20 2022 7.5 Put | 4/21/2022 | 3 | $0.5300 | ($159) | | | | | | | | |
| **Mohit Mohindru** | **ARBK May 20 2022 7.5 Put** | | **15** | | **($819)** | | **(15)** | | **$3,075** | **0** | **0** | | **$2,256** |
| Mohit Mohindru | ARBKF | | | | | Preclass | 70,000 | | | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (1,000) | $1.5900 | $1,590 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (500) | $1.5800 | $790 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (500) | $1.5900 | $795 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (50,000) | $1.6300 | $81,500 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (9,000) | $1.5900 | $14,310 | | | | |
| Mohit Mohindru | ARBKF | | | | | 9/27/2021 | (9,000) | $1.6500 | $14,850 | | | | |
| Mohit Mohindru | **ARBKF** | | | | | | **(70,000)** | | **$113,835** | **0** | **0** | **$0** | **$0** |

*Avg Closing Prices from October 11, 2022 to January 6, 2023