# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, _Mohit Mohindru_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Argo Blockchain plc ("Argo" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Argo securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or the Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Argo ADSs pursuant and/or traceable to the Offering Documents issued in connection with the IPO as specified in the Complaint, and/or Argo securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Argo ADSs pursuant and/or traceable to the Offering Documents issued in connection with the IPO as specified in the Complaint, as well as Argo securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 3/24/2023
_____
**(Date)**

DocuSigned by:

*Mohit Mohindru*

(Signature)
D90A77C3B489477...

03/24/2023
_____
**(Type or Print Name)**

**Argo Blockchain plc (ARBK)**                                             **Mohit Mohindru**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | ARBK | 9/23/2021 | 100 | $15.0000 |
| Purchase | ARBK | 9/27/2021 | 1,000 | $16.7500 |
| Purchase | ARBK | 9/27/2021 | 300 | $16.6899 |
| Purchase | ARBK | 9/27/2021 | 5,724 | $16.9000 |
| Purchase | ARBK | 9/27/2021 | 62 | $16.6900 |
| Purchase | ARBK | 9/27/2021 | 900 | $16.0500 |
| Purchase | ARBK | 11/5/2021 | 1,000 | $16.5500 |
| Purchase | ARBK | 11/8/2021 | 1,000 | $17.2000 |
| Purchase | ARBK | 11/10/2021 | 5 | $19.9000 |
| Purchase | ARBK | 11/10/2021 | 995 | $19.9700 |
| Purchase | ARBK | 11/12/2021 | 156 | $18.5000 |
| Purchase | ARBK | 11/12/2021 | 844 | $18.4800 |
| Purchase | ARBK | 11/15/2021 | 1,000 | $18.5000 |
| Purchase | ARBK | 11/18/2021 | 60 | $18.3000 |
| Purchase | ARBK | 2/1/2022 | 100 | $10.1800 |
| Purchase | ARBK | 2/1/2022 | 100 | $10.2500 |
| Purchase | ARBK | 2/1/2022 | 100 | $10.4700 |
| Purchase | ARBK | 2/1/2022 | 200 | $10.2100 |
| Purchase | ARBK | 3/22/2022 | 100 | $9.4700 |
| Purchase | ARBK | 3/22/2022 | 1,275 | $9.4899 |
| Purchase | ARBK | 3/22/2022 | 300 | $9.4000 |
| Purchase | ARBK | 3/22/2022 | 300 | $9.4800 |
| Purchase | ARBK | 3/22/2022 | 40 | $9.3800 |
| Purchase | ARBK | 3/22/2022 | 660 | $9.4000 |
| Purchase | ARBK | 5/12/2022 | 150 | $5.6399 |
| Purchase | ARBK | 6/21/2022 | 101 | $4.6100 |
| Purchase | ARBK | 6/21/2022 | 99 | $4.6200 |
| Purchase | ARBK | 7/18/2022 | 274 | $4.3000 |
| Purchase | ARBK | 7/18/2022 | 714 | $4.3500 |
| Purchase | ARBK | 7/29/2022 | 389 | $4.9300 |
| Purchase | ARBK | 8/9/2022 | 350 | $5.1000 |
| Purchase | ARBK | 8/16/2022 | 200 | $6.1000 |
| Purchase | ARBK | 8/29/2022 | 89 | $4.5199 |
| Purchase | ARBK | 10/26/2022 | 100 | $2.5899 |
| Purchase | ARBK | 10/26/2022 | 50 | $2.5999 |
| Purchase | ARBK | 10/26/2022 | 70 | $2.6000 |
| Sale | ARBK | 9/27/2021 | (1) | $16.5200 |
| Sale | ARBK | 9/27/2021 | (93) | $16.5100 |
| Sale | ARBK | 9/27/2021 | (992) | $16.5001 |
| Sale | ARBK | 11/5/2021 | (500) | $17.4400 |
| Sale | ARBK | 11/5/2021 | (500) | $17.4801 |
| Sale | ARBK | 11/8/2021 | (4) | $18.5000 |
| Sale | ARBK | 11/8/2021 | (996) | $18.3001 |
| Sale | ARBK | 11/10/2021 | (1,000) | $19.7316 |
| Sale | ARBK | 11/12/2021 | (1,000) | $18.8900 |
| Sale | ARBK | 11/18/2021 | (60) | $18.5000 |
| Sale | ARBK | 1/28/2022 | (200) | $9.2626 |
| Sale | ARBK | 1/28/2022 | (238) | $9.2700 |
| Sale | ARBK | 1/28/2022 | (500) | $9.4000 |
| Sale | ARBK | 1/28/2022 | (500) | $9.4000 |
| Sale | ARBK | 1/28/2022 | (62) | $9.2750 |
| Sale | ARBK | 2/25/2022 | (200) | $8.9001 |
| Sale | ARBK | 2/25/2022 | (300) | $8.9200 |
| Sale | ARBK | 2/25/2022 | (500) | $8.8500 |
| Sale | ARBK | 3/21/2022 | (1,356) | $8.7400 |
| Sale | ARBK | 3/21/2022 | (20) | $8.7900 |
| Sale | ARBK | 3/21/2022 | (20) | $8.7950 |
| Sale | ARBK | 3/21/2022 | (200) | $8.7700 |
| Sale | ARBK | 3/21/2022 | (230) | $8.8000 |
| Sale | ARBK | 3/21/2022 | (849) | $8.7812 |
| Sale | ARBK | 4/13/2022 | (100) | $8.7612 |
| Sale | ARBK | 4/13/2022 | (105) | $8.7612 |
| Sale | ARBK | 4/13/2022 | (15) | $8.7264 |

