**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:23-cv-00572-NRM-SJB |
| Plaintiff, | |
| v. | |
| ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, | |
| Defendants. | |

**NOTICE OF RICHARD HAWES'S MOTION FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Richard Hawes ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) appointing Movant as Lead Plaintiff in the above-captioned action; and (2) approving Movant's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Movants respectfully request that the Court: (1) appoint Movants as Lead Plaintiffs pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  March 27, 2023                Respectfully submitted,


                                      **FARUQI & FARUQI, LLP**

                                      By:   */s/ James M. Wilson, Jr.*
                                            James M. Wilson, Jr.

                                      James M. Wilson, Jr.
                                      Robert W. Killorin (*pro hac vice* forthcoming)
                                      **FARUQI & FARUQI, LLP**
                                      685 Third Avenue, 26th Floor
                                      New York, NY 10017
                                      Telephone: 212-983-9330
                                      Facsimile: 212-983-9331

---

[1]   Rule 5.2.3.1 of the Court's Individual Practice Rules requires movants to file motions after they are fully briefed (*i.e.*, bundling). Due to the PSLRA's lead plaintiff procedure, however, Movant will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the bundle requirements under Rule 5.2.3.1 be waived.

Email:   jwilson@faruqilaw.com
         rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Richard Hawes and [Proposed] Lead Counsel for the putative Class*

2