# EXHIBIT B

DocuSign Envelope ID: 64059DE3-FE26-43DD-B21B-A9F43FEDDE1B

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Richard Hawes ("Movant"), declare as to the claims asserted under the federal securities laws against Argo Blockchain plc, *et al,* that:

1.      Movant has reviewed a complaint against Argo Blockchain plc, *et al* in the action filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial**,** if necessary.

5.      Movant's transactions in Argo Blockchain plc securities that are the subject of the complaint during the class period specified in the complaint and thereafter are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 25th day of March, 2023.

DocuSigned by:

AF031844998348D...

Richard Hawes

| Transaction (Purchase or Sale) | Stock Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Sold | OTC Stock | 9/27/2021 | (97,500) | $1.6600 |
| Sold | OTC Stock | 9/27/2021 | (2,500) | $1.6600 |
| Sold | OTC Stock | 10/1/2021 | (196,000) | $1.6300 |
| Sold | OTC Stock | 10/1/2021 | (130,500) | $1.6100 |
| Sold | OTC Stock | 10/1/2021 | (2,500) | $1.6300 |
| Sold | OTC Stock | 10/1/2021 | (2,500) | $1.6300 |
| Sold | OTC Stock | 10/1/2021 | (2,500) | $1.6300 |
| Sold | OTC Stock | 10/1/2021 | (1,000) | $1.6300 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 2 | $16.3900 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 31 | $16.5100 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 100 | $16.2800 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 100 | $16.3100 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 100 | $16.3200 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 100 | $16.3500 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 320 | $16.2500 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 420 | $16.4000 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 1,000 | $16.3600 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 1,000 | $16.6450 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 1,315 | $16.3400 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 1,804 | $16.4200 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 2,289 | $16.3800 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 2,450 | $16.3300 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 3,777 | $16.5500 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 4,692 | $16.5000 |
| Purchase | NASDAQ ADSs | 10/1/2021 | 10,500 | $16.4500 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 5 | $16.4500 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 5 | $16.4900 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 15 | $16.4700 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 100 | $16.5600 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 216 | $16.4991 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 359 | $16.5290 |
| Purchase | NASDAQ ADSs | 10/5/2021 | 700 | $16.5783 |
| Purchase | NASDAQ ADSs | 10/13/2021 | 300 | $15.2000 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 80 | $16.0400 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 93 | $15.9300 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 1,007 | $16.0000 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 3,000 | $15.7500 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 10,220 | $16.0500 |
| Purchase | NASDAQ ADSs | 10/15/2021 | 13,500 | $15.9700 |
| Purchase | NASDAQ ADSs | 10/20/2021 | 10,000 | $17.8500 |
| Sold | NASDAQ ADSs | 10/20/2021 | (10,000) | $18.2000 |
| Purchase | NASDAQ ADSs | 10/21/2021 | 10,000 | $19.0000 |
| Sold | NASDAQ ADSs | 10/21/2021 | (9,995) | $19.5000 |
| Sold | NASDAQ ADSs | 10/21/2021 | (5) | $19.5100 |
| Sold | NASDAQ ADSs | 10/25/2021 | (20,000) | $18.0000 |
| Purchase | NASDAQ ADSs | 10/27/2021 | 6,000 | $16.1500 |
| Purchase | NASDAQ ADSs | 11/1/2021 | 300 | $17.8500 |
| Purchase | NASDAQ ADSs | 11/1/2021 | 4,000 | $17.9500 |
| Purchase | NASDAQ ADSs | 11/1/2021 | 9,000 | $18.0000 |
| Sold | NASDAQ ADSs | 11/1/2021 | (9,400) | $17.9000 |
| Sold | NASDAQ ADSs | 11/1/2021 | (600) | $17.9100 |

