# EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>Defendants. | Case No. 1:23-cv-00572-NRM-SJB |

**DECLARATION OF RICHARD HAWES IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Richard Hawes, ("Movant"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I respectfully submit this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant class action on behalf of investors in Argo Blockchain plc ("Argo" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2. I was born on September 23, 1964.

3. I am a U.S. permanent resident and have maintained this status for over thirty years.

4. I currently reside in Tamuning, Guam, and have resided there since 1994.

5. I have a degree in Business Studies from Bradford University.

6. I currently serve as Managing Director of Gemkell Corporation. I founded Gemkell Corporation in 2004 and served as President until 2014. Gemkell Corporation operates a chain of retail stores in Hawaii, Guam, and Saipan.

7. I have been investing in the stock market for over thirty years and manage my own investments.

8. I believe the securities class action against Argo is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class. I traded in Argo securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the Action. I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the class.

1

9.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class.  As part of my due diligence process, prior to my selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with attorney Dylan Weeks.

10.      I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.  I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

11.      I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member.  As my certificate states, I will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Richard Hawes, declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/25/2023 | 12:05 PM EDT

DocuSigned by:

AF031844998348D...

Richard Hawes

2