UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>Defendants. | Case No.  1:23-cv-00572-NRM-SJB |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On March 27, 2023, Mohit Mohindru ("Mohindru") filed a motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Mohindru as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded: (i) Argo Blockchain plc ("Argo") American Depository Shares pursuant and/or traceable to the offering documents issued in connection with Argo's initial public offering conducted on or about September 23, 2021, and/or (ii) Argo securities between September 23, 2021 and October 10, 2022, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 21.

Having reviewed the competing motions before the Court, it appears that Mohindru does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Mohindru's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  April 10, 2023                     Respectfully submitted,

                                           POMERANTZ LLP

                                           */s/ Jeremy A. Lieberman*
                                           Jeremy A. Lieberman
                                           J. Alexander Hood II
                                           Thomas H. Przybylowski
                                           600 Third Avenue, 20th Floor
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           Facsimile: (917) 463-1044
                                           jalieberman@pomlaw.com
                                           ahood@pomlaw.com
                                           tprzybylowski@pomlaw.com

                                           *Counsel for Mohit Mohindru*

1