**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Pronouns: he/him/his
Laurence M. Rosen, Esq. (LR 5733)
Pronouns: he/him/his
275 Madison Avenue, 40ᵗʰ Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Brian Begay*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON MURPHY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, <br><br> Defendants. | **CASE No.: 1:23-cv-00572-NRM-SJB** <br><br> **NOTICE OF NON-OPPOSITION OF MOVANT BRIAN BEGAY TO COMPETING LEAD PLAINTIFF MOTIONS** <br><br> <u>**CLASS ACTION**</u> |

On March 27, 2023, movant Brian Begay ("Movant"), pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order appointing Movant as Lead Plaintiff and approving Movant's selection of Counsel. Dkt. No. 13.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice

1

of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: April 10, 2023                   Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Phillip Kim
                                        Phillip Kim, Esq. (PK 9384)
                                        Pronouns: he/him/his
                                        Laurence M. Rosen, Esq. (LR 5733)
                                        Pronouns: he/him/his
                                        275 Madison Avenue, 40th Floor
                                        New York, New York 10016
                                        Telephone: (212) 686-1060
                                        Fax: (212) 202-3827
                                        Email: pkim@rosenlegal.com
                                        Email: lrosen@rosenlegal.com

                                        *Counsel for Brian Begay*

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>