**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, <br><br> Defendants. | Case No. 1:23-cv-00572-NRM-SJB |

**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF RICHARD HAWES'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in further support of the motion filed by Richard Hawes ("Hawes"), for (1) appointment as Lead Plaintiff and (2) approval of Hawes' selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibit A is a true and correct copy of a chart based on the Argo Group's chart it submitted showing Hawes' Exchange Act LIFO losses in Argo Blockchain PLC securities.

3.      Attached as Exhibit B is a true and correct copy of the Order Granting Tang Family Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel filed in *In re Revance Therapeutics, Inc., Sec. Litig.*, No. 5:21-cv-09585-EJD (N.D. Cal. Sept. 7, 2022), ECF No. 50.

4.      Attached as Exhibit C is a true and correct copy of the Declaration of Timothy J. Peter In Support of the Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel filed on November 23, 2020 in *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceutical Industries Limited*, No. 2:20-cv-04660-KSM (E.D. Pa.), ECF No. 8-2.

5.      Attached as Exhibit D is a true and correct copy of the Declaration of James M. Wilson, Jr. in Support of Richard Neswick's Motion for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel filed on June 28, 2021 in *In re Peloton, Inc., Sec. Litig.*, 21-cv-02369-CBA-PK (E.D.N.Y.), ECF No. 27.

1

6.      Attached as Exhibit E is a true and correct copy of the Declaration of Benjamin Heikali in Support of Tang Family Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel filed on February 8, 2022 in *In re Revance Therapeutics, Inc., Sec. Litig.*, No. 5:21-cv-09585-EJD (N.D. Cal.) ECF No. 20-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of April 2023 at New York, NY.


                                                      */s/ James M. Wilson, Jr.*
                                                      James M. Wilson, Jr.

2