# EXHIBIT A

| Client Name | Richard Hawes |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBK |
| Security Type | NASDAQ ADS |
| Class Period Start | 9/23/2021 |
| Class Period End | 10/10/2022 |
| 90-DAY Looback Period Start | 10/11/2022 |
| 90-DAY Looback Period End | 1/9/2023 |
| 90-DAY Lookback Average | $1.0224 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Total Loss | $631,886.19 |
| DURA LIFO Total | $606,880.75 |
| Gross Shares Purchased | 178,425 |
| Net Shares Retained | 95,725 |
| Net Funds Expended | $811,579.68 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Richard Hawes | | | | | | | | | |
| | Purchases | | | | Sales | | | | | | Retained | | | Losses |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO * |
| 10/1/2021 | 2 | $16.3900 | $32.78 | 10/20/2022 | | 2 | $1.7900 | | $3.58 | 2 | - | $1.0224 | | $29.20 | $29.20 |
| 10/1/2021 | 31 | $16.5100 | $511.81 | 10/20/2022 | | 31 | $1.7900 | | $55.49 | 31 | - | $1.0224 | | $456.32 | $456.32 |
| 10/1/2021 | 100 | $16.2800 | $1,628.00 | 10/20/2022 | | 100 | $1.7900 | | $179.00 | 100 | - | $1.0224 | | $1,449.00 | $1,449.00 |
| 10/1/2021 | 100 | $16.3100 | $1,631.00 | 10/20/2022 | | 100 | $1.7900 | | $179.00 | 100 | - | $1.0224 | | $1,452.00 | $1,452.00 |
| 10/1/2021 | 100 | $16.3200 | $1,632.00 | 10/20/2022 | | 100 | $1.7900 | | $179.00 | 100 | - | $1.0224 | | $1,453.00 | $1,453.00 |
| 10/1/2021 | 100 | $16.3500 | $1,635.00 | 10/20/2022 | | 100 | $1.7900 | | $179.00 | 100 | - | $1.0224 | | $1,456.00 | $1,456.00 |
| 10/1/2021 | 320 | $16.2500 | $5,200.00 | 10/20/2022 | | 320 | $1.7900 | | $572.80 | 320 | - | $1.0224 | | $4,627.20 | $4,627.20 |
| 10/1/2021 | 420 | $16.4000 | $6,888.00 | 10/20/2022 | | 420 | $1.7900 | | $751.80 | 420 | - | $1.0224 | | $6,136.20 | $6,136.20 |
| 10/1/2021 | 1000 | $16.3600 | $16,360.00 | 10/20/2022 | | 1000 | $1.7900 | | $1,790.00 | 1000 | - | $1.0224 | | $14,570.00 | $14,570.00 |
| 10/1/2021 | 1000 | $16.6450 | $16,645.00 | 10/20/2022 | | 1000 | $1.7900 | | $1,790.00 | 1000 | - | $1.0224 | | $14,855.00 | $14,855.00 |
| 10/1/2021 | 1315 | $16.3400 | $21,487.10 | 10/20/2022 | | 1315 | $1.7900 | | $2,353.85 | 1315 | - | $1.0224 | | $19,133.25 | $19,133.25 |
| 10/1/2021 | 1804 | $16.4200 | $29,621.68 | 10/20/2022 | | 1804 | $1.7900 | | $3,229.16 | 1804 | - | $1.0224 | | $26,392.52 | $26,392.52 |
| 10/1/2021 | 2289 | $16.3800 | $37,493.82 | 10/20/2022 | | 2289 | $1.7900 | | $4,097.31 | 2289 | - | $1.0224 | | $33,396.51 | $33,396.51 |
