# EXHIBIT C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-04660-JD <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ, | |
| Defendants. | |

**DECLARATION OF TIMOTHY J. PETER IN SUPPORT OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Timothy J. Peter, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Faris Al Kooheji, Gerald Forsythe, and DeKalb County Pension Fund (the "Investor Group"), for (1) appointment as Lead Plaintiff and (2) approval of the Investor Group's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Joint Declaration in Support of the Motion of the Investor Group for Appointment as Lead Plaintiff, and Approval of Selection of Counsel |
| Exhibit B: | First Notice of Pendency of a Class Action |
| Exhibit C: | The Investor Group's PSLRA Certifications |
| Exhibit D: | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit E: | Women's Business Enterprise National Council Certificate |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of November 2020 at Philadelphia, PA.


/s/ Timothy J. Peter
Timothy J. Peter


1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2020, I caused true and correct copies of the

foregoing to be served on all counsel of record via CM/ECF.

Dated: November 23, 2020 By: /s/ *Timothy J. Peter*
Timothy J. Peter