# EXHIBIT D

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>                Defendants. | Case No. 1:21-cv-02369-CBA-PK<br><br>CLASS ACTION |
| LEIGH DRORI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>                Defendants. | Case No. 1:21-cv-02925-KAM-CLP<br><br>CLASS ACTION |

## DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF RICHARD NESWICK'S MOTION FOR
## (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Richard Neswick ("Neswick"), for: (1) consolidation of the above-captioned actions; (2) appointment of Neswick as Lead Plaintiff; and (3) approval of Neswick's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Neswick's PSLRA Certification

Exhibit C:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit D:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of June 2021 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1