# EXHIBIT E

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

James M. Wilson, Jr. *(pro hac vice* forthcoming)
Robert W. Killorin *(pro hac vice* forthcoming)
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARAMIC LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVANCE THERAPEUTICS, INC., MARK J. FOLEY, and TOBIN C. SCHILKE,<br><br>Defendants. | Case No. 5:21-cv-09585-EJD<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF TANG FAMILY INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Edward J. Davila<br>Date: July 28, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4 – 5th Floor |

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF TANG FAMILY INVESTOR GROUP'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**No. 5:21-cv-09585-EJD**

I, Benjamin Heikali, declare as follows:

1.     I am a member in good standing of the bar of the State of California and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Chonghao Tang, Shengzhen Tang, and Qiuyan Liu (together the "Tang Family Investor Group") for appointment as Lead Plaintiff and approval of the Tang Family Investor Group's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.     Attached are true and correct copies of the following:

Exhibit A: Notice of Pendency of Action

Exhibit B: Chonghao Tang, Shengzhen Tang, and Qiuyan Liu's PSLRA Certifications

Exhibit C: Joint Declaration of the Tang Family Investor Group

Exhibit D: Firm Resume of Faruqi & Faruqi, LLP

Exhibit E: Women's Business Enterprise National Council Certificate

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of February, 2022 at Los Angeles, California.

By: /s/ *Benjamin Heikali*
Benjamin Heikali

1

**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF THE TANG FAMILY INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**No. 5:21-cv-09585-EJD**