**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br> v. <br><br> ARGO BLOCKCHAIN PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA, <br><br>       Defendants. |

Case No.: 1:23-cv-00572-NRM-SJB

Hon. Nina R. Morrison

## THE ARGO INVESTOR GROUP'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THE PENDING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for the Argo Investor Group*
*and Proposed Lead Counsel for the Class*

Proposed lead plaintiffs Benjamin Lamontagne, Ever Garcia, and Michael Phillips (collectively, the "Argo Investor Group") respectfully submit as supplemental authority the recent Opinion and Order in *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339-JPC, 2023 U.S. Dist. LEXIS 95791 (S.D.N.Y. Jun. 1, 2023), in further support of their Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (Dkt. No. 15).

The Argo Investor Group respectfully directs the Court to Judge Cronan's discussion of the varying loss calculations and methodologies proposed by the competing movants and their respective arguments that they were the movant(s) with "largest financial interest" in the outcome of the litigation. *Id*. at \*14-\*23. Judge Cronan's discussion demonstrates the necessity of providing loss calculation analyses timely with opening motion papers instead of subsequent filings which often engenders "gamesmanship" and "'opportunism.'" *Id*. at \*18-\*19 (quoting *City of Sunrise Firefighter's Pension Fund v. Citigroup Inc.*, No. 20-cv-9132 (AJN), 2021 U.S. Dist. LEXIS 21607, at \*12 (S.D.N.Y. Feb. 4, 2021)).

In addition, *Dentsply Sirona* also confirms that a "group of persons" may serve as the lead plaintiffs and that their losses may be "aggregate[d]" when evaluating their financial interests in the litigation. *Id*. at \*9-\*13.

A true and accurate copy of *Dentsply Sirona* is attached hereto as Exhibit A.

//

//

//

//

//

2

Dated: June 7, 2023

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ Adam M. Apton
Adam M. Apton
55 Broadway, 4th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for the Argo Investor Group
and Proposed Lead Counsel for the Class*