

**mwe.com**

Joel Haims
Attorney at Law
Jhaims@mwe.com
+1 212 547 5829

August 2, 2023

**VIA ECF**

The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Murphy v. Argo Blockchain plc et al*, No. 1:23-cv-00572-NRM-SJB

Dear Judge Bulsara:

We represent defendants Argo Blockchain plc ("Argo"), Peter Wall, Alex Appleton, Matthew Shaw, Sarah Gow, Colleen Sullivan, and Maria Perrella ("Defendants"). We write to inform the Court of Defendants' intention to request by stipulation a transfer of venue pursuant to a forum selection clause mandating exclusive jurisdiction for this case in the Southern District of New York.

This action is brought on behalf of those who purchased or acquired Argo securities between September 23, 2021 and October 10, 2022 and/or Argo American Depository Shares ("Argo ADSs") pursuant and/or traceable to, among other documents, the registration statement (and its amendments thereto) declared effective by the SEC on September 22, 2021 (the "Registration Statement"). The Registration Statement states in pertinent part:

> Our articles of association to be effective in connection with this offering will provide…***that the U.S. District Court for the Southern District of New York will be the exclusive forum for resolving any shareholder complaint asserting a cause of action arising under the Securities Act or the Exchange Act***, including applicable claims arising out of this offering.

(Registration Statement at p.60) (emphasis added). The Registration Statement thereby incorporates by reference Argo's articles of association, adopted September 6, 2021 (the "Articles of Association") which similarly provide that the Southern District of New York "shall be the exclusive forum for the resolution of any complaint asserting a cause of action arising under the Securities Act or the Exchange Act." (Articles of Association § 50 Exclusive Jurisdiction.)



**One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444**

*US practice conducted through McDermott Will & Emery LLP.*

The Honorable Sanket J. Bulsara
August 2, 2023
Page 2


The Registration Statement also attaches as an exhibit the form of the deposit agreement between Argo, the depositary, and all holders and beneficial owners of the Argo ADSs (the "Deposit Agreement"). The Deposit Agreement similarly provides, in pertinent part:

> By holding or owning an ADR or ADS or an interest therein, Holders and Beneficial Owners each also irrevocably agree that any legal suit, action or proceeding against or involving the Depositary and/or the Company brought by Holders or Beneficial Owners, ***arising out of or based upon this Deposit Agreement***, ***the ADSs, the ADRs or the transactions contemplated herein***, therein, hereby or thereby, including, without limitation, claims under the Securities Act of 1933, ***may be instituted only in the United States District Court for the Southern District of New York***.

(Deposit Agreement § 20(c) Governing Law; Consent to Jurisdiction.) (emphasis added).

In light of the forum-selection clause governing this dispute, we have conferred with counsel for Lead Plaintiff and they have indicated their consent to transfer venue to the United States District Court for the Southern District of New York. Thus, in view of the forthcoming stipulation and proposed order to transfer venue to the Southern District of New York, the parties respectfully request that your Honor stay pending transfer Defendants' August 3, 2023 deadline to file a letter concerning its intention to file a motion to dismiss the forthcoming amended complaint and the parties' August 4, 2023 deadline to file a proposed schedule for filing the amended complaint and the briefing schedule for motion practice.

Respectfully,


*/s/ Joel C. Haims*
Joel C. Haims, Esq.

Cc:    Counsel for Plaintiffs

