UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AARON MURPHY, Individually and on Behalf
of All Others Similarly Situated

                          Plaintiff,

    -against-

ARGO BLOCKCHAIN, PLC, PETER WALL,
ALEX APPLETON, MATTHEW SHAW,
SARAH GOW, COLLEEN SULLIVAN, and
MARIA PERRELLA

                     Defendants.

Case No. 1:23-CV-00572-NRM-SJB

**STIPULATION AND [PROPOSED]
ORDER**

**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE
SOUTHERN DISTRICT OF NEW YORK**

**WHEREAS**, on January 26, 2023 Plaintiff Aaron Murphy ("Murphy")[1] commenced this

putative class action (Dkt. No. 1);

**WHEREAS**, on July 19, 2023, the Court appointed Richard Hawes ("Lead Plaintiff") as

lead plaintiff and approved his selection of lead counsel (Dkt. No. 36);

**WHEREAS**, this action asserts claims under the Securities Act of 1933 and the

Securities Exchange Act of 1934 on behalf of a putative class of all persons who purchased or

otherwise acquired: (1) Argo's American Depository Shares ("ADSs") pursuant to and/or

traceable to its IPO; or (2) Argo securities between September 23, 2021 and October 10, 2022;

**WHEREAS**, the Argo Articles of Association and the Deposit Agreement applicable to

the securities at issue contain forum selection clauses mandating exclusive jurisdiction in the

Southern District of New York for any shareholder complaint that asserts a cause of action

---

[1]     Capitalized terms not otherwise defined herein shall have the same meaning as the defined terms within the
letter to the Court filed by Defendants on August 2, 2023 (Dkt. No 38 ).

arising either under the Securities Act or the Exchange Act, as disclosed in the Registration Statement;

**WHEREAS**, Lead Plaintiff believes that venue is proper in the United States District Court for the Eastern District of New York and this Court has jurisdiction over the claims asserted in the Class Action Complaint (Dkt. No. 1), however he is entering into this Stipulation in the interest of time and to avoid the expense and delay of motion practice; and

**WHEREAS**, the undersigned parties have conferred regarding venue.

**IT IS THEREFORE HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that this action shall be transferred to the Southern District of New York and the undersigned parties agree to meet and confer on a proposed schedule regarding filing an amended complaint and briefing schedule on Defendants' anticipated motion to dismiss after the case is transferred.

Dated: New York, New York
        August 3, 2023

| | |
|---|---|
| **FARUQI & FARUQI, LLP** | **MCDERMOTT WILL & EMERY LLP** |
| By: */s/ James M. Wilson, Jr.* | By: */s/ Joel C. Haims* |
| James M. Wilson, Jr. | Joel C. Haims |
| Robert W. Killorin (*pro hac vice* forthcoming) | Kierstin S. Fowler |
| **FARUQI & FARUQI, LLP** | Christopher J. Whalen |
| 685 Third Avenue, 26th Floor | One Vanderbilt Avenue |
| New York, New York 10017 | New York, New York 10017 |
| 212-983-9330 | (212) 547-5400 |
| 212-983-9331 | jhaims@mwe.com |
| jwilson@faruqilaw.com | ksfowler@mwe.com |
| rkillorin@faruqilaw.com | chwhalen@mwe.com |
| | |
| *Attorneys for Lead Plaintiff Richard Hawes and Lead Counsel for the putative Class* | *Attorneys for Defendants* |

2

**IT IS SO ORDERED.**

Dated:  August __, 2023                                        _____