**F&F LLP**
**FARUQI & FARUQI**

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

October 3, 2023

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Re:    *Murphy v. Argo Blockchain plc*, No. 23 Civ. 7305 (CM)

Dear Judge McMahon:

My firm is Lead Counsel for the putative class in this securities Action. We submit this letter request on behalf of Lead Plaintiff (Richard Hawes) and Defendants Argo Blockchain plc ("Argo"), Peter Wall, Alex Appleton, Matthew Shaw, Sarah Gow, Colleen Sullivan and Maria Perrella (collectively, the "Defendants") to respectfully request that the Court adjourn the deadline to file a civil case management plan ("CMP"), currently due on Friday, October 6, 2023, and all other pre-trial proceedings. *See* Order Scheduling an Initial Pretrial Conference, ECF No. 43. This is the first request being made to adjourn the filing of a CMP and other pre-trial proceedings. Further, the requested adjournments do not affect any other scheduled dates. Defendants consent to these requested adjournments.

This Action, which is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), was originally commenced in the Eastern District of New York. After the appointment of Lead Plaintiff and Lead Counsel, the Action was transferred to this Court. ECF No. 39 and Docket Entries dated Aug. 4, 2023 and Aug. 8, 2023. Shortly after the transfer, this Court approved the Parties' proposed schedule for the filing of Lead Plaintiff's amended complaint and briefing schedule for Defendants' Motion to Dismiss. ECF No. 42. Pursuant to this schedule, Lead Plaintiff has filed his amended complaint and Defendants' motion to dismiss will be fully briefed by February 7, 2024.

The Parties respectfully suggest that under these circumstances, where the PSLRA automatically stays all discovery and other proceedings during the pendency of a motion to dismiss, that the adjournment of the filing of a CMP and other pre-trial proceedings is appropriate until the Court rules on Defendants' motion to dismiss.

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:    */s/ James M. Wilson, Jr.*
        James M. Wilson, Jr.
        685 Third Avenue, 26th Floor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2023

685 THIRD AVENUE    26TH FLOOR    NEW YORK, NY 10017    PHONE: 212.983.9330    FAX: 212.983.9331    FARUQILAW.COM

*[Handwritten memo endorsement by Judge McMahon, partially legible:]*
10/3/2023 Yr. sup. picked a long schedule. You are allowed to litigate my budget against my judgment. Before will not be case to and will depend on a plan. It submitting one. Management call to be imposing. will tell to all Rule 26 discovery (broadly interpreted) be turned over 30 days after motion to dismiss (including) to all discovery expert discovery to be completed after 120 day be given — that must be scheduled for...

**FARUQI & FARUQI**

The Honorable Colleen McMahon
October 3, 2023
Page 2 of 2

New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jwilson@faruqilaw.com

*Attorneys for Lead Plaintiff Richard Hawes and Lead Counsel for the putative Class*

cc: Joel Haims, counsel for defendants