*Murphy v. Argo Blockchain plc et al,*
Case No. 1:23-cv-07305-CM

## Appendix A
### Chart of Alleged Misstatements – Securities Act[1]

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A1 | 69 | "***Reliable, Low-Cost, Renewable Power.*** We believe the combination of increased mining difficulty, driven by greater hash rates, and the periodic adjustment of reward rates, such as the halving of Bitcoin rewards, will drive the increasing importance of power efficiency in cryptocurrency mining over the long term. As a result, we are focused on deploying our mining machines at locations with access to reliable, renewable power sources, as successfully doing so should enable us to reduce our power costs." <br><br> (RS at 3 (emphasis added by Plaintiffs).) | Forward-looking <br><br> Puffery | "*We are subject to many risks related to the development of a new cryptocurrency mining facility in Texas. Delays or disruptions in our development of the Texas facility could materially and adversely affect our results of operations and financial condition.* <br> As part of our evolving strategy focused on owning and operating our own mining facilities, we are developing a new mining facility in Texas, where we expect to obtain more than 90% of our power requirements from reliable renewable power sources at less than the current cost of fossil fuel energies in other locations. However, development of our Texas mining facility may be subject to unexpected problems and delays that could adversely impact our ability to develop or operate the project as planned or increase the costs of the project. Some of the risks inherent in the development and construction of a new mining facility or the extension of an existing mining facility include uncertainties regarding: <br><br> • timing and cost of construction of the facility, which can be considerable; <br> • availability and cost of mining equipment; |

---

[1] Plaintiffs reference or quote the Registration Statement cited herein in the Amended Complaint. For the Court's convenience, it can access the referenced Registration Statement using the embedded hyperlink found in the citation to the source.

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | • availability and cost of skilled labor, power, water and transportation;<br>• availability and cost of appropriate power arrangements;<br>• the successful development and implementation of new technologies and processes related to mining, such as immersion technology;<br>• applicable requirements under local and state laws and time needed to obtain the necessary environmental and other governmental permits and approvals; and<br>• availability of funds to finance construction and development.<br><br>Delays in obtaining necessary permits and approvals and broader social or political opposition to cryptocurrency mining may increase the cost, timing and complexity of the development and construction of our Texas facility. Accordingly, such facility may not be developed as planned or may be less profitable than anticipated or even be loss-making. Additionally, given current lead times for new mining hardware, we may need to commit to purchasing mining machines in advance of the facility becoming fully operational and, if so, may not have the power capacity to support these mining machines at our other hosted and owned facilities. A failure or material delay in our ability to develop and operate the new facility in accordance with, or in excess of, expectations could have a material adverse effect on our business, prospects, financial condition and operating results." (RS at 14.) |

