*Murphy v. Argo Blockchain plc et al,*
Case No. 1:23-cv-07305-CM

**Appendix B**
**Chart of Alleged Misstatements – Exchange Act[1]**

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| B1 | 130 | "[O]ur balance sheet is being strengthened significantly this year, especially taking into account the recent capital raise, as part of the NASDAQ listing. In addition, I'd also highlight our holding, which at the end of September, our digital currencies holding was 1,836 Bitcoin, which at that time, was valued at $79 million, as of the end of September . . . *We have very little debt overall,* even [adding that in], we have the lease, we have the mortgage, and we have that Bitcoin backed loan. And [W]ith *that cash on hand, and our hodl, you know, Argo has sufficient flexibility to pursue our strategic growth plans in Texas, infrastructure, and machines, et cetera.*"<br><br>(Haims Decl., Ex. 1, Argo Earnings Conference Call, Nov. 2, 2021 (Appleton) (emphasis added by Plaintiffs).) | Not false<br><br>Forward-looking<br><br>Puffery | "And we don't necessarily, going back to earlier this year, *we didn't have the same kind of huge amounts of cash in the bank that some of our peers had.*" (Argo Earnings Conference Call (Q&A Session) Tr. p.25, Nov. 2, 2021 (Wall) (emphasis added).)<br><br>In discussing additional equity offering by Argo to raise capital, Peter Wall stated, "And if you go back to 2020, we sold a lot of Bitcoin. And in retrospect, that was a painful. You look back and you're like, no, btu [sic] the Bitcoin we sold in 2020, but we didn't have a choice. We didn't have opportunities or very few opportunities for debt and equity. Then fast forwarded this year, we've done, we've pulled on the debt lever, we've pulled on the equity lever… [T]hat's a *decent war chest in this business, but this is an expensive business. It's a capital-intensive business.*" (Argo Earnings Conference Call (Q&A Session) Tr. p.16, Nov. 2, 2021 (Wall) (emphasis added).)<br><br>"So as at the end of September, we had $45 million loan with Galaxy[,] we've paid $25 million of that back *leaving us with remaining $20 million Bitcoin backed loan with Galaxy.* |

[1] Plaintiffs reference or quote each source cited herein in the Amended Complaint. For the Court's convenience, it can access most referenced sources using the embedded hyperlink found in the citation to the statement source. All other referenced sources that are not readily accessible are affixed as an exhibit to the concurrently filed Declaration of Joel C. Haims ("Haims Decl.").

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | We have very little debt overall, even adding that in, *we have the lease, we have the mortgage[,] and we have that Bitcoin backed loan*." (Argo Earnings Conference Call Tr. p.12, Nov. 2, 2021 (Appleton) (emphasis added).) |
| B2 | 132 | "Wall told the market that in Texas, Argo had access to 'the cheapest power anywhere in the world' at less than two cents a kilowatt hour." (Interview, Nov. 21, 2021 & Dec. 16, 2021 (Wall).) | Not false<br><br>Puffery | N/A. |
| B3 | 133 | "Argo was '*extremely on the profitable end of things right now*.'"<br><br>"Wall added that despite more mining machines coming online, Argo's 'margins are still very, very strong and you know *we are on the extreme end of profitability right now*.'"<br><br>(CNBC Interview, Dec. 21, 2021 (Wall) (emphasis added by Plaintiffs).) | Not false<br><br>Puffery | N/A. |
| B4 | 135 | "Our strategic focus in 2022 is to execute on our plans at Helios and to scale our operations. As we near the completion of Helios Phase 1, Argo is poised to significantly increase its hash rate and continue building out infrastructure. While Phase 1 of Helios will utilize 200 MW of electricity, our interconnection agreement | Not false<br><br>Forward-looking<br><br>Puffery | "The Group's activities expose it to a variety of financial risks: market risk, credit risk and liquidity risk. […]<br><br>**Market Risk**<br><br>The Group is dependent on the state of the cryptocurrency market and general sentiment of crypto assets as a whole." |

