**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| AARON MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ARGO BLOCKCHAIN, PLC, PETER WALL, ALEX APPLETON, MATTHEW SHAW, SARAH GOW, COLLEEN SULLIVAN, and MARIA PERRELLA,<br><br>Defendants. |

Case No. 1:23-cv-07305-CM

**DECLARATION OF JOEL C. HAIMS IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Joel C. Haims, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm McDermott Will & Emery LLP, attorneys for defendants Argo Blockchain, plc ("Argo"), Peter Wall, Alex Appleton, Matthew Shaw, Sarah Gow, Colleen Sullivan, and Maria Perrella (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint (the "Motion").

2.      Plaintiffs did not provide a copy of the sources they reference in the Amended Complaint.  For the Court's convenience, affixed hereto are copies of the documents referenced by Plaintiffs in the Amended Complaint that are not readily accessible via hyperlink in Defendants' Appendices A and B accompanying the Motion.

3.      Attached hereto as **Exhibit 1** is a copy of the transcript of Argo's earnings call on November 2, 2021.  This earnings call is referenced or quoted by Plaintiffs in paragraphs 130, 197 and 224 of the Amended Complaint.

4.      Attached hereto as **Exhibit 2** is a copy of the transcript of Argo's earnings call on April 28, 2022.  This earnings call is referenced or quoted by Plaintiffs in paragraphs 137, 193, 198, and 215 of the Amended Complaint.

5.      Attached hereto as **Exhibit 3** is a copy of the transcript of Argo's earnings call on May 18, 2022.  This earnings call is referenced or quoted by Plaintiffs in paragraphs 142 and 216 of the Amended Complaint.

6.      Attached hereto as **Exhibit 4** is a copy of the transcript of Argo's Q&A session after the annual general meeting on June 29, 2022.  This Q&A session after the annual general meeting is referenced or quoted by Plaintiffs in paragraphs 153 and 155 of the Amended Complaint.

7.      Attached hereto as **Exhibit 5** is a copy of the transcript of Argo's earnings call on August 25, 2022.  This earnings call is referenced or quoted by Plaintiffs in paragraph 163,  196, 199, 203, 207, and 218 of the Amended Complaint.

Dated:      New York, New York            */s/ Joel C. Haims*
            November 22, 2023             Joel C. Haims

2