# EXHIBIT 4

**S&P Global**
Market Intelligence

# Argo Blockchain plc LSE:ARB
# Shareholder/Analyst Call
## Wednesday, June 29, 2022 4:00 PM GMT

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ...................................................................... | 3 |
| Question and Answer | ...................................................................... | 4 |
| Presentation | ...................................................................... | 5 |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Alex Appleton**
*CFO, Principal Financial Officer &*
*Executive Director*

**Peter G. Wall**
*CEO & Interim Chairman*

**Tom Divine**
*Vice President of Investor*
*Relations*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, ladies and gentlemen, and welcome to the Argo Blockchain plc Post AGM Investor Q&A. [Operator Instructions]

The company may not be in a position to answer every question received during the meeting itself given the attendance on today's call. However, the company will review all questions submitted today and publish responses where it's appropriate to do so. As usual, we'd like to submit the following poll. And I'm sure the company would be most grateful for your participation.

I'd now like to hand over to Peter Wall, CEO. Good afternoon, sir.

**Peter G. Wall**
*CEO & Interim Chairman*

Thank you, Mark. Welcome, everyone. Before I give a few opening remarks, I just want to welcome as well on the call with me, we have Alex Appleton, our CFO, who's in London. We've got Tom, Tom Divine, who's our VP of Investor Relations, and Tom is in Houston.

So I think as everyone knows, we held our AGM this morning, and that was held at an office in London. We had about 100 virtual attendees as well. The results of the AGM was that all of the resolutions that were put forth by the company have passed. So we're pleased about that. Thank you for those of you that got out and voted. We really appreciate the support.

And then as we've done in the past, we hold this Q&A for shareholders post AGM, we have it at 11 a.m. Eastern, 4:00 p.m. U.K. time, 8:00 a.m. Pacific, so that our shareholders in both the U.K. and the U.S. and Canada are able to join.

We've had a number of questions that have been pre-submitted through the Investor Meet Platform. Tom has been gathering those. We're going to start with answering those. And then you can also submit questions through the chat function in the Investor Meet Platform on your browser.

One thing to note is that our interims -- our interim results are going to come out in the next couple of months. We'll have detailed numbers so far about the first half of the year at that point. And obviously, a more fulsome update on all the company's activities. So we did receive some specific questions having to do with the financials for the first half of the year. Some of those we can answer if we've disclosed them in any of our operational updates or in our Q1 earnings update, which was not that long ago, we did that in May. And some of those are going to have to wait until we have the interims that come out in a couple of months.
All right. So that's the intro for me. Again, thanks for joining. I'm going to hand it over to Tom, and Tom is going to walk us through some of the questions that have come in.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Tom Divine**
*Vice President of Investor Relations*

Yes. Thanks, Peter. So we got several pre-submitted questions over the past couple of days. And understandably, a lot of them have had to do with the price of Bitcoin and the general market environment. Some examples of those questions include what is the recent drop in Bitcoin price mean for Argo's ongoing viability. How long can Bitcoin prices -- how low can Bitcoin prices go and Argo remain profitable? And what happens if Bitcoin prices drop to $10,000 to $12,000 per Bitcoin.

So Peter, can you give us your thoughts on the current market environment and what it means for Argo?

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. Thanks, Tom. So obviously, some good questions, some very relevant questions. And to start with, Obviously, we always want to see Bitcoin as high as possible. That being said, as one of the longer tenured mining companies, we've been through this before. We've been through bear markets before. I've been using the term muscle memory a lot, which we have from those experiences, myself and Sebastien and Perry call on that muscle memory back from 2018, 2019, certainly the first half of 2020. And this feels similar in many ways.

But this also feels different, this particular bear market that we're in because I think at this particular moment in the history of crypto, in the history of Bitcoin, there's a lot more going on. There's a lot more institutional support. There's institutional investors. There's a large retail investor following that has a long-term belief in this space. There's investment banks, there's lending institutions.

All of these types of support and members of the ecosystem really didn't exist before. They didn't exist in the last bear market. And so my feeling, and I think the company's feeling is that all of that kind of support really feels like it means that the sector of the economy of the future financial system is not going to go away anytime soon.

