**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RICHARD HAWES, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiff,

      -against-                                         23 **CIVIL** 7305 (CM)

                                                           **<u>JUDGMENT</u>**

ARGO BLOCKCHAIN PLC, et al.,

                       Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 9, 2024, Defendants' Motion to Dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      October 16, 2024

                                                      **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                            **BY:**     *K. Mango*
                                                   **Deputy Clerk**