**Argo Blockchain plc (ARBK)**                                                                                              **Mohit Mohindru**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | ARBK | 4/13/2022 | (3) | $8.7100 |
| Sale | ARBK | 4/13/2022 | (7) | $8.7200 |
| Sale | ARBK | 4/13/2022 | (95) | $8.7600 |
| Sale | ARBK | 4/18/2022 | (175) | $8.3000 |
| Sale | ARBK | 5/10/2022 | (100) | $6.6600 |
| Sale | ARBK | 5/10/2022 | (200) | $6.6600 |
| Sale | ARBK | 5/10/2022 | (300) | $6.6600 |
| Sale | ARBK | 5/10/2022 | (50) | $6.6520 |
| Sale | ARBK | 6/1/2022 | (100) | $6.2080 |
| Sale | ARBK | 6/1/2022 | (200) | $6.2250 |
| Sale | ARBK | 6/1/2022 | (200) | $6.2280 |
| Sale | ARBK | 6/1/2022 | (50) | $6.1501 |
| Sale | ARBK | 6/1/2022 | (50) | $6.1882 |
| Sale | ARBK | 6/21/2022 | (600) | $5.0000 |
| Sale | ARBK | 7/18/2022 | (3,000) | $5.0000 |
| Sale | ARBK | 7/26/2022 | (15) | $4.2101 |
| Sale | ARBK | 7/26/2022 | (562) | $4.2101 |
| Sale | ARBK | 8/8/2022 | (350) | $5.3201 |
| Sale | ARBK | 8/26/2022 | (10) | $4.5700 |
| Sale | ARBK | 8/26/2022 | (100) | $4.5800 |
| Sale | ARBK | 8/26/2022 | (201) | $4.5601 |
| Sale | ARBK | 8/26/2022 | (28) | $4.5601 |
| Sale | ARBK | 10/21/2022 | (670) | $1.4701 |
| Sale | ARBK | 12/6/2022 | (1,115) | $0.6808 |
| Sale | ARBK | 2/9/2023 | (5) | $1.8506 |
| Sale | ARBKF | 9/27/2021 | (1,000) | $1.5900 |
| Sale | ARBKF | 9/27/2021 | (500) | $1.5800 |
| Sale | ARBKF | 9/27/2021 | (500) | $1.5900 |
| Sale | ARBKF | 9/27/2021 | (50,000) | $1.6300 |
| Sale | ARBKF | 9/27/2021 | (9,000) | $1.5900 |
| Sale | ARBKF | 9/27/2021 | (9,000) | $1.6500 |
| Purchase | ARBK Jan 21 2022 10.0 Put | 12/10/2021 | 10 | $0.8000 |
| Purchase | ARBK Dec 17 2021 25.0 Call | 12/17/2021 | 40 | $0.0200 |
| Purchase | ARBK Jan 21 2022 7.5 Put | 12/17/2021 | 30 | $0.2000 |
| Purchase | ARBK Jan 21 2022 7.5 Put | 12/29/2021 | 10 | $0.1200 |
| Purchase | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0300 |
| Purchase | ARBK Jan 21 2022 7.5 Put | 1/14/2022 | 5 | $0.0400 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.0800 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1000 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 1 | $0.1200 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 10 | $0.1300 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 28 | $0.1400 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/21/2022 | 5 | $0.1400 |
| Purchase | ARBK Feb 18 2022 5.0 Put | 1/24/2022 | 15 | $0.3000 |
| Purchase | ARBK Feb 18 2022 12.5 Call | 1/31/2022 | 65 | $0.4000 |
| Purchase | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 30 | $0.1500 |
| Purchase | ARBK Mar 18 2022 5.0 Put | 2/23/2022 | 40 | $0.1500 |
| Purchase | ARBK Mar 18 2022 12.5 Call | 2/28/2022 | 60 | $0.1900 |
| Purchase | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.0500 |
| Purchase | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 60 | $0.0800 |
| Purchase | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 10 | $0.0900 |
| Purchase | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | 25 | $0.1000 |
| Purchase | ARBK Apr 14 2022 7.5 Put | 3/22/2022 | 10 | $0.3500 |
| Purchase | ARBK Apr 14 2022 12.5 Call | 3/24/2022 | 60 | $0.3000 |
| Purchase | ARBK May 20 2022 5.0 Put | 4/18/2022 | 25 | $0.0800 |
| Purchase | ARBK May 20 2022 5.0 Put | 4/18/2022 | 35 | $0.1000 |
| Purchase | ARBK May 20 2022 7.5 Put | 4/19/2022 | 2 | $0.5500 |
| Purchase | ARBK May 20 2022 7.5 Put | 4/21/2022 | 3 | $0.5300 |
| Purchase | ARBK May 20 2022 7.5 Put | 4/21/2022 | 10 | $0.5500 |
| Purchase | ARBK Jun 17 2022 5.0 Put | 5/23/2022 | 50 | $0.3300 |
| Purchase | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | 1 | $0.2000 |