DocuSign Envelope ID: 64059DE3-FE26-43DD-B21B-A9F43FEDDE1B

| Transaction (Purchase or Sale) | Stock Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | NASDAQ ADSs | 11/4/2021 | 700 | $17.4500 |
| Purchase | NASDAQ ADSs | 11/8/2021 | (4,000) | $18.8200 |
| Purchase | NASDAQ ADSs | 11/9/2021 | (20,000) | $20.3500 |
| Purchase | NASDAQ ADSs | 11/12/2021 | 200 | $18.7200 |
| Sold | NASDAQ ADSs | 11/12/2021 | (3,000) | $18.9000 |
| Purchase | NASDAQ ADSs | 12/8/2021 | 2,000 | $14.5000 |
| Purchase | NASDAQ ADSs | 12/17/2021 | 900 | $12.1200 |
| Sold | NASDAQ ADSs | 2/9/2022 | (5,700) | $10.8608 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 10 | $8.3950 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 176 | $8.4600 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 200 | $8.4497 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 200 | $8.4800 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 245 | $8.4000 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 450 | $8.3500 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 459 | $8.4500 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 500 | $8.4900 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 1,100 | $8.3900 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 1,390 | $8.4400 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 2,000 | $8.4500 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 2,016 | $8.3900 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 2,650 | $8.3800 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 5,800 | $8.4000 |
| Purchase | NASDAQ ADSs | 4/18/2022 | 7,729 | $8.4700 |
| Purchase | NASDAQ ADSs | 4/28/2022 | 2,800 | $8.0794 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 100 | $7.7300 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 100 | $7.7400 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 210 | $7.7700 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 700 | $7.7600 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 2,027 | $7.7800 |
| Purchase | NASDAQ ADSs | 5/2/2022 | 4,863 | $7.8297 |
| Purchase | NASDAQ ADSs | 5/3/2022 | 20,000 | $7.7500 |
| Purchase | NASDAQ ADSs | 5/4/2022 | 18,000 | $7.7600 |
| Purchase | NASDAQ ADSs | 5/24/2022 | 200 | $5.6900 |
| Purchase | NASDAQ ADSs | 5/24/2022 | 1,800 | $5.6550 |
| Sold | NASDAQ ADSs | 10/11/2022 | (6,080) | $2.23 |
| Sold | NASDAQ ADSs | 10/11/2022 | (3,200) | $2.27 |
| Sold | NASDAQ ADSs | 10/11/2022 | (2,777) | $2.25 |
| Sold | NASDAQ ADSs | 10/11/2022 | (620) | $2.25 |
| Sold | NASDAQ ADSs | 10/11/2022 | (200) | $2.25 |
| Sold | NASDAQ ADSs | 10/11/2022 | (100) | $2.24 |
| Sold | NASDAQ ADSs | 10/17/2022 | (6,423) | $1.83 |
| Sold | NASDAQ ADSs | 10/17/2022 | (5,601) | $1.71 |
| Sold | NASDAQ ADSs | 10/17/2022 | (3,104) | $1.74 |
| Sold | NASDAQ ADSs | 10/17/2022 | (722) | $1.73 |
| Sold | NASDAQ ADSs | 10/17/2022 | (554) | $1.72 |
| Sold | NASDAQ ADSs | 10/17/2022 | (400) | $1.82 |
| Sold | NASDAQ ADSs | 10/17/2022 | (100) | $1.81 |
| Sold | NASDAQ ADSs | 10/17/2022 | (100) | $1.81 |
| Sold | NASDAQ ADSs | 10/17/2022 | (19) | $1.75 |
| Sold | NASDAQ ADSs | 10/19/2022 | (10,000) | $1.57 |
| Sold | NASDAQ ADSs | 10/19/2022 | (6,210) | $1.56 |
| Sold | NASDAQ ADSs | 10/19/2022 | (3,790) | $1.57 |

DocuSign Envelope ID: 64059DE3-FE26-43DD-B21B-A9F43FEDDE1B

| Transaction (Purchase or Sale) | Stock Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Sold | NASDAQ ADSs | 10/20/2022 | (12,700) | $1.39 |
| Sold | NASDAQ ADSs | 10/20/2022 | (5,985) | $1.39 |
| Sold | NASDAQ ADSs | 10/20/2022 | (5,519) | $1.38 |
| Sold | NASDAQ ADSs | 10/20/2022 | (4,598) | $1.42 |
| Sold | NASDAQ ADSs | 10/20/2022 | (3,385) | $1.45 |
| Sold | NASDAQ ADSs | 10/20/2022 | (3,500) | $1.40 |
| Sold | NASDAQ ADSs | 10/20/2022 | (2,152) | $1.41 |
| Sold | NASDAQ ADSs | 10/20/2022 | (1,817) | $1.43 |
| Sold | NASDAQ ADSs | 10/20/2022 | (1,709) | $1.40 |
| Sold | NASDAQ ADSs | 10/20/2022 | (1,600) | $1.40 |
| Sold | NASDAQ ADSs | 10/20/2022 | (675) | $1.42 |
| Sold | NASDAQ ADSs | 10/20/2022 | (515) | $1.42 |
| Sold | NASDAQ ADSs | 10/20/2022 | (500) | $1.39 |
| Sold | NASDAQ ADSs | 10/20/2022 | (363) | $1.40 |
| Sold | NASDAQ ADSs | 10/20/2022 | (362) | $1.40 |
| Sold | NASDAQ ADSs | 10/20/2022 | (200) | $1.43 |
| Sold | NASDAQ ADSs | 10/20/2022 | (100) | $1.38 |
| Sold | NASDAQ ADSs | 10/20/2022 | (25) | $1.41 |
| Sold | NASDAQ ADSs | 10/20/2022 | (20) | $1.41 |