| 10/1/2021 | 2450 | $16.3300 | $40,008.50 | 10/20/2022 | | 2450 | $1.7900 | | $4,385.50 | 2450 | - | $1.0224 | | $35,623.00 | $35,623.00 |
| 10/1/2021 | 3777 | $16.5500 | $62,509.35 | 10/20/2022 | | 3777 | $1.7900 | | $6,760.83 | 3777 | - | $1.0224 | | $55,748.52 | $55,748.52 |
| 10/1/2021 | 4692 | $16.5000 | $77,418.00 | 10/20/2022 | | 4692 | $1.7900 | | $8,398.68 | 4692 | - | $1.0224 | | $69,019.32 | $69,019.32 |
| 10/1/2021 | 500 | $16.4500 | $8,225.00 | 10/20/2022 | | 500 | $1.7900 | | $895.00 | 500 | - | $1.0224 | | $7,330.00 | $7,330.00 |
| 10/1/2021 | 2800 | $16.4500 | $46,060.00 | 2/9/2022 | 2800 | | $10.8608 | $30,410.24 | | | - | $1.0224 | | $15,649.76 | |
| 10/1/2021 | 2800 | $16.4500 | $46,060.00 | 11/12/2021 | 2800 | | $18.9000 | $52,920.00 | | | - | $1.0224 | | -$6,860.00 | -$6,860.00 |
| 10/1/2021 | 4400 | $16.4500 | $72,380.00 | 11/9/2021 | 4400 | | $20.3500 | $89,540.00 | | | - | $1.0224 | | -$17,160.00 | -$17,160.00 |
| 10/5/2021 | 5 | $16.4500 | $82.25 | 11/9/2021 | 5 | | $20.3500 | $101.75 | | | - | $1.0224 | | -$19.50 | -$19.50 |
| 10/5/2021 | 5 | $16.4900 | $82.45 | 11/9/2021 | 5 | | $20.3500 | $101.75 | | | - | $1.0224 | | -$19.30 | -$19.30 |
| 10/5/2021 | 15 | $16.4700 | $247.05 | 11/9/2021 | 15 | | $20.3500 | $305.25 | | | - | $1.0224 | | -$58.20 | -$58.20 |
| 10/5/2021 | 100 | $16.5600 | $1,656.00 | 11/9/2021 | 100 | | $20.3500 | $2,035.00 | | | - | $1.0224 | | -$379.00 | -$379.00 |
| 10/5/2021 | 216 | $16.4991 | $3,563.81 | 11/9/2021 | 216 | | $20.3500 | $4,395.60 | | | - | $1.0224 | | -$831.79 | -$831.79 |
| 10/5/2021 | 359 | $16.5290 | $5,933.91 | 11/9/2021 | 359 | | $20.3500 | $7,305.65 | | | - | $1.0224 | | -$1,371.74 | -$1,371.74 |
| 10/5/2021 | 700 | $16.5783 | $11,604.81 | 11/9/2021 | 700 | | $20.3500 | $14,245.00 | | | - | $1.0224 | | -$2,640.19 | -$2,640.19 |
| 10/13/2021 | 300 | $15.2000 | $4,560.00 | 11/9/2021 | 300 | | $20.3500 | $6,105.00 | | | - | $1.0224 | | -$1,545.00 | -$1,545.00 |
| 10/15/2021 | 80 | $16.0400 | $1,283.20 | 11/9/2021 | 80 | | $20.3500 | $1,628.00 | | | - | $1.0224 | | -$344.80 | -$344.80 |
| 10/15/2021 | 93 | $15.9300 | $1,481.49 | 11/9/2021 | 93 | | $20.3500 | $1,892.55 | | | - | $1.0224 | | -$411.06 | -$411.06 |
| 10/15/2021 | 1007 | $16.0000 | $16,112.00 | 11/9/2021 | 1007 | | $20.3500 | $20,492.45 | | | - | $1.0224 | | -$4,380.45 | -$4,380.45 |
| 10/15/2021 | 3000 | $15.7500 | $47,250.00 | 11/9/2021 | 3000 | | $20.3500 | $61,050.00 | | | - | $1.0224 | | -$13,800.00 | -$13,800.00 |