*Murphy v. Argo Blockchain plc et al,*
Case No. 1:23-cv-07305-CM

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | "*We may not be able to secure access to electricity on a sufficiently firm and unrestricted basis or at a price that we are willing to pay.* Cryptocurrency mining is dependent on access to stable and reliable electricity supply. There has been a substantial increase in the demand for electricity for cryptocurrency mining, and this has had varying impacts on local electricity supply. Additionally, we currently rely on renewable sources of power and plan to increase our reliance on renewable sources of power in the future. Renewable power is generally an intermittent and variable source of electricity, which may not always be available. Because the electrical grid has very little storage capacity, the balance between electricity supply and demand must be maintained at all times to avoid a blackout or other cascading problem. Intermittent sources of renewable power are challenging because they disrupt the conventional methods for planning the daily operation of the electrical grid. Their power fluctuates over multiple time horizons, forcing the grid operator to adjust its day-ahead, hour-ahead, and real-time operating procedures. Should our operations require more electricity than can be supplied in the areas where our mining facilities are located or should the electrical transmission grid and distribution systems be unable to provide the continuous, steady supply of electricity required, we may have to limit or suspend activities or reduce the speed of our proposed expansion, either voluntarily or as a result of either quotas imposed by energy companies or governments, or increased prices for certain |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | users (such as us). If we are unable to procure electricity at a suitable price, we may have to shut down our operations in that particular jurisdiction either temporarily or permanently. Additionally, our cryptocurrency mining machines would be materially adversely affected by a power outage. Given the power requirement, it would not be feasible to run mining machines on back-up power generators in the event of a government restriction on electricity or a power outage, which may be caused by weather, acts of God, wild fires, pandemics, falling trees, falling distribution poles and transmission towers, transmission and distribution cable cuts, other force majeure events in the electricity and natural gas markets and/or the negligence or malfeasance of others. If we are unable to receive adequate power supply and are forced to reduce our operations due to the availability or cost of electrical power, our business would experience materially negative impacts. <br><br> . . . <br><br> If we are unable to receive adequate power supply and are forced to reduce our operations due to the availability or cost of electrical power, our business would experience materially negative impacts." <br> (RS at 36-37.) <br><br> "***We may be affected by price fluctuations in the wholesale and retail power markets.*** <br> While we anticipate that the majority our power arrangements will contain fixed power prices, we expect that they may contain certain price adjustment mechanisms in case of certain events. Furthermore, some portion of our power arrangements |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | is expected to be priced by reference to published index prices and, thus, reflect market movements. Market prices for power, generation capacity and ancillary services, are unpredictable. Depending upon the effectiveness of any price risk management activity undertaken by us, an increase in market prices for power, generation capacity, and ancillary services may adversely affect our business, prospects, financial condition, and operating results. Long- and short-term power prices may fluctuate substantially due to a variety of factors outside of our control, including, but not limited to: <ul><li>changes in power transmission or fuel transportation capacity constraints or inefficiencies;</li><li>volatile weather conditions, particularly unusually hot or mild summers or unusually cold or warm winters;</li><li>technological shifts resulting in changes in the demand for power or in patterns of power usage, including the potential development of demand-side management tools, expansion and technological advancements in power storage capability and the development of new fuels or new technologies for the production or storage of power;</li><li>federal and state power, market and environmental regulation and legislation; and</li><li>changes in capacity prices and capacity markets.</li></ul> If we are unable to secure power supply at prices or on terms acceptable to us, it would have a material adverse effect on our |