*Murphy v. Argo Blockchain plc et al,*
Case No. 1:23-cv-07305-CM

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | provides us with access to up to an additional 600 MW of capacity. ***This runway for growth is unmatched by Argo's peers, and we have built a robust foundation upon which we can scale efficiently and profitably***." <br><br>(Argo 2021 Form 6-K, April 27, 2022 (emphasis added by Plaintiffs).) | | (Argo 2021 Form 6-K, p.24, April 27, 2022.) |
| B5 | 137 | "So a really pleasing year, and one we're really proud of. And 'd say, ***we're well-positioned to continue on the growth phase and continue a very profitable level***. ***The balance sheet. So this year, as Peter said, –we've had a number of private placements which has really strengthened the balance sheet. So you could see the end of the year, we've got a very strong balance sheet, significantly stronger than last year in terms of our net***. Our net assets are well into the $200 million -- $220 million or so. . . . And we're seeing continued downward pressure on the cost of capital. ***So we're very pleased with where we sat. And as we look forward, we look forward with optimism into the coming year*** ..." <br><br>"We think we have more room to take on more debt, and still stay within our prudent internal EBITDAs, debt ratios, et cetera, et cetera, and all of those good things. ***But where we stand today, we stand in a very strong position, because we*** | Not false <br><br>Forward-looking <br><br>Puffery | "[H]ow we're going to finance our growth in 2022. ***So in order to complete Phase 1 of Helios, which includes both a little bit more capital into infrastructure, and then machines to fully build out the 200 megawatts, we need roughly $125 million of additional capital.*** And as I've said many times, we have three levers which we can pull on when we're raising capital[,] debt, equity and selling bitcoin. Right now, we plan to raise the additional capital through a combination of debt and bitcoin." <br><br>(Argo Earnings Conference Call Tr. p.12, April 28, 2022 (Wall) (emphasis added).) |

3

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | *don't – we've got on our balance sheet a significant amount of Bitcoin as well*. So we are not wholly reliant on debt. *In fact, we could almost self mine* – and use the –and look at using just parts of debt, et cetera. As we said, that's going to be our process going forward. *So we're in really strong position to move forward. Our debt market remains strong*."<br><br>(Haims Decl., Ex. 2, Argo Earnings Conference Call, April 28, 2022 (Appleton) (Emphasis added by Plaintiffs).) | | |
| B6 | 139 | "Since our inception, we have financed our operations primarily through cash generated by sales of cryptocurrency and sales of equity securities. Our primary requirements for liquidity and capital are to finance working capital, capital expenditures and general corporate purposes. *We believe that our sources of liquidity and capital resources will be sufficient to meet our existing business needs for at least the next 12 months*."<br><br>(Argo 2021 Form 20-F, May 2, 2022 (emphasis added by Plaintiffs).) | Not false<br><br>Forward-looking<br><br>Opinion | "*Our operating results have fluctuated and may continue to fluctuate significantly due to the highly volatile nature of digital assets.*<br><br>All of our sources of revenue are dependent on digital assets and the broader blockchain ecosystem. Due to the highly volatile nature of the blockchain ecosystem and the prices of digital assets, our operating results have fluctuated, and may continue to fluctuate, significantly from period to period in accordance with market sentiments and movements in the broader blockchain ecosystem.<br>…<br>*Our total revenue and cash flow is substantially dependent on the market value of digital assets and the volume of digital assets received from our mining efforts. If such market value or volume declines, our business, operating results and financial condition would be adversely affected.* |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | We currently generate substantially all of our revenue from cryptocurrency rewards and transaction fees received for successfully proposing a valid 'block' of transactions on the Bitcoin blockchain. Similarly, our operating cash flow is substantially dependent on our ability to sell cryptocurrency for fiat currency as needed. As such, any declines in the amount of cryptocurrencies that we successfully mine, the price of such cryptocurrencies or market liquidity for cryptocurrencies and digital assets generally would adversely affect our revenue and ability to fund our operations. … There is no assurance that any digital asset, including Bitcoin, will maintain its value or that there will be meaningful levels of trading activities to support markets in any digital asset. A decline in the market value of digital assets or in the demand for trading digital assets could lead to a corresponding decline in the value of our cryptocurrency assets…" <br><br>(Argo 2021 Form 20-F, pp.11-13, May 2, 2022.) |
| B7 | 141 | "Defendants again reiterated how inexpensive power at Helios Facility would be, stating that they 'anticipate that our net electricity costs will be below \$0.02/kWh after including the benefits of participating in demand response programs offered by' ERCOT." <br><br>(Argo 2021 Form 20-F, May 2, 2022.) | Not false <br><br> Forward-looking | "***We may not be able to secure access to electricity on a sufficiently firm and unrestricted basis or at a price that we are willing to pay.*** <br><br>Cryptocurrency mining is dependent on access to stable and reliable electricity supply. There has been a substantial increase in the demand for electricity for cryptocurrency mining[.] |