And that is different than 2019, 2020 when -- in 2018 when Bitcoin spiked and then came down. And there was a feeling like is Bitcoin ever going to recover. And this doesn't feel like that. This feels like those of us that are in this space have an extreme amount of confidence that in the long term, this asset class in particular Bitcoin is going to continue to appreciate. So we're long-term bullish and the short term, there's going to be some volatility, and we're in that right now. And it never feels good. But we know or we believe that in the long term, things are going to work out in the right direction for this particular industry. And certainly, that's been true when you zoom out and look at the last 10 years, last 12 years in the history of Bitcoin.

In terms of the particular macro environment situation, obviously, that's also different this time around in 2018, 2019, 2020, the macro environment was pretty good. Now we've got a risk-off environment. Bitcoin is acting more like a tech stock. In fact, it's down less than a lot of other tech stocks. So it shouldn't be that surprising that in a risk-off environment, a newer asset class that is seen as a higher risk asset class like Bitcoin or like crypto or like miners are going to have some volatility.

In terms of how all of this affects us, similar to, again, to 2018, 2019, when we went through this before, we focus on execution. So right now, we're focusing on executing at Helios. We are very fortunate that we got that facility funded and started when we did. I think the timing was really good for us. And so we're now in a place where we've paid for the vast majority of the Bitmain machines, which are coming in and being installed on a weekly basis, on a monthly basis and we'll have an update next week as part of our operational update about where we're at with the installation of those machines and where our hash rate is at and how much we've mined for this month. And the good news is that we paid for over 90% of those machines, there's 20,000 machines that we ordered from Bitmain that are being installed.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The other good news is that 95% of the facility is paid for, for that first 200 megawatts of Phase 1, all of which means that the 3.6x hash from those 20,000 machines is on track and is paid for. So that's a good thing for us. And our focus really, as I said, is on executing to make sure that we meet our monthly targets for getting our hash rate up, which ultimately will allow us to mine more Bitcoin. We can't control the price of Bitcoin, but what we can control is how many machines we install and how much we're able to keep our hash rate online.

In terms of other pieces, people ask about, as Tom said, what happens at Bitcoin goes to $10,000 to $12,000. Alex is going to go a little bit more into a bit more detail on this in a minute. Our direct cost of producing a Bitcoin has been around $10,000 so far this year in 2022. In that scenario, if Bitcoin was to drop to that price, it would be close to our marginal cost of production. But the thing to remember is that the network is dynamic and to a certain extent, self-rate really.

And we saw this during the 2020 having where the price of Bitcoin was pretty low in having an environment, quite a bit of hash rate came offline. So margins were compressed and then recovered to a decent effect fairly quickly afterwards because miners that are less efficient than us came offline because people's cost of production was more than their revenue they were getting from Bitcoin. And so at the level of Bitcoin -- if Bitcoin goes to $10,000, we would expect to see a significant reduction in the network hash rate as miners unplug those machines, which are essentially no longer economic.

On top of that, on top of a kind of a low cost of production, our balance sheet is also strong enough to be able to withstand lower prices and then potentially take advantage of an increased market share that would come with that and then any potential downturn in the price of machines. So we feel like we're in a really good place as a miner, we feel like we're really well positioned and that's a testament to the work that we did in 2021 and to really kind of over delivering and under promising, which has kind of been the theme for us for the first half of this year so far.

So I'm going to hand it over to Alex, who's going to go into a little bit more detail on the numbers.

**Alex Appleton**
*CFO, Principal Financial Officer & Executive Director*

Hi, all. Good to speak to you all. So obviously, as Peter said, it's not great that BTC prices have gone down so much. However, our mining margins, certainly what we presented in previous investor presentations, remains very competitive and deep market leading. We always talk about being in the top tier TAA of miners, and those are the miners who are going to really thrive in the long run.

So as Peter said, our average direct cost per Bitcoin mined is somewhere around $10,000 over the last few months. Well, that's not our breakeven point because of the nature of the algorithm and Peter touched upon this, as all the miners switch off their machines, our percentage of the network increases. So even though the price is coming down, potentially we're mining more Bitcoin. And that's how the algorithm self-regulates.