**Argo Blockchain plc (ARBK)**                                                                                  **Mohit Mohindru**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 30 | $1.3400 |
| Purchase | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 7 | $1.3500 |
| Purchase | ARBK Jul 15 2022 5.0 Put | 6/17/2022 | 1 | $1.3700 |
| Sale | ARBK Dec 17 2021 25.0 Call | 11/24/2021 | (80) | $0.6000 |
| Sale | ARBK Jan 21 2022 10.0 Put | 12/17/2021 | (5) | $0.7700 |
| Sale | ARBK Jan 21 2022 10.0 Put | 12/17/2021 | (5) | $0.8800 |
| Sale | ARBK Jan 21 2022 7.5 Put | 12/23/2021 | (5) | $0.1000 |
| Sale | ARBK Jan 21 2022 7.5 Put | 12/23/2021 | (5) | $0.1000 |
| Sale | ARBK Jan 21 2022 17.5 Call | 1/3/2022 | (80) | $0.1600 |
| Sale | ARBK Jan 21 2022 7.5 Put | 1/21/2022 | (29) | $0.0200 |
| Sale | ARBK Jan 21 2022 7.5 Put | 1/21/2022 | (1) | $0.0300 |
| Sale | ARBK Jan 21 2022 7.5 Put | 1/21/2022 | (10) | $0.0300 |
| Sale | ARBK Feb 18 2022 15.0 Call | 1/31/2022 | (65) | $0.1000 |
| Sale | ARBK Feb 18 2022 12.5 Call | 1/31/2022 | (65) | $0.2800 |
| Sale | ARBK Feb 18 2022 15.0 Call | 2/1/2022 | (1) | $0.1100 |
| Sale | ARBK Feb 18 2022 15.0 Call | 2/1/2022 | (1) | $0.1100 |
| Sale | ARBK Feb 18 2022 15.0 Call | 2/1/2022 | (1) | $0.1100 |
| Sale | ARBK Feb 18 2022 15.0 Call | 2/1/2022 | (2) | $0.1100 |
| Sale | ARBK Mar 18 2022 12.5 Call | 2/25/2022 | (60) | $0.1500 |
| Sale | ARBK Mar 18 2022 5.0 Put | 2/28/2022 | (10) | $0.0500 |
| Sale | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | (10) | $0.0500 |
| Sale | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | (10) | $0.0600 |
| Sale | ARBK Apr 14 2022 5.0 Put | 3/22/2022 | (40) | $0.0600 |
| Sale | ARBK Apr 14 2022 12.5 Call | 3/22/2022 | (60) | $0.2000 |
| Sale | ARBK May 20 2022 5.0 Put | 4/21/2022 | (5) | $0.0500 |
| Sale | ARBK May 20 2022 5.0 Put | 5/12/2022 | (5) | $0.2000 |
| Sale | ARBK May 20 2022 7.5 Put | 5/12/2022 | (15) | $2.0500 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | (1) | $0.1500 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | (1) | $0.1500 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | (2) | $0.1500 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/1/2022 | (3) | $0.1600 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/17/2022 | (1) | $0.9400 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/17/2022 | (26) | $0.9500 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/17/2022 | (4) | $0.9600 |
| Sale | ARBK Jun 17 2022 5.0 Put | 6/17/2022 | (7) | $1.0000 |
| Sale | ARBK Jul 15 2022 5.0 Put | 6/21/2022 | (1) | $0.9000 |
| Sale | ARBK Jul 15 2022 5.0 Put | 6/21/2022 | (1) | $0.9500 |
| Sale | ARBK Jul 15 2022 5.0 Put | 6/21/2022 | (1) | $0.9500 |
| Sale | ARBK Jul 15 2022 5.0 Put | 7/7/2022 | (1) | $0.7500 |
| Sale | ARBK Jul 15 2022 5.0 Put | 7/7/2022 | (1) | $0.7500 |
| Sale | ARBK Jul 15 2022 5.0 Put | 7/8/2022 | (2) | $0.6000 |
| Sale | ARBK Jul 15 2022 5.0 Put | 7/8/2022 | (1) | $0.6500 |