| 10/15/2021 | 3720 | $16.0500 | $59,706.00 | 11/9/2021 | 3720 | | $20.3500 | $75,702.00 | | | - | $1.0224 | | -$15,996.00 | -$15,996.00 |
| 10/15/2021 | 6500 | $16.0500 | $104,325.00 | 10/25/2021 | 6500 | | $18.0000 | $117,000.00 | | | - | $1.0224 | | -$12,675.00 | -$12,675.00 |
| 10/15/2021 | 13500 | $15.9700 | $215,595.00 | 10/25/2021 | 13500 | | $18.0000 | $243,000.00 | | | - | $1.0224 | | -$27,405.00 | -$27,405.00 |
| 10/20/2021 | 10000 | $17.8500 | $178,500.00 | 10/21/2021 | 10000 | | $18.2000 | $182,000.00 | | | - | $1.0224 | | -$3,500.00 | -$3,500.00 |
| 10/21/2021 | 9995 | $19.0000 | $189,905.00 | 10/21/2021 | 9995 | | $19.5000 | $194,902.50 | | | - | $1.0224 | | -$4,997.50 | -$4,997.50 |
| 10/21/2021 | 5 | $19.0000 | $95.00 | 10/21/2021 | 5 | | $19.5100 | $97.55 | | | - | $1.0224 | | -$2.55 | -$2.55 |

| Date | Qty | Price | Amount | Date | Qty | Qty | Price | Amount | Amount | Qty | | Rate | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2021 | 6000 | $16.1500 | $96,900.00 | 11/9/2021 | 6000 | | $20.3500 | $122,100.00 | | | - | $1.0224 | -$25,200.00 | -$25,200.00 |
| 11/1/2021 | 300 | $17.8500 | $5,355.00 | 11/8/2021 | 300 | | $18.8200 | $5,646.00 | | | - | $1.0224 | -$291.00 | -$291.00 |
| 11/1/2021 | 3000 | $17.9500 | $53,850.00 | 11/8/2021 | 3000 | | $18.8200 | $56,460.00 | | | - | $1.0224 | -$2,610.00 | -$2,610.00 |
| 11/1/2021 | 600 | $17.9500 | $10,770.00 | 11/1/2021 | 600 | | $17.9100 | $10,746.00 | | | - | $1.0224 | $24.00 | |
| 11/1/2021 | 400 | $17.9500 | $7,180.00 | 11/1/2021 | 400 | | $17.9000 | $7,160.00 | | | - | $1.0224 | $20.00 | |
| 11/1/2021 | 9000 | $18.0000 | $162,000.00 | 11/1/2021 | 9000 | | $17.9000 | $161,100.00 | | | - | $1.0224 | $900.00 | |
| 11/4/2021 | 700 | $17.4500 | $12,215.00 | 11/8/2021 | 700 | | $18.8200 | $13,174.00 | | | - | $1.0224 | -$959.00 | -$959.00 |
| 11/12/2021 | 200 | $18.7200 | $3,744.00 | 11/12/2021 | 200 | | $18.9000 | $3,780.00 | | | - | $1.0224 | -$36.00 | -$36.00 |
| 12/8/2021 | 2000 | $14.5000 | $29,000.00 | 2/9/2022 | 2000 | | $10.8608 | $21,721.60 | | | - | $1.0224 | $7,278.40 | |
| 12/17/2021 | 900 | $12.1200 | $10,908.00 | 2/9/2022 | 900 | | $10.8608 | $9,774.72 | | | - | $1.0224 | $1,133.28 | |
| 4/18/2022 | 10 | $8.3950 | $83.95 | 10/20/2022 | | 10 | $1.7900 | | $17.90 | 10 | - | $1.0224 | $66.05 | $66.05 |
| 4/18/2022 | 176 | $8.4600 | $1,488.96 | 10/20/2022 | | 176 | $1.7900 | | $315.04 | 176 | - | $1.0224 | $1,173.92 | $1,173.92 |