5

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | business, prospects, financial condition, and operating results." (RS at 38.)<br><br>"*As a result of state and local regulations over electric distribution utilities and retail electricity suppliers, we may not be able to obtain electricity on terms and conditions that are economic and practicable.*<br>To the extent that our consumption of electricity is viewed as a retail sale of electricity, then state and local authorities will have jurisdiction over such retail sale and the distribution of electricity to our retail use. Such regulation and costs as required by state and local authorities may not be economic or practicable for our mining operations. . . ." (RS at 38.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A2 | 70 | *"Smart Growth*. We aim to optimize our mining by **identifying and purchasing the most profitable mining machines with industry-leading returns on investment and actively monitoring and adjusting the operation of those machines to enhance their performance**. We believe this smart-growth strategy, including our commitment to mining efficiency and return on investment in mining machines, will enable us to build value over the long term." <br><br> (RS at 3 (emphasis added by Plaintiffs).) | Forward-looking <br><br> Puffery | *"Due to our limited operating history, it may be difficult to evaluate our business and future prospects, and we may not be able to achieve or maintain profitability in any given period.* <br> . . . While our annual net revenue has increased since our formation, there is no assurance that this growth rate will continue in future periods . . . . We may not generate sufficient revenue to achieve positive cash flow from operations or profitability in any given period, and our limited operating history and the volatile nature of our business and the cryptocurrency industry make it difficult to evaluate our current business and our future prospects. We have encountered and will continue to encounter risks and difficulties, including, but not limited to those described in this section. If we do not manage these risks successfully, our business may be adversely impacted. If our growth rate were to decline significantly or become negative, it could adversely affect our operating results and financial condition. If we are not able to achieve or maintain positive cash flow from operations, our business may be adversely impacted and we may require additional financing, which may not be available on favorable terms or at all, or which would be dilutive to our ADS holders." (RS at 13.) <br><br> *"We have an evolving business model, which is subject to various uncertainties.* <br> Our business model has significantly evolved since our incorporation and we expect it to continue to do so in the future. For example, in the past, we operated as a mining-as-a- |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | service ("MaaS") business. Beginning in 2019, in the face of an industry-wide downturn, we terminated our MaaS contracts and commenced mining for our own account. As digital assets and blockchain technologies become more widely available, we expect the services and products associated with them to evolve. In order to stay current with the industry, our business model may need to evolve as well. As a result, from time to time, we may modify aspects of our business model relating to our strategy. We cannot offer any assurance that these or any other modifications will be successful or will not result in harm to our business. These modifications may increase the complexity of our business and place significant strain on our management, personnel, operations, systems, technical performance, financial resources and internal financial control and reporting functions. We may not be able to manage growth effectively, which could damage our reputation, limit our growth and negatively affect our operating results. Further, we cannot provide any assurance that we will successfully identify all emerging trends and growth opportunities within the cryptocurrency industry and we may lose out on such opportunities. Such circumstances could have a material adverse effect on our business, prospects, financial condition and operating results." (RS at 13.) <br><br> "***There are risks related to technological obsolescence, the vulnerability of the global supply chain for cryptocurrency mining hardware to disruption, and difficulty in obtaining new hardware which may have a negative effect on our business.*** |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | Our mining operations can only be successful and ultimately profitable if the costs, including hardware and electricity costs, associated with mining cryptocurrencies, including Bitcoin, are lower than the revenue we are able earn from mining such cryptocurrencies. Over the course of our mining operations, our mining machines experience ordinary wear and tear, and may also face more significant malfunctions caused by a number of extraneous factors beyond our control. . . . These repair and upgrading processes require substantial and continuous capital investment, and we may face challenges in doing so on a timely and cost-effective basis. In addition, there is no guarantee that our mining machines will be free from defect or failure, and any such failures or defects could require us to seek replacements for newly acquired mining machines. . . ." (RS at 33.)<br><br>"***Our mining facilities and mining equipment may experience damages, including damages that are not covered by insurance.***<br>Our current mining operations in Canada and the United States are, and any future mining facilities we establish or which we mine from will be, subject to a variety of risks relating to physical condition and operation[.] . . . [O]ur hosted and owned facilities could be materially adversely affected by local or regional failures in infrastructure, a power outage or loss of access to the electrical grid or loss by the grid of cost-effective sources of electrical power generating capacity (including but not limited to increased charges or costs applicable to specific sectors in line with national or regional policies). Given the |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | power requirement, it would not be feasible to run our mining machines on back-up power generators in the event of a power outage. We cannot control the supply of electricity used by its operations nor do we have alternate sources of off-grid supply. . . . Climate related events have the potential to disrupt our business and may cause us to experience higher attrition, losses and additional costs to resume operations.<br><br>The performance and reliability of our mining technology will also be critical to our reputation and our operations. If there are any technological issues with our mining equipment, our entire fleet could be affected. In particular, any error or failure may significantly delay response times or even cause our mining operations to fail. . . ." (RS at 34-35.)