5

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | …<br>Should our operations require more electricity than can be supplied in the areas where our mining facilities are located or should the electrical transmission grid and distribution systems be unable to provide the continuous, steady supply of electricity required, we may have to limit or suspend activities or reduce the speed of our proposed expansion, either voluntarily or as a result of either quotas imposed by energy companies or governments, or increased prices for certain users (such as us). If we are unable to procure electricity at a suitable price, we may have to shut down our operations in that particular jurisdiction either temporarily or permanently. Additionally, our cryptocurrency mining machines would be materially adversely affected by a power outage.<br><br>…<br>***We may be affected by price fluctuations in the wholesale and retail power markets.***<br>While we anticipate that the majority of our power arrangements will contain fixed power prices, we expect that they may contain certain price adjustment mechanisms in case of certain events. Furthermore, some portion of our power arrangements is expected to be priced by reference to published index prices and, thus, reflect market movements.<br><br>Market prices for power, generation capacity and ancillary services, are unpredictable. Depending upon the effectiveness of any price risk management activity undertaken by us, an increase in market prices for power, |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | | | generation capacity, and ancillary services may adversely affect our business, prospects, financial condition, and operating results." <br><br> (Argo 2021 Form 20-F, pp.35-37, May 2, 2022.) |
| B8 | 142 | "*We're in a very healthy position at the moment in terms of our hodl, how much of our hodl is unencumbered, or is capitalized against loan, et cetera, and we're very comfortable with our position today. So, in terms of filling that gap for the $50 million that we talked about to build out the rest of phase 1, we're well positioned. And of course, every day we mine more and more Bitcoin, and so that position, is is, you know, improves with every day that passes.*" <br><br> (Haims Decl., Ex. 3, Argo Earnings Conference Call, May 18, 2022 (Appleton) (emphasis added by Plaintiffs).) | Not false <br><br> Forward-looking <br><br> Puffery | In the Q&A session of the conference call, to answer question on margin expectations, Peter Wall stated: "I think our overall margin is obviously determined by a number of factors, price of bitcoin, power costs and mining difficulty. We have expected this year that mining difficulty would continue to rise throughout the year. *Bitcoin price is going [to] be Bitcoin price. We are bullish long term, but in the short term, as we saw over the last few weeks. Bitcoin can be volatile. So in terms of margin expectations. It's not just our power costs that are going to determine what our overall margin is.*" (emphasis added.) <br><br> (Argo Earnings Conference Call Tr. p.15, May 18, 2022 (Wall).) |
| B9 | 145 | "So on the capital side, so we used our capital from 2021 to get where we are now, so now looking at capital, looking at just the second half of this year and 2023, *how are we going to continue to grow? And that's a question that a lot of investors ask right?* They're like, great Peter, you've got all of this power, great, you've got a great relationship with intel, how are you going to fund it? Are you going to sell equity again? Are you going to dilute us? . . . Are you | Not false <br><br> Opinion | N/A |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | going to sell bitcoin? Or are you going to take on debt, those are the levers, right? Debt, equity, and bitcoin. So we have not, I'm going to leave you hanging on this, because we have not announced our capital plan yet, our numbers are coming out soon, . . . ***but we feel like we've got an awesome path to capital, to get us to the kind of growth that we need to fully build out the next 800 megawatts over the next couple of years***." <br><br> ([Wolf of All Streets YouTube Show, June 7, 2022 (Wall) (emphasis added by Plaintiffs).](#)) | | |
| B10 | 149 | "In general, from our approach, we like to bet on ourselves. Again, we haven't announced it. We're leaning a certain way, but when the time is right, we'll announce it. Scott, in this space, in the mining space, you need three things. It's a simple business. ***You need rigs, you need power, and you need capital. If you think about 2021, we used our Nasdaq IPO and a couple other little fundraisers before that to get the capital we needed to get the power and the rigs that we needed. We now have an enormous runway of power. 800 megawatts of power in West Texas in a particular part of the grid where there's an overabundance of renewable energy. That is a lot of it's going to waste because there's not enough transmission lines to take that power to*** | Not false | N/A. |