We've seen this before. As Peter said, during the halving, we saw this last year when we saw a decrease around the Chinese mining ban, we saw a decrease in the price of Bitcoin. But we also saw a decrease in the network hash rate as those Chinese miners turn their machines off. So actually, if you look at our revenue over the past year, and you can see from our operational updates, our revenue and our mining margins stayed relatively consistent even through that period where we saw hash rate changing quite considerably and also Bitcoin price changing.

So our strong focus on efficiency, and we're really building out this focus on efficiency. In the final stage, from a vertically integrated miner, where we've moved into the owned and operated model. We own our own infrastructure. We are close to our machines. This gives us more control in a bear market. We've talked about the runway before and Peter has talked about the runway that we have in Texas. We have the ability to control what we own and how we manage it. So we're in a really good place from that point of view.

We're also developing proprietary emerging technology and signing custom rigs to use Intel chips. And we are still very profitable in terms of mining. We're in that Tier A and that's how you should think about

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

this. That's how we think about it, maintaining that economic advantage over our peers and the mining margins that you see that we can achieve using our own equipment and from our own facility. So we are well placed. Thank you.

**Tom Divine**
*Vice President of Investor Relations*

Thanks, Alex. Our next topic that we've gotten a few questions on has to do with our outstanding debt and specifically the Bitcoin backed loan that we have with Galaxy. Could you go into a little bit more detail about that and how we're -- what our strategy is around that loan?

**Alex Appleton**
*CFO, Principal Financial Officer & Executive Director*

Okay. So as Peter said earlier on in the call, in terms of actual specifics around some of the numbers, we'll be looking to discuss them and disclose that as we bring out our interims. So I won't go into actual specifics, but I think the question really comes from what we've seen from some of our peers and how -- what our attitude to risk is and our hedging strategy.

So the first thing to say is hedging strategy is not new to us. We've been having a hedging strategy, be it around when we were selling Bitcoin and how we sell Bitcoin, we had what was then called the relative exposure strategy. So we sold Bitcoin in a controlled fashion, forecasting what our cash flow and fee requirement was and then slowly selling off Bitcoin to meet those particular peaks in demand be that at the end of the month when the power bills were due, et cetera. And that what that enabled us to do is manage either accelerating if we saw a spike in Bitcoin price, the sale of Bitcoin or pulling back if we saw it slowing. The last thing you want to be is in a position where you have to sell Bitcoin today to meet the cost from tomorrow.

So we've always had strategies around hedging and exposure, et cetera. And when we first to comport the Bitcoin back loans about this time last year, a little bit earlier than that last year. We developed our strategy, and we've been refining that strategy over -- certainly over the past sort of 12 months or so. We've had increasing knowledge in terms of people coming into the business, for example, Seif, new COO, has brought his knowledge and experience to bear on that. And actually, yesterday, as recently as yesterday, we hired a new derivatives trader who is going to really supercharge that strategy and really refine it.

So in terms of where we are, I'm comfortable with our strategy. I think it's a good one. It's working, and we are making plans just to improve it and to keep on improving it.

**Peter G. Wall**
*CEO & Interim Chairman*

I might just add one thing, Alex, which is to that, which is I was at a conference recently, and there was lots of talk about hedging, which miners had not necessarily been talking about previously. And so the hedging production -- hedging in general is something that is in the Ether in 2022 and certainly wasn't in 2021. But as Alex said, we've been going back to 2019, 2020, we've been talking about hedging. We've done various hedges and have continued with where the market is this year, done some hedging. So we're -- as Alex said, we're really pleased with where we're at in terms of the Bitcoin backed loan hedging in particular, and we'll put more details out about that with the interims.

**Tom Divine**
*Vice President of Investor Relations*

Thanks, Peter and Alex. I was kind of continuing on talking about the bonds -- I'm sorry, the other outstanding debt. We've gotten the question. Can you just kind of recap the other outstanding debt that we have outside of the Bitcoin backed loan?

**Alex Appleton**
*CFO, Principal Financial Officer & Executive Director*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So this core real stream. So does the baby bonds which we raised on the NASDAQ last November, $40 million worth. I think the interest rate was 8.75%. Earlier this year, we took on the NYDIG Infrastructure Financing. So that was $27 million worth. And then we also have the NYDIG Machine Financing. Now that is really a facility of $71 million, which we're drawing down as we're receiving machines that those -- that, that is collateralized against. There is also some small mortgages on the Canadian properties. So I think those are the 4 streams of debt that we have on top of the Bitcoin backed loan.