| 4/18/2022 | 200 | $8.4497 | $1,689.94 | 10/20/2022 | | 200 | $1.7900 | | $358.00 | 200 | - | $1.0224 | $1,331.94 | $1,331.94 |
| 4/18/2022 | 200 | $8.4800 | $1,696.00 | 10/20/2022 | | 200 | $1.7900 | | $358.00 | 200 | - | $1.0224 | $1,338.00 | $1,338.00 |
| 4/18/2022 | 245 | $8.4000 | $2,058.00 | 10/20/2022 | | 245 | $1.7900 | | $438.55 | 245 | - | $1.0224 | $1,619.45 | $1,619.45 |
| 4/18/2022 | 450 | $8.3500 | $3,757.50 | 10/20/2022 | | 450 | $1.7900 | | $805.50 | 450 | - | $1.0224 | $2,952.00 | $2,952.00 |
| 4/18/2022 | 459 | $8.4500 | $3,878.55 | 10/20/2022 | | 459 | $1.7900 | | $821.61 | 459 | - | $1.0224 | $3,056.94 | $3,056.94 |
| 4/18/2022 | 500 | $8.4900 | $4,245.00 | 10/20/2022 | | 500 | $1.7900 | | $895.00 | 500 | - | $1.0224 | $3,350.00 | $3,350.00 |
| 4/18/2022 | 1100 | $8.3900 | $9,229.00 | 10/20/2022 | | 1100 | $1.7900 | | $1,969.00 | 1100 | - | $1.0224 | $7,260.00 | $7,260.00 |
| 4/18/2022 | 1390 | $8.4400 | $11,731.60 | 10/20/2022 | | 1390 | $1.7900 | | $2,488.10 | 1390 | - | $1.0224 | $9,243.50 | $9,243.50 |
| 4/18/2022 | 2000 | $8.4500 | $16,900.00 | 10/20/2022 | | 2000 | $1.7900 | | $3,580.00 | 2000 | - | $1.0224 | $13,320.00 | $13,320.00 |
| 4/18/2022 | 2016 | $8.3900 | $16,914.24 | 10/20/2022 | | 2016 | $1.7900 | | $3,608.64 | 2016 | - | $1.0224 | $13,305.60 | $13,305.60 |
| 4/18/2022 | 2650 | $8.3800 | $22,207.00 | 10/20/2022 | | 2650 | $1.7900 | | $4,743.50 | 2650 | - | $1.0224 | $17,463.50 | $17,463.50 |
| 4/18/2022 | 5800 | $8.4000 | $48,720.00 | 10/20/2022 | | 5800 | $1.7900 | | $10,382.00 | 5800 | - | $1.0224 | $38,338.00 | $38,338.00 |
| 4/18/2022 | 7729 | $8.4700 | $65,464.63 | 10/20/2022 | | 7729 | $1.7900 | | $13,834.91 | 7729 | - | $1.0224 | $51,629.72 | $51,629.72 |
| 4/28/2022 | 800 | $8.0794 | $6,463.52 | 10/20/2022 | | 800 | $1.7900 | | $1,432.00 | 800 | - | $1.0224 | $5,031.52 | $5,031.52 |
| 4/28/2022 | 2000 | $8.0794 | $16,158.80 | 10/19/2022 | | 2000 | $1.8300 | | $3,660.00 | 2000 | - | $1.0224 | $12,498.80 | $12,498.80 |
| 5/2/2022 | 100 | $7.7300 | $773.00 | 10/19/2022 | | 100 | $1.8300 | | $183.00 | 100 | - | $1.0224 | $590.00 | $590.00 |
| 5/2/2022 | 100 | $7.7400 | $774.00 | 10/19/2022 | | 100 | $1.8300 | | $183.00 | 100 | - | $1.0224 | $591.00 | $591.00 |
| 5/2/2022 | 210 | $7.7700 | $1,631.70 | 10/19/2022 | | 210 | $1.8300 | | $384.30 | 210 | - | $1.0224 | $1,247.40 | $1,247.40 |
| 5/2/2022 | 700 | $7.7600 | $5,432.00 | 10/19/2022 | | 700 | $1.8300 | | $1,281.00 | 700 | - | $1.0224 | $4,151.00 | $4,151.00 |