<br><br>***"We may not be able to secure access to electricity on a sufficiently firm and unrestricted basis or at a price that we are willing to pay.***<br>Cryptocurrency mining is dependent on access to stable and reliable electricity supply. There has been a substantial increase in the demand for electricity for cryptocurrency mining, and this has had varying impacts on local electricity supply. Additionally, we currently rely on renewable sources of power and plan to increase our reliance on renewable sources of power in the future. Renewable power is generally an intermittent and variable source of electricity, which may not always be available. Because the electrical grid has very little storage capacity, the balance between electricity supply and demand must be maintained at all times to avoid a blackout |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | or other cascading problem. Intermittent sources of renewable power are challenging because they disrupt the conventional methods for planning the daily operation of the electrical grid. Their power fluctuates over multiple time horizons, forcing the grid operator to adjust its day-ahead, hour-ahead, and real-time operating procedures. . .  If we are unable to receive adequate power supply and are forced to reduce our operations due to the availability or cost of electrical power, our business would experience materially negative impacts." (RS at 36-37.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A3 | 71 | *"Own and Operate Our Mining Facilities.* **We are investing heavily in purchasing, building and operating our mining facilities.** By owning and operating our mining machines at facilities that **offer competitive advantages**, including access to reliable, low-cost, renewable power and room for expansion, we expect to have greater control over the timing of the purchase and deployment of our mining machines. We also may enhance our ability to intelligently and quickly adapt our operating model and reap savings compared to paying for outsourced operations and infrastructure." <br><br>(RS at 3 (emphasis added by Plaintiffs).) | Not false <br><br> Forward-looking <br><br> Puffery | "***We are subject to many risks related to the development of a new cryptocurrency mining facility in Texas. Delays or disruptions in our development of the Texas facility could materially and adversely affect our results of operations and financial condition.*** As part of our evolving strategy focused on owning and operating our own mining facilities, we are developing a new mining facility in Texas, where we expect to obtain more than 90% of our power requirements from reliable renewable power sources at less than the current cost of fossil fuel energies in other locations. However, development of our Texas mining facility may be subject to unexpected problems and delays that could adversely impact our ability to develop or operate the project as planned or increase the costs of the project. Some of the risks inherent in the development and construction of a new mining facility or the extension of an existing mining facility include uncertainties regarding: <br><br> . . . <br><br> • availability and cost of skilled labor, power, water and transportation; <br> • availability and cost of appropriate power arrangements; <br><br> . . . <br><br> Additionally, . . . we may . . . not have the power capacity to support these mining machines at our other hosted and owned facilities. A failure or material delay in our ability to develop and operate the new facility in accordance with, or in excess of, expectations could have a material adverse effect on our |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | business, prospects, financial condition and operating results." (RS at 14.)<br><br>"***There are risks related to technological obsolescence, the vulnerability of the global supply chain for cryptocurrency mining hardware to disruption, and difficulty in obtaining new hardware which may have a negative effect on our business.***<br>Our mining operations can only be successful and ultimately profitable if the costs, including hardware and electricity costs, associated with mining cryptocurrencies, including Bitcoin, are lower than the revenue we are able earn from mining such cryptocurrencies. . . " (RS at 33.)<br><br>"***We may not be able to secure access to electricity on a sufficiently firm and unrestricted basis or at a price that we are willing to pay.***<br>Cryptocurrency mining is dependent on access to stable and reliable electricity supply. There has been a substantial increase in the demand for electricity for cryptocurrency mining, and this has had varying impacts on local electricity supply. Additionally, we currently rely on renewable sources of power and plan to increase our reliance on renewable sources of power in the future. Renewable power is generally an intermittent and variable source of electricity, which may not always be available. Because the electrical grid has very little storage capacity, the balance between electricity supply and demand must be maintained at all times to avoid a blackout or other cascading problem. Intermittent sources of renewable |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | power are challenging because they disrupt the conventional methods for planning the daily operation of the electrical grid. Their power fluctuates over multiple time horizons, forcing the grid operator to adjust its day-ahead, hour-ahead, and real-time operating procedures. |
| | | | | Should our operations require more electricity than can be supplied in the areas where our mining facilities are located or should the electrical transmission grid and distribution systems be unable to provide the continuous, steady supply of electricity required, we may have to limit or suspend activities or reduce the speed of our proposed expansion, either voluntarily or as a result of either quotas imposed by energy companies or governments, or increased prices for certain users (such as us). If we are unable to procure electricity at a suitable price, we may have to shut down our operations in that particular jurisdiction either temporarily or permanently. Additionally, our cryptocurrency mining machines would be materially adversely affected by a power outage. Given the power requirement, it would not be feasible to run mining machines on back-up power generators in the event of a government restriction on electricity or a power outage, which may be caused by weather, acts of God, wild fires, pandemics, falling trees, falling distribution poles and transmission towers, transmission and distribution cable cuts, other force majeure events in the electricity and natural gas markets and/or the negligence or malfeasance of others. If we are unable to receive adequate power supply and are forced to reduce our operations |