8

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | *market in Southern Texas. Texas is an energy island. You can't export across the state line to New Mexico or to Oklahoma. That power that's generated in Texas has to stay in Texas. It's not connected to the national grid. On top of that, Texas is also a competitive grid. It's a deregulated market. Meaning, you can buy your power from a host of retailers, and because of that, ERCOT, who manages the grid, incentivizes large load users like ourselves to participate in these demand response programs. What they call ancillary services. These auxiliary services allow miners to shut down."*<br><br>(Wolf of All Streets YouTube Show, June 7, 2022 (Wall) (emphasis added by Plaintiffs).) | | |
| B11 | 150 | "During the same interview, Wall stated that with respect to the location of the Helios Facility '[t]here's not a load. There's just not a lot of power demand in those regions, but there's an overabundance of supply.'"<br><br>(Wolf of All Streets YouTube Show, June 7, 2022 (Wall).) | Not false | N/A. |
| B12 | 152 | "In 2021, when things were crazy and everyone was raising equity, we went out and we did that. We IPO'ed in the NASDAQ. We raised a couple hundred million dollars last year, but ultimately | Not false<br><br>Puffery | N/A |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | for us, *we never set unrealistic, unrealistic expectations for the future.* We always knew that there might be a drawback. *We didn't over-promise anything. So our motto has been, you know, under-promise over-deliver.*…"It's going to be a really interesting second half of the year because, you know, *the strong survive the bear markets*, you know, so you gotta be smart and you gotta be strong, and I *I like where we're positioned*." <br><br>(CoinDesk Interview, June 9, 2022 (Wall) (emphasis added by Plaintiffs).) | | |
| B13 | 153 | "[O]n *top of a kind of low cost of production, our balance sheet is also strong enough to be able to withstand lower prices* and then potentially take advantage of an increased market share that would come with that and then any potential downturn in the price of machines. *So we feel like we're in a really good place as a miner, we feel like we're really well positioned, and that's a testament to the work that we did in 2021, and to really kind of overdelivering and under promising*, which has kind of been the theme for us for the first half of this year." <br><br>(Haims Decl., Ex. 4, Q&A session after Annual General Meeting, June 29, 2022 (Wall) (emphasis added by Plaintiffs).) | Not false <br><br> Puffery <br><br> Opinion | N/A. |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| B14 | 153 | "*We own our own infrastructure. We are close to our machines. This gives us more control in a bear market. We've talked about the runway before and Peter has talked about the runway that we have in Texas.* We have the ability to control what we own and how we manage it. *So, we're in a really good place from that point of view*. We're also developing propriety emerging technology and designing custom rigs to use Intel chips. And we are still very profitable, and in terms of mining. We're in that Tier A and that's how you should think about this. That's how we think about it, *maintaining that economic advantage over our peers and the mining margins that you see that we can achieve using our own equipment and from our own facility. So we are well placed*"<br><br>(Haims Decl., Ex. 4, Q&A session after Annual General Meeting, June 29, 2022 (Appleton) (emphasis added by Plaintiffs).) | Not false<br><br>Puffery | N/A. |
| B15 | 155 | "During the Q&A session, in order to assure the market that Argo was in a strong financial position, Wall explained that the majority of the Helios Facility had already been paid for, stating, 'the good news is that we have paid for over 90% of those machines, you know, the 20,000 machines that we ordered from Bitmain that are being installed. The other good news is that, you | Not false | N/A. |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | know, 95% of the facility is paid for, for that first 200 megawatts of phase 1. All of which means that the first 3.6 hash from those 20k machines is on track and is paid for.'"<br><br>(Haims Decl., Ex. 4, Q&A session after Annual General Meeting, June 29, 2022 (Wall).) | | |
| B16 | 156 | "We did $100 million in revenue last year, that's USD, and this year, with the additional capacity coming online, we expect to mine a significant amount of bitcoin on a monthly basis. What does our margin look like? Our margins for 2021 were fantastic, even for the first quarter of this year, they have been very strong. ***You know, definitely in the top echelon amongst our peers, and that's really just by being able to optimize our capex and really kind of protecting, being efficient on our costs, making sure that we have some of the lowest costs in this space for operations***."<br><br>(Sequire Decentralized Web Conference, June 23, 2022 (Wall) (emphasis added by Plaintiffs).) | Not false<br><br>Puffery | N/A. |