**Tom Divine**
*Vice President of Investor Relations*

Great. Thanks, Alex. Peter, the next question, we've got a couple of questions to give an update on both Argo Labs and Pluto. And maybe you can also just real quickly kind of talk about the differences between Argo Labs and Pluto.

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. Let me start with Argo Labs. So Argo Labs is our in-house innovation arm that is essentially a non-mining division. They are currently managing approximately 10% of our hotel and using it to participate in various projects within the broader blockchain ecosystem with a specific focus on Web3 projects.

In kind of -- in terms of details on our Q1 earnings call, I dug into a little bit of some of the projects that Argo Labs is working on, including a bunch of different token projects, some gamify, some NFTs and then on the participatory side, running nodes, staking, providing some liquidity on various DeFi protocols. I also updated about our exposure to the Terra situation and essentially updated the market that there are -- updated shareholders that it wasn't an issue for us, and we really didn't have any exposure there.

And then yes, just in general, we're happy with the work that Argo Labs is doing. It's a long-term play on the ecosystem. And we've got a team of about 5 or 6 there, and they continue to perform well and we are staying the course on Argo Labs.

In terms of the difference between Argo Labs and Pluto, Pluto is an outside investment into a privately held company. Argo Labs is an internal division. There's some overlap in that they are both involved in NFTs and gamify and Web3 projects. But ultimately, they are very different teams doing different things, looking at different projects.

In terms of our position on where Pluto is at right now or an update on -- in terms of the overall performance of the team. At Pluto, we're an active shareholder of Pluto. We are in regular contact with them, and we're confident in the management team there. And that in the long term, our investment will be fruitful. So yes, that's the update for Pluto and Argo Labs.

**Tom Divine**
*Vice President of Investor Relations*

Great. Our next question, Peter comes from [ Sagar S ]. If you don't raise equity or debt or sell Bitcoin, is your only income stream coming from DeFi? Maybe you can talk about what our financing options are.

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. [ Sagar ], I think you dropped that question in the Q&A. So -- we have 3 levers, and I've talked about this a lot. Some of you are probably tired of hearing about the 3 levers. I know Alex is. So one is selling Bitcoin, one is raising debt and one is raising equity. We've done all 3 of those at different times in the company's history.

2021, it was really the year of raising equity with a little bit of debt. 2022, so far, the first half of this year has been raising debt, and we've sold some Bitcoin. And we've said for the second half of this year, we're going to continue with the same strategy at about a 2:1 ratio in terms of debt to Bitcoin. Obviously, that depends on where the debt markets are at, whether we like the deals that are out there.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As I said earlier, we don't have a ton of huge costs coming up because the majority of our -- the vast majority of our Bitmain machines and our infrastructure are paid for. It's really just the Intel machines that we have some costs coming up on, and there's some flexibility there for us to lean in or lean out depending on market conditions and the like.

So in terms of income from DeFi, it's not material for us. It's really those other 3 levers. And yes, that's kind of how we view being able to pay for both operational expenses and for any CapEx that we have.

Alex, do you want to add anything to that?

**Alex Appleton**
*CFO, Principal Financial Officer & Executive Director*

No, I think you pretty much covered it, Peter. I think the -- at the moment, it is that debt and some in Bitcoin, and that's the strategy that we're pursuing at the moment.

**Tom Divine**
*Vice President of Investor Relations*

Great. Peter, the next question comes from [ Jason B ]. It has to do with the resolutions that were passed this morning. Why do you believe Resolutions 2 and 9 had 25% to 28% votes against? And how are you proposing to address those results?

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. Thank you, [ Jason ]. Yes, we're very pleased with the outcome of the AGM this morning, as I said. And the various resolutions. Resolution 9 is a super important one for us. It's our incentive plan to make sure that we can keep our team members now and into the future engaged and make sure that they have an option for equity or essentially options as the company grows. And that's really important. Obviously, for a young company like us to have staff that can grow and be incentivized alongside shareholders. So thank you, shareholders have voted in favor of that.