| 5/2/2022 | 2027 | $7.7800 | $15,770.06 | 10/19/2022 | | 2027 | $1.8300 | | $3,709.41 | 2027 | - | $1.0224 | $12,060.65 | $12,060.65 |
| 5/2/2022 | 4863 | $7.8297 | $38,075.83 | 10/19/2022 | | 4863 | $1.8300 | | $8,899.29 | 4863 | - | $1.0224 | $29,176.54 | $29,176.54 |
| 5/3/2022 | 10000 | $7.7500 | $77,500.00 | 10/19/2022 | | 10000 | $1.8300 | | $18,300.00 | 10000 | - | $1.0224 | $59,200.00 | $59,200.00 |
| 5/3/2022 | 19 | $7.7500 | $147.25 | 10/17/2022 | | 19 | $1.9200 | | $36.48 | 19 | - | $1.0224 | $110.77 | $110.77 |
| 5/3/2022 | 100 | $7.7500 | $775.00 | 10/17/2022 | | 100 | $1.9200 | | $192.00 | 100 | - | $1.0224 | $583.00 | $583.00 |
| 5/3/2022 | 100 | $7.7500 | $775.00 | 10/17/2022 | | 100 | $1.9200 | | $192.00 | 100 | - | $1.0224 | $583.00 | $583.00 |
| 5/3/2022 | 400 | $7.7500 | $3,100.00 | 10/17/2022 | | 400 | $1.9200 | | $768.00 | 400 | - | $1.0224 | $2,332.00 | $2,332.00 |
| 5/3/2022 | 554 | $7.7500 | $4,293.50 | 10/17/2022 | | 554 | $1.9200 | | $1,063.68 | 554 | - | $1.0224 | $3,229.82 | $3,229.82 |
| 5/3/2022 | 722 | $7.7500 | $5,595.50 | 10/17/2022 | | 722 | $1.9200 | | $1,386.24 | 722 | - | $1.0224 | $4,209.26 | $4,209.26 |
| 5/3/2022 | 3104 | $7.7500 | $24,056.00 | 10/17/2022 | | 3104 | $1.9200 | | $5,959.68 | 3104 | - | $1.0224 | $18,096.32 | $18,096.32 |
| 5/3/2022 | 5001 | $7.7500 | $38,757.75 | 10/17/2022 | | 5001 | $1.9200 | | $9,601.92 | 5001 | - | $1.0224 | $29,155.83 | $29,155.83 |
| 5/4/2022 | 600 | $7.7600 | $4,656.00 | 10/17/2022 | | 600 | $1.9200 | | $1,152.00 | 600 | - | $1.0224 | $3,504.00 | $3,504.00 |
| 5/4/2022 | 6423 | $7.7600 | $49,842.48 | 10/17/2022 | | 6423 | $1.9200 | | $11,754.09 | 6423 | - | $1.0224 | $38,088.39 | $38,088.39 |
| 5/4/2022 | 100 | $7.7600 | $776.00 | 10/11/2022 | | 100 | $2.2400 | | $224.00 | 100 | - | $1.0224 | $552.00 | $552.00 |
| 5/4/2022 | 200 | $7.7600 | $1,552.00 | 10/11/2022 | | 200 | $2.2501 | | $450.02 | 200 | - | $1.0224 | $1,101.98 | $1,101.98 |
| 5/4/2022 | 620 | $7.7600 | $4,811.20 | 10/11/2022 | | 620 | $2.2500 | | $1,395.00 | 620 | - | $1.0224 | $3,416.20 | $3,416.20 |
| 5/4/2022 | 2777 | $7.7600 | $21,549.52 | 10/11/2022 | | 2777 | $2.2500 | | $6,248.25 | 2777 | - | $1.0224 | $15,301.27 | $15,301.27 |
| 5/4/2022 | 3200 | $7.7600 | $24,832.0000 | 10/11/2022 | | 3200 | $2.2700 | | $7,264.00 | 3200 | - | $1.0224 | $17,568.00 | $17,568.00 |
| 5/4/2022 | 4080 | $7.7600 | $31,660.8000 | 10/11/2022 | | 4080 | $2.2300 | | $9,098.40 | 4080 | - | $1.0224 | $22,562.40 | $22,562.40 |