14

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | due to the availability or cost of electrical power, our business would experience materially negative impacts.<br><br>Certain government actors have begun to intervene with the supply of electrical energy to cryptocurrency miners. . . .<br><br>If we are unable to receive adequate power supply and are forced to reduce our operations due to the availability or cost of electrical power, our business would experience materially negative impacts."<br>(RS at 36-37.)<br><br>"***We may be affected by price fluctuations in the wholesale and retail power markets.***<br>While we anticipate that the majority our power arrangements will contain fixed power prices, we expect that they may contain certain price adjustment mechanisms in case of certain events. Furthermore, some portion of our power arrangements is expected to be priced by reference to published index prices and, thus, reflect market movements.<br><br>Market prices for power, generation capacity and ancillary services, are unpredictable. Depending upon the effectiveness of any price risk management activity undertaken by us, an increase in market prices for power, generation capacity, and ancillary services may adversely affect our business, prospects, financial condition, and operating results. Long- and short-term power prices may fluctuate substantially due to a variety of factors outside of our control, including, but not limited to: |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | <ul><li>changes in power transmission or fuel transportation capacity constraints or inefficiencies;</li><li>volatile weather conditions, particularly unusually hot or mild summers or unusually cold or warm winters;</li><li>technological shifts resulting in changes in the demand for power or in patterns of power usage, including the potential development of demand-side management tools, expansion and technological advancements in power storage capability and the development of new fuels or new technologies for the production or storage of power;</li><li>federal and state power, market and environmental regulation and legislation; and</li><li>changes in capacity prices and capacity markets.</li></ul>If we are unable to secure power supply at prices or on terms acceptable to us, it would have a material adverse effect on our business, prospects, financial condition, and operating results." (RS at 38.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A4 | 73 | "Since our inception, we have financed our operations primarily through **cash generated by sales of cryptocurrency and sales of equity securities**. Our primary requirements for liquidity and capital are to finance working capital, capital expenditures and general corporate purposes. **We believe that our sources of liquidity and capital resources will be sufficient to meet our existing business needs for *at least* the next 12 months.** From time to time, we may raise additional capital through the issuance of debt or equity securities or additional borrowings to the extent required, or to the extent that we believe such capital is available on favorable terms. **Our primary sources of liquidity are our cash and cash equivalents and cryptocurrency held in treasury.**"<br><br>(RS at 82 -83 (emphasis added by Plaintiffs).) | Not false<br><br>Forward-looking<br><br>Puffery | "***Due to our limited operating history, it may be difficult to evaluate our business and future prospects, and we may not be able to achieve or maintain profitability in any given period.*** We began our operations in December 2017, and since our incorporation our business model has evolved significantly. While our annual net revenue has increased since our formation, there is no assurance that this growth rate will continue in future periods and you should not rely on the revenue growth of any given period as an indication of our future performance. We may not generate sufficient revenue to achieve positive cash flow from operations or profitability in any given period, and our limited operating history and the volatile nature of our business and the cryptocurrency industry make it difficult to evaluate our current business and our future prospects. We have encountered and will continue to encounter risks and difficulties, including, but not limited to those described in this section. If we do not manage these risks successfully, our business may be adversely impacted. If our growth rate were to decline significantly or become negative, it could adversely affect our operating results and financial condition. If we are not able to achieve or maintain positive cash flow from operations, our business may be adversely impacted and we may require additional financing, which may not be available on favorable terms or at all, or which would be dilutive to our ADS holders." (RS at 13.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | "*We may be unable to raise additional capital needed to grow our business.