| B17 | 158 | ***"The Company is confident that it possesses sufficient liquidity to avoid any potential liquidation*** of the BTC-backed loan if Bitcoin prices continue to decline. Since Q4 2021, the Company has been using derivatives to limit downside risk." | Not false<br><br>Puffery | N/A. |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | (Argo Press Release, July 7, 2022 (emphasis added by Plaintiffs).) | | |
| B18 | 158 | "Wall also stated, '*We have seen positive results from our risk management strategy* through which we have reduced the Company's exposure to its BTC-backed loan, and we have hired a full-time derivatives trader. *We believe the Company is well positioned to navigate the current market conditions and further increase our efficiencies.*'" <br><br> (Argo Press Release, July 7, 2022 (emphasis added by Plaintiffs).) | Not false <br><br> Puffery <br><br> Opinion | N/A. |
| B19 | 161 | "During the period, there has been a global macroeconomic pullback as investors and central bankers grapple with inflation, the war in Ukraine, and rising interest rates. These headwinds have impacted all financial assets, including Bitcoin and the equity of publicly traded Bitcoin miners. <br><br> *Argo is well positioned to weather the current downturn with its large and highly efficient mining infrastructure, runway for growth, and experienced management team, which has successfully navigated the Group through previous crypto winters. In response to the challenging market environment, we have* | Not false <br><br> Puffery | N/A. |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | *adjusted our treasury management strategy*. Throughout the period, we have been steadily selling Bitcoin, utilizing derivatives to obtain a higher realized price than simply selling into the market. In Q2 2022, we sold Bitcoin at an average realized price of approximately $28,500, realizing hedge gains in excess of $1,500 per Bitcoin. Proceeds from these sales have been used for operating expenses, capital expenditures, and to reduce exposure on our Bitcoin-backed loan.<br><br>***Despite the challenging economic environment in 2022, we continue to focus on our strategic priority of completing Phase 1 of Helios and laying the groundwork to further scale operations.***<br><br>* * *<br>Responsibility Statement. ***We confirm that to the best of our knowledge:***<br><br>• ***the Interim Report*** has been prepared in accordance with International Accounting Standards 34, Interim Financial Reporting; and<br>• ***gives a true and fair view of the assets, liabilities, financial position and profit/loss of the Group***;" | | |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | (Argo 2022 Form 6-K, Aug. 24, 2022 (emphasis added by Plaintiffs).) | | |
| B20 | 163 | "*Mining margin for the first six months of 2022 was 71%, continues to be the highest amongst our peers, down from 81% but from the first half of 2021, still a very good margin*. I'm proud of the team for continuing to have really good efficiencies, even as, the price of Bitcoin has [*fell*] *during the first half of the year*. And the mining margin of 71% translates to an average cost per Bitcoin of roughly $10,000. And again, that's for the first half of the year." <br><br> (Haims Decl., Ex. 5, Argo Earnings Conference Call, Aug. 25, 2022 (Wall) (emphasis added by Plaintiffs).) | Not false <br><br> Puffery | N/A. |
| B21 | 163 | "*In terms of our balance sheet, I think the first thing really to mention is how we've despite significant headwinds that we've had this year, our rigorous approach to cash flow and treasury management has meant that we have been cash neutral. So we're well placed there*." <br><br> (Haims Decl., Ex. 5, Argo Earnings Conference Call, Aug. 25, 2022 (Appleton) (emphasis added by Plaintiffs).) | Not false <br><br> Puffery | N/A. |
| B22 | 166 | "In terms of our HODL, we sold about 450 bitcoin this month, ended the month just under 1,100 bitcoin, . . . *We have a derivatives trader* | Not false <br><br> Opinion | N/A. |

| # | AC ¶¶ | Statement/Source | Defenses | Risk Disclosure Language (where applicable) |
|---|---|---|---|---|
| | | *that's now in place, and he is very focused on managing our treasury, making sure he's protecting the downside given all of the volatility that's going on, as well as making sure that we are able to benefit from the upside that we believe is coming in, you know, in the medium and long term, we are still bullish on Bitcoin in the long term, and again, are actively using, you know, derivatives to make sure that we're, you know, getting the balancing act right.*" (Argo August 2022 Operational Update Video, Sept 9, 2022 (Wall) (emphasis added by Plaintiffs).) | | |