In terms of why we didn't get as much of a majority on those than on the other resolutions, one of the proxy advisors recommended against them. There's 3 main proxy advisors out in the world. Glass Lewis, Egan-Jones and ISS. Glass Lewis and Egan-Jones voted in -- or recommended voting in favor of all the resolutions. The ISS didn't. There were some kind of technicalities in the incentive plan that they thought that we needed to address. It's not unusual for the ISS to recommend voting against various resolutions. Some institutions follow them to the letter, some don't. It really depends on the particular resolution.

So we're going to continue to engage with our shareholders to discuss their concerns. We're going to continue to engage with proxy advisors. I think as a company, we're still in the early years, we're still every year improving and improving our ability to engage with folks like proxy advisors. And so I feel like this was a really good outcome for us. And it will, I think, continue to go well in the future for us if we take the same tact that we took this time.

**Tom Divine**
*Vice President of Investor Relations*

Great. Our next question comes from [ Dave ] in the U.K. What percentage of Argo is using green energy? And what are the long-term aims of Argo regarding green energy?

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. Thank you, [ Dave ], in the U.K. So all of our operations, [ Dave ], in Québec, get their power from Hydro-Québec, which is 99% renewable. It's hydro power. In Texas, we're plugged into the grid and interconnection with ERCOT. And we're located in an area that has 85% wind power. So any power that we are getting that is not from renewables, we're offsetting with renewable energy credits and verified energy reductions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Last year, we put out our full climate strategy. This year, we're going to put one out again. It's coming out soon. So keep an eye out for it. And you'll see kind of the 2021 numbers kind of where we're at, how we get to carbon neutrality. In fact, we go beyond carbon neutrality where climate positive or carbon negative. And yes, so we feel good about our approach to sustainability. It's a key part of who we are. It's a key differentiator from other companies. It's a key part of our values and has been since we started mining in Québec using hydro power. And we're going to continue to lean into it.

**Tom Divine**
*Vice President of Investor Relations*

Great. Thanks, Peter. Our next question comes from [ Steven G ]. Can you comment on whether you were going to convert Canadian shares into NASDAQ shares and if and when that's scheduled to happen?

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. Thank you, [ Steven ]. So we're not listed in Canada, [ Steven ], where primary shares are listed on the LSE and then we have ADRs listed on the NASDAQ. And so yes, no plans to convert any Canadian shares because we don't have any.

**Tom Divine**
*Vice President of Investor Relations*

Thanks, Peter. Another question from [ Sagar S ]. Do you see any distressed assets for sale in the market?

**Peter G. Wall**
*CEO & Interim Chairman*

So I can't comment on any specifics, but what I can say is generally I don't think it's a secret that there are miners that have overcommitted to orders and have put down deposits on orders and either don't have a place for those machines or don't have the capital to pay for those machines.

So in general, in the sector, there's lots of talk about machines that are becoming available that are less expensive than they were a few months ago and certainly significantly less expensive than last year. So that's what you mean [ Sagar ] by distressed assets. I think there are some. I don't think it's a massive amount, but there's definitely some opportunities out there for lower cost assets than there was 3 months, 6 months, certainly 12 months ago.

**Tom Divine**
*Vice President of Investor Relations*

Thanks, Peter. We have another question coming in from [ Gill R ]. What is your advantage compared to other Bitcoin mining companies?

**Peter G. Wall**
*CEO & Interim Chairman*

So I think we have -- it's a good question. I think we have a couple of advantages. I touched on our ESG efforts. I think that's a big part of who we are and is a key differentiator. As Alex mentioned, we are in the upper tier of efficiency for miners in terms of our cost of production, and that's because of our low cost of power in Québec and our low cost of power in Texas.

I would also add that our experience in mining is, at this point, a differentiator. We've been mining for 4.5 years at scale. Our team is very granular in their ability to control miners, in our ability to have a really good uptime. So I would say that's a key differentiator for us.