| 5/24/2022 | 200 | $5.6900 | $1,138.00 | 10/11/2022 | | 200 | $2.2300 | | $446.00 | 200 | - | $1.0224 | $692.00 | $692.00 |
| 5/24/2022 | 1800 | $5.6550 | $10,179.00 | 10/11/2022 | | 1800 | $2.2300 | | $4,014.00 | 1800 | - | $1.0224 | $6,165.00 | $6,165.00 |
| **Total:** | **178,425** | | **$2,328,472.29** | | **82,700** | **95,725** | | **$1,516,892.61** | **$179,693.51** | **95,725** | **-** | | **$631,886.17** | **$606,880.73** |

# Exchange Act - OTC ARBKF

| Client Name | Richard Hawes |
|---|---|
| Company Name | Argo Blockchain plc |
| Ticker Symbol | ARBKF |
| Security Type | OTC |
| Class Period Start | 9/23/2021 |
| Class Period End | 10/10/2022 |
| 90-DAY Looback Period Start | 10/11/2022 |
| 90-DAY Looback Period End | 1/9/2023 |
| 90-DAY Lookback Average | $0.0994 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Total Loss | $491,711.74 |
| Gross Shares Purchased | 435,000 |
| Net Shares Retained | 0 |
| Net Funds Expended | $491,711.74 |

| Richard Hawes | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | | | | Sales | | | | | | Retained | | | | Losses |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 3/9/2021 (Pre Class Period Purchase) | 100 | $3.3400 | $334.00 | 10/1/2021 | 100 | | $1.6300 | $163.0000 | - | - | - | $0.0994 | | $171.00 |
| 3/9/2021 (Pre Class Period Purchase) | 100 | $3.3800 | $338.00 | 10/1/2021 | 100 | | $1.6300 | $163.0000 | - | - | - | $0.0994 | | $175.00 |
| 3/9/2021 (Pre Class Period Purchase) | 1000 | $3.2700 | $3,270.00 | 10/1/2021 | 1000 | | $1.6300 | $1,630.0000 | - | - | - | $0.0994 | | $1,640.00 |
| 3/9/2021 (Pre Class Period Purchase) | 1100 | $3.3500 | $3,685.00 | 10/1/2021 | 1100 | | $1.6300 | $1,793.0000 | - | - | - | $0.0994 | | $1,892.00 |
| 3/9/2021 (Pre Class Period Purchase) | 1900 | $3.2400 | $6,156.00 | 10/1/2021 | 1900 | | $1.6300 | $3,097.0000 | - | - | - | $0.0994 | | $3,059.00 |
| 3/9/2021 (Pre Class Period Purchase) | 2188 | $3.4350 | $7,515.78 | 10/1/2021 | 2188 | | $1.6300 | $3,566.4400 | - | - | - | $0.0994 | | $3,949.34 |
| 3/9/2021 (Pre Class Period Purchase) | 2112 | $3.2300 | $6,821.76 | 10/1/2021 | 2112 | | $1.6300 | $3,442.5600 | - | - | - | $0.0994 | | $3,379.20 |
| 3/9/2021 (Pre Class Period Purchase) | 1588 | $3.2300 | $5,129.24 | 10/1/2021 | 1588 | | $1.6100 | $2,556.6800 | - | - | - | $0.0994 | | $2,572.56 |
| 3/9/2021 (Pre Class Period Purchase) | 5300 | $3.2800 | $17,384.00 | 10/1/2021 | 5300 | | $1.6100 | $8,533.0000 | - | - | - | $0.0994 | | $8,851.00 |