*<br><br>We may need to raise additional capital to fund our operations, pursue our growth strategies, including potential acquisitions of complementary businesses, and respond to competitive pressures or unanticipated working capital requirements. For example, in January 2021 and March 2021, we raised gross proceeds of £22.4 million and £26.8 million, respectively, in private placements and subscriptions of our ordinary shares. We may not be able to obtain additional debt or equity financing on favorable terms, if at all, which could impair our growth and adversely affect our existing operations. If we raise additional equity financing, our ADS holders may experience significant dilution of their ownership interests, and the per ADS value of our ordinary shares could decline. Furthermore, if we incur additional debt financing, the holders of debt likely would have priority over the holders of ADSs on order of payment preference. We may be required to accept terms that restrict our ability to incur additional indebtedness or to take other actions including terms that require us to maintain specified liquidity or other ratios that could otherwise not be in the interests of our ADS holders." (RS at 13.)<br><br>"*Our operating results have fluctuated and may continue to fluctuate significantly due to the highly volatile nature of digital assets.*<br><br>All of our sources of revenue are dependent on digital assets and the broader blockchain ecosystem. Due to the highly volatile nature of the blockchain ecosystem and the prices of |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | digital assets, our operating results have fluctuated, and may continue to fluctuate, significantly from period to period in accordance with market sentiments and movements in the broader blockchain ecosystem. In particular, our operating results may continue to fluctuate significantly as a result of a variety of factors, many of which are unpredictable and in certain instances are outside of our control . . . [I]t is difficult for us to forecast growth trends accurately and our business and future prospects are difficult to evaluate, particularly in the short term. In addition, as a result of the rapidly evolving nature of our business and the blockchain ecosystem, period-to-period comparisons of our operating results may not be meaningful, and you should not rely upon them as an indication of future performance. Annual expenses reflected in our financial statements may be significantly different from historical rates. Our operating results in one or more future periods may fall below the expectations of securities analysts and investors. As a result, the trading price of our ADSs may increase or decrease significantly." (RS at 14-15.) <br><br> "***A majority of our revenue is currently derived from mining Bitcoin. If demand for Bitcoin declines and is not replaced by new demand for cryptocurrencies we are able to mine, our business, operating results and financial condition could be adversely affected.*** <br> For the six months ended June 30, 2021 and year ended December 31, 2020, we derived the majority of our net revenue from transaction fees and cryptocurrency rewards generated in connection with mining Bitcoin. As such, in addition to the |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | factors impacting the broader blockchain ecosystem and the prices of digital assets described in this section, our business may be adversely affected if the market for Bitcoin deteriorates or if its price declines[.] . . ."  (RS at 16-17.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A5 | 74 | "To **control and manage the volatility in cryptocurrency pricing**, we engage in **planned selling of cryptocurrency over an extended period in advance of forecasted fiat cash requirement**s. In the future, as with any business which mines a commodity, we expect to sell Bitcoin to **satisfy our fiat cash requirements**, at least until Bitcoin is accepted more broadly as a medium of exchange."<br><br>(RS at 83 (emphasis added by Plaintiffs).) | Not false<br><br>Forward-looking<br><br>Puffery | "***Our operating results have fluctuated and may continue to fluctuate significantly due to the highly volatile nature of digital assets.***<br>All of our sources of revenue are dependent on digital assets and the broader blockchain ecosystem. Due to the highly volatile nature of the blockchain ecosystem and the prices of digital assets, our operating results have fluctuated, and may continue to fluctuate, significantly from period to period in accordance with market sentiments and movements in the broader blockchain ecosystem. In particular, our operating results may continue to fluctuate significantly as a result of a variety of factors, many of which are unpredictable and in certain instances are outside of our control, including:<br><br>• changes in the legislative or regulatory environment, or actions by governments or regulators that impact the cryptocurrency industry generally, or our operations specifically;<br>• difficulty obtaining new hardware and related installation costs;<br>• access to cost-effective sources of electrical power;<br>• evolving cryptographic algorithms and emerging trends in the technology securing blockchains, including proof-of-stake;<br>• Changes in the development, usage, and market preferences for the cryptocurrencies we mine;<br>• adverse legal proceedings or regulatory enforcement actions, judgments, settlements or other legal proceeding and enforcement-related costs; |