And then lastly, I think we're an innovative company. So we're one of the only 4 companies working with Intel and producing -- we'll be producing machines with a chip coming from Intel in a custom design rig that we are codesigning with ePIC Blockchain, who's a Canadian manufacturing company. I think that is -- no one else is doing that, and that's going to be a key differentiator for us.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I would include within the innovation kind of side of things, Argo Labs as well, which is we are looking forward into the future at Web3 projects, which we think are going to be profitable and engaging and important and disruptive and we're learning about them, leaning into them and ultimately deploying resources into them.

So I think those are some of the kind of key differentiators for us. I like the position we're in right now. I think we played it smart in 2021. We didn't overcommit. We're also the captain of our own ship. At Helios, we can expand that facility for another 600 megawatts at our own discretion, at our own pace. And in a bear market, that's important that you're not overly committed or under committed that you can turn on development relatively quickly. And we have that kind of optionality, both with Helios and with the Intel rigs that we're producing.

**Tom Divine**
*Vice President of Investor Relations*

Thanks, Peter. We're coming up on the half of the hour. So this will be our last question. And really, it's kind of an amalgamation of more operational questions that we've got and we've gotten some questions ask them for updates on Terra Pool, downtime at Helios, immersion updates on how much Bitcoin we're holding. Maybe you can kind of wrap up with any answer about those.

**Peter G. Wall**
*CEO & Interim Chairman*

Sure. So Terra Pool, as we mentioned in the recent operational update, we're evaluating how much hash rate we want to put into Terra Pool in the future. We had a rough month in May. I haven't given any updates to shareholders to the market since then other than it's something that we were involved with at an inception and are continuing to evaluate how much we're going to -- again, how much hash rate we're going to put into it.

Downtime in Helios, I guess there was a question about that. We're happy with the way Helios is performing so far. The team on the ground has done an incredible job getting machines into the fluid and getting them turned on. It's inspiring to go down there and watch them work, particularly in the summer when it's really hot. So they continue to do an awesome job. And again, our ability to control kind of the machines and their how much power they're using, how much hash rate they're putting out, depending on environmental conditions, depending on where things are at in terms of each individual machine, we're really happy with. So Helios is great.

In terms of immersion, Yes. It's been -- again, I wouldn't want to be mining any other way in Texas other than with immersion. It's a hot summer down there this year. I was there recently. It was 100 degrees. Tom is there right now. He can attest that is pretty warm out. So you really want to be able to control heat and immersion is the best way to control heat and the fact that we're able to keep dust and debris and particulate matter out of the facility as well is really important. So I'm happy with the way immersion is going.

And obviously, we're going to be putting some more numbers out with our June operational update, which is coming out next week. And we'll also have a little bit more of a fulsome update on Helios and current operations there.

**Operator**

That's great, Peter. Alex, Tom, thank you ever so much for your time this afternoon and for taking questions from investors and thank you once again to everybody for their engagement this afternoon.

Peter, I will shortly redirect investors to provide you with their feedback as usual, which I know is particularly important to you all at Argo Blockchain. But before doing so, I wonder if I may, just Peter ask you for a few closing comments to wrap up with.

**Peter G. Wall**
*CEO & Interim Chairman*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. Thanks a lot, Mark. Yes, listen, it's been an interesting year so far. Obviously, 2021 has -- was an incredible year for miners. It was a banner year and 2022 is different. And that's the thing about this space is every year is different. But again, it doesn't change our long-term outlook and our long-term belief that if we continue to position the company in the right way, put it in the right place, then things are going to work out for us.

I think I've used the term before, like a rally car race where you're just -- there's times where things are clear sailing and you're flying ahead and there's times where the road gets a little challenging and you got to go uphill. And at that time, this is the time where the wheat gets separated from the chaff. And I think we're going to see that in the next 6 months. I think there's going to be some companies that are in harder places. We've seen that already a little bit. And I feel like we're on the right road on the right path and look forward to updating shareholders as we go.

**Operator**

That's great. Peter, Alex, Tom, thank you once again for your time this afternoon. Could I please ask investors not to close this session as we'll now automatically redirect you for the opportunity to provide your feedback in all the management team can better understand your views and expectations. So I take a few moments to complete, but I'm sure, again, will be highly valued by the company.
On behalf of the management team of Argo Blockchain plc, we'd like to thank you for attending today's Q&A session. Thank you, and good afternoon to you all.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.