| 3/9/2021 (Pre Class Period Purchase) | 6700 | $3.2500 | $21,775.00 | 10/1/2021 | 6700 | | $1.6100 | $10,787.0000 | - | - | - | $0.0994 | | $10,988.00 |
| 3/9/2021 (Pre Class Period Purchase) | 7100 | $3.4000 | $24,140.00 | 10/1/2021 | 7100 | | $1.6100 | $11,431.0000 | - | - | - | $0.0994 | | $12,709.00 |
| 3/9/2021 (Pre Class Period Purchase) | 11250 | $3.3000 | $37,125.00 | 10/1/2021 | 11250 | | $1.6100 | $18,112.5000 | - | - | - | $0.0994 | | $19,012.50 |
| 3/9/2021 (Pre Class Period Purchase) | 21534 | $3.4400 | $74,076.96 | 10/1/2021 | 21534 | | $1.6100 | $34,669.7400 | - | - | - | $0.0994 | | $39,407.22 |
| 3/9/2021 (Pre Class Period Purchase) | 38028 | $3.4500 | $131,196.60 | 10/1/2021 | 38028 | | $1.6100 | $61,225.0800 | - | - | - | $0.0994 | | $69,971.52 |
| 3/9/2021 (Pre Class Period Purchase) | 39000 | $3.5900 | $140,010.00 | 10/1/2021 | 39000 | | $1.6100 | $62,790.0000 | - | - | - | $0.0994 | | $77,220.00 |
| 3/9/2021 (Pre Class Period Purchase) | 11000 | $3.5900 | $39,490.00 | 10/1/2021 | 11000 | | $1.6300 | $17,930.0000 | - | - | - | $0.0994 | | $21,560.00 |
| 3/10/2021 (Pre Class Period Purchase) | 22000 | $3.2700 | $71,940.00 | 10/1/2021 | 22000 | | $1.6300 | $35,860.0000 | - | - | - | $0.0994 | | $36,080.00 |
| 3/22/2021 (Pre Class Period Purchase) | 33000 | $3.3800 | $111,540.00 | 10/1/2021 | 33000 | | $1.6300 | $53,790.0000 | - | - | - | $0.0994 | | $57,750.00 |
| 4/5/2021 (Pre Class Period Purchase) | 35000 | $3.3000 | $115,500.00 | 10/1/2021 | 35000 | | $1.6300 | $57,050.0000 | - | - | - | $0.0994 | | $58,450.00 |
| 4/6/2021 (Pre Class Period Purchase) | 5000 | $2.4000 | $12,000.00 | 10/1/2021 | 5000 | | $1.6300 | $8,150.0000 | - | - | - | $0.0994 | | $3,850.00 |
| 4/6/2021 (Pre Class Period Purchase) | 10000 | $2.4000 | $24,000.00 | 10/1/2021 | 10000 | | $1.6300 | $16,300.0000 | - | - | - | $0.0994 | | $7,700.00 |
| 8/16/2021 (Pre Class Period Purchase) | 2500 | $1.7650 | $4,412.50 | 10/1/2021 | 2500 | | $1.6300 | $4,075.0000 | - | - | - | $0.0994 | | $337.50 |
| 8/16/2021 (Pre Class Period Purchase) | 12500 | $1.7799 | $22,248.75 | 10/1/2021 | 12500 | | $1.6300 | $20,375.0000 | - | - | - | $0.0994 | | $1,873.75 |
| 8/31/2021 (Pre Class Period Purchase) | 100 | $1.8500 | $185.00 | 10/1/2021 | 100 | | $1.6300 | $163.0000 | - | - | - | $0.0994 | | $22.00 |
| 8/31/2021 (Pre Class Period Purchase) | 1800 | $1.8600 | $3,348.00 | 10/1/2021 | 1800 | | $1.6300 | $2,934.0000 | - | - | - | $0.0994 | | $414.00 |