21

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | <ul><li>the development and introduction of existing and new products and technology by us or our competitors;</li><li>increases in operating expenses that we expect to incur to grow and expand our operations and to remain competitive;</li><li>system failure or outages, including with respect to our mining hardware, power supply and third-party networks;</li><li>breaches of security or data privacy;</li><li>our ability to attract and retain talent; and</li><li>our ability to compete.</li></ul> As a result of these and other factors, it is difficult for us to forecast growth trends accurately and our business and future prospects are difficult to evaluate, particularly in the short term. In addition, as a result of the rapidly evolving nature of our business and the blockchain ecosystem, period-to-period comparisons of our operating results may not be meaningful, and you should not rely upon them as an indication of future performance. Annual expenses reflected in our financial statements may be significantly different from historical rates. Our operating results in one or more future periods may fall below the expectations of securities analysts and investors. As a result, the trading price of our ADSs may increase or decrease significantly." (RS at 14-15.)<br><br>"***Our total revenue and cash flow is substantially dependent on the market value of digital assets and the volume of digital assets received from our mining efforts. If such market value*** |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | *or volume declines, our business, operating results and financial condition would be adversely affected.* We currently generate substantially all of our revenue from rewards and transaction fees received for successfully validating a "block" of transactions on the Bitcoin blockchain. Similarly, our operating cash flow is substantially dependent on our ability to sell cryptocurrency for fiat currency as needed. As such, any declines in the amount of cryptocurrencies that we successfully mine, the price of such cryptocurrencies or market liquidity for cryptocurrencies and digital assets generally would adversely affect our revenue and ability to fund our operations. The price of cryptocurrencies and digital assets and associated demand for buying, selling, and trading cryptocurrencies and digital assets have historically been subject to significant volatility. For example, Bitcoin's aggregate market value exceeded $1 trillion in February 2021 compared to $160 billion in February 2020, based on Bitcoin prices quoted on major exchanges. The price and trading volume of any digital asset is subject to significant uncertainty and volatility, depending on a number of factors[.] . . . There is no assurance that any digital asset, including Bitcoin, will maintain its value or that there will be meaningful levels of trading activities to support markets in any digital asset. A decline in the market value of digital assets or in the demand for trading digital assets could lead to a corresponding decline in the value of our cryptocurrency assets, the number of |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | transactions on the relevant blockchain network and, as such, the opportunities to earn block rewards and transaction fees, our returns on investments in mining machines, and could adversely affect our business, operating results and financial condition. Further, to the extent that investors perceive investment in our ADSs as a proxy for exposure to the digital asset industry more generally, volatility in the value of cryptocurrencies could have immediate and substantial effects on the price of our ADSs, irrespective of the actual effect on our business.

Digital assets may be subject to momentum pricing due to speculation regarding future appreciation or depreciation in value, leading to greater volatility. Momentum pricing typically is associated with growth stocks and other assets whose valuation, as determined by the investing public, accounts for future changes in value. It is possible that momentum pricing of digital assets has resulted, and may continue to result, in speculation regarding future changes in the value of digital assets, making digital assets' prices more volatile. As a result, digital assets may be more likely to fluctuate in value due to changing investor confidence, which could impact future appreciation or depreciation in digital asset prices. As a result, our business, operating results and financial condition could be adversely affected.