| 8/31/2021 (Pre Class Period Purchase) | 3200 | $1.8300 | $5,856.00 | 10/1/2021 | 3200 | | $1.6300 | $5,216.0000 | - | - | - | $0.0994 | | $640.00 |
| 8/31/2021 (Pre Class Period Purchase) | 7580 | $1.8600 | $14,098.80 | 10/1/2021 | 7580 | | $1.6300 | $12,355.4000 | - | - | - | $0.0994 | | $1,743.40 |
| 8/31/2021 (Pre Class Period Purchase) | 12426 | $1.8500 | $22,988.10 | 10/1/2021 | 12426 | | $1.6300 | $20,254.3800 | - | - | - | $0.0994 | | $2,733.72 |
| 8/31/2021 (Pre Class Period Purchase) | 39894 | $1.8900 | $75,399.66 | 10/1/2021 | 39894 | | $1.6300 | $65,027.2200 | - | - | - | $0.0994 | | $10,372.44 |
| 8/31/2021 (Pre Class Period Purchase) | 20000 | $1.8900 | $37,800.00 | 9/27/2021 | 20000 | | $1.6600 | $33,200.0000 | - | - | - | $0.0994 | | $4,600.00 |
| 9/1/2021 (Pre Class Period Purchase) | 2500 | $1.8200 | $4,550.00 | 9/27/2021 | 2500 | | $1.6600 | $4,150.0000 | - | - | - | $0.0994 | | $400.00 |
| 9/1/2021 (Pre Class Period Purchase) | 4200 | $1.8200 | $7,644.00 | 9/27/2021 | 4200 | | $1.6600 | $6,972.0000 | - | - | - | $0.0994 | | $672.00 |
| 9/1/2021 (Pre Class Period Purchase) | 6555 | $1.8300 | $11,995.65 | 9/27/2021 | 6555 | | $1.6600 | $10,881.3000 | - | - | - | $0.0994 | | $1,114.35 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2021 (Pre Class Period Purchase) | 21745 | $1.8800 | $40,880.60 | 9/27/2021 | 21745 | $1.6600 | $36,096.7000 | - | - | - | $0.0994 | $4,783.90 |
| 9/20/2021 (Pre Class Period Purchase) | 2500 | $2.0600 | $5,150.00 | 9/27/2021 | 2500 | $1.6600 | $4,150.0000 | - | - | - | $0.0994 | $1,000.00 |
| 9/20/2021 (Pre Class Period Purchase) | 4409 | $2.0600 | $9,082.54 | 9/27/2021 | 4409 | $1.6600 | $7,318.9400 | - | - | - | $0.0994 | $1,763.60 |
| 9/20/2021 (Pre Class Period Purchase) | 18091 | $2.0500 | $37,086.55 | 9/27/2021 | 18091 | $1.6600 | $30,031.0600 | - | - | - | $0.0994 | $7,055.49 |
| 9/22/2021 (Pre Class Period Purchase) | 2500 | $2.2500 | $5,625.00 | 9/27/2021 | 2500 | $1.6600 | $4,150.0000 | - | - | - | $0.0994 | $1,475.00 |
| 9/22/2021 (Pre Class Period Purchase) | 17500 | $2.2499 | $39,373.25 | 9/27/2021 | 17500 | $1.6600 | $29,050.0000 | - | - | - | $0.0994 | $10,323.25 |
| **Total:** | **435,000** | | **$1,201,151.74** | | **435,000** | | **$709,440.00** | | | | | **$491,711.74 \*\*** |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure
matched to intra-class period purchases.
\*\* Mr. Hawes' loss from pre-Class Period ARBKF shares is not included in Summary of Financial Interest.