The market value of digital assets may also be affected by the activities of "professionalized" mining operations. Over the past two years, digital asset mining operations have evolved |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | from individual users mining with computer processors, graphics processing units and first-generation ASIC mining machines to businesses with sophisticated operations using the latest ASIC technology, particularly operations mining Bitcoin. These professionalized mining operations are of a greater scale than individual and casual miners and have more defined and regular expenses and liabilities. These regular expenses and liabilities require professionalized mining operations to maintain profit margins on the sale of mined digital assets, including Bitcoin. To the extent the price of digital assets decline and such profit margin is constrained, professionalized miners may be incentivized to more immediately sell any digital assets, including Bitcoin, earned from mining operations, whereas it is believed that individual miners in past years were more likely to hold newly mined digital assets for more extended periods. If professional mining operations were to collectively implement strategies to immediately sell newly mined digital assets, including Bitcoin, it would greatly increases the available trading supply of such digital assets, creating downward pressure on the market price." (RS at 15-16.)<br><br>"***A majority of our revenue is currently derived from mining Bitcoin. If demand for Bitcoin declines and is not replaced by new demand for cryptocurrencies we are able to mine, our business, operating results and financial condition could be adversely affected.***<br>For the six months ended June 30, 2021 and year ended December 31, 2020, we derived the majority of our net revenue |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | from transaction fees and cryptocurrency rewards generated in connection with mining Bitcoin. As such, in addition to the factors impacting the broader blockchain ecosystem and the prices of digital assets described in this section, our business may be adversely affected if the market for Bitcoin deteriorates or if its price declines[.] . . ." (RS at 16 -17.) |

*Murphy v. Argo Blockchain plc et al,*
Case No. 1:23-cv-07305-CM

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| A6 | 75 | "Argo's 'investments in mining facilities are designed to significantly expand our mining capacity and provide us with meaningful control over our mining operations.'"  (RS at 87.) | Not false | "***We have an evolving business model, which is subject to various uncertainties.*** Our business model has significantly evolved since our incorporation and we expect it to continue to do so in the future. For example, in the past, we operated as a mining-as-a-service ("MaaS") business. Beginning in 2019, in the face of an industry-wide downturn, we terminated our MaaS contracts and commenced mining for our own account. As digital assets and blockchain technologies become more widely available, we expect the services and products associated with them to evolve. In order to stay current with the industry, our business model may need to evolve as well. As a result, from time to time, we may modify aspects of our business model relating to our strategy. We cannot offer any assurance that these or any other modifications will be successful or will not result in harm to our business. These modifications may increase the complexity of our business and place significant strain on our management, personnel, operations, systems, technical performance, financial resources and internal financial control and reporting functions. We may not be able to manage growth effectively, which could damage our reputation, limit our growth and negatively affect our operating results. Further, we cannot provide any assurance that we will successfully identify all emerging trends and growth opportunities within the cryptocurrency industry and we may lose out on such opportunities. Such circumstances could have a material adverse effect on our business, prospects, financial condition and operating results." (RS at 13.) |

| # | AC ¶¶ | Statement in Registration Statement ("RS") | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | "***Our operating results have fluctuated and may continue to fluctuate significantly due to the highly volatile nature of digital assets.*** All of our sources of revenue are dependent on digital assets and the broader blockchain ecosystem. Due to the highly volatile nature of the blockchain ecosystem and the prices of digital assets, our operating results have fluctuated, and may continue to fluctuate, significantly from period to period in accordance with market sentiments and movements in the broader blockchain ecosystem. In particular, our operating results may continue to fluctuate significantly as a result of a variety of factors, many of which are unpredictable and in certain instances are outside of our control[.]" (RS at 14-15.)<br><br>"We believe these strategic investments will generate long-term returns in the form of controlled access to low cost, responsible sources of power and differentiate us from our competitors. However, in the near term this transition will result in heightened capital expenditures and operating expense, may result in disruptions to our operations and may not yield the return on investment that we expect." (